**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JANE ROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:19-cv-00179-ALM-KPJ |
| | § | *SEALED* |
| LEIGHTON PAIGE PATTERSON, in his | § | |
| Individual capacity, and SOUTHWESTERN | § | |
| BAPTIST THEOLOGICAL SEMINARY, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Plaintiff Jane Roe ("Plaintiff") filed an Amended Motion to Proceed Under a Pseudonym (the "Amended Motion") (Dkt. 9). Plaintiff's Amended Motion differed materially from her original Motion for Leave to Proceed Under a Pseudonym, to Seal Original Complaint, and Protective Order (the "Original Motion") (Dkt. 2) in that Plaintiff no longer sought leave to seal the complaint or sought a protective order. *Compare* Dkts. 2, 9. On June 3, 2019, the Court entered an Order granting the Amended Motion. *See* Dkt. 11.

**IT IS HEREBY ORDERED** that the Clerk of Court shall unseal the record and proceeding in this matter and, absent motion of a party, all future filings shall be filed without seal.

**IT IS FURTHER ORDERED** that the Clerk of Court shall seal the following docket entries: 1, 2, 10.

**IT IS SO ORDERED**.

SIGNED this 6th day of June, 2019.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE