UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, | § | |
| ET AL. | § | |

## **ORDER**

Before this Court is Plaintiff's Unopposed Motion to Seal Exhibits, (Dkt. #98). Having considered the motion, the Court deems that it should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**. Plaintiff's Exhibits A-1 through A-11 in Support of Plaintiff's Response to Defendant Southwestern Baptist Theological Seminary's Motion to Compel Independent Mental Evaluation of Plaintiff and for Extension of Expert Designation Deadline shall be filed under seal, and any documents filed in support of any opposition to Plaintiff's motion shall likewise be filed under seal.

**So ORDERED and SIGNED this 5th day of February, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE