# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JANE ROE<br><br>Plaintiff,<br><br>v.<br><br>LEIGHTON PAIGE PATTERSON, in his Individual capacity; SOUTHWESTERN BAPTIST THEOLOGICAL SEMINARY<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § §  Civil No.: 4:19-cv-00179-SDJ |

## NOTICE OF APPEAL

Notice is hereby given that Jane Roe, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Dkt. 465) entered on the 5th day of April, 2023, and all adverse opinions and orders forming the basis of the Judgment, including but not limited to the following:

   Dkt. 462: Memorandum Opinion and Order entered April 4, 2023 granting Defendants' Motions for Partial Summary Judgment on Plaintiff's Defamation claims.

   Dkt. 454: Memorandum Opinion and Order entered March 25, 2023 granting Defendants' Motions for Partial Summary Judgment on Plaintiff's Negligence claims

   Dkt. 464: Order entered April 5, 2023 that Plaintiff Jane Roe's Brief in Support of Attorney's Fees and Expenses Related to Her Motion to Compel Discovery Responses is denied.

Dkt. 461: Order entered April 4, 2023 that Plaintiff Jane Roe's Motion for Leave to Supplement Plaintiff's Response to Defendant Leighton Paige Patterson's Motion for Partial Summary Judgment on Defamation is denied.

Dkt. 429: Order entered March 24, 2023 granting in part and denying in part Motion to Strike Undisclosed Witness Testimony or Alternatively Motion for Continuance by Southwestern Baptist Theological Seminary.

Dkt. 418: Memorandum Opinion and Order entered March 7, 2023 that Plaintiff Jane Roe's Motion for Sanctions and Entry of Default Judgment Against Southwestern Baptist Theological Seminary and Plaintiff Jane Roe's Supplemental Motion for Sanctions Against Southwestern Baptist Theological Seminary is denied.

Dkt. 217: Memorandum Opinion and Order entered March 7, 2022 granting in part and denying in part Southwestern Baptist Theological Seminary's First Motion to Dismiss and granting in part and denying in part Leighton Paige Patterson's Motion for Judgment on the Pleadings.

Dated: May 2, 2023

Respectfully submitted,

*/s/ Sheila P. Haddock*
Sheila P. Haddock
Attorney-in-charge
(Texas State Bar No. 00790810)
sheila@zalkin.com

Irwin M. Zalkin (*pro hac vice*)
irwin@zalkin.com
THE ZALKIN LAW FIRM, P.C.
10590 W. Ocean Air Drive, Ste. 125
San Diego CA  92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

*Attorneys for Plaintiff Jane Roe*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 2, 2023, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                                                  THE ZALKIN LAW FIRM, P.C.

                                                  */s/ Sheila P. Haddock*
                                                  Sheila P. Haddock
                                                  Attorney-in-charge
                                                  (Texas State Bar No. 00790810)
                                                  sheila@zalkin.com
                                                  THE ZALKIN LAW FIRM, P.C.
                                                  10590 W. Ocean Air Drive, Ste. 125
                                                  San Diego CA  92130
                                                  Telephone: (858) 259-3011
                                                  Facsimile: (858) 259-3015

Dated: May 2, 2023