# United States Court of Appeals
## for the Fifth Circuit

---

No. 23-40281

---

United States Court of Appeals
Fifth Circuit

**FILED**

October 11, 2023

Lyle W. Cayce
Clerk

JANE ROE,

*Plaintiff—Appellant,*

*versus*

LEIGHTON PAIGE PATTERSON; SOUTHWESTERN BAPTIST THEOLOGICAL SEMINARY,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-179

---

ORDER:

IT IS ORDERED that Appellees' unopposed motion to view and obtain sealed documents is GRANTED.

_____

STUART KYLE DUNCAN
*United States Circuit Judge*