AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Jane Roe ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  4:19-cv-00179-SDJ |
| LEIGHTON PAIGE PATTERSON, ET AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Jane Roe                                                                                                                   .

Date:      09/04/2024                                            /s/ Hunter Haddock
                                                                       *Attorney's signature*

                                                          Hunter Haddock (CA SBN: 355050)
                                                              *Printed name and bar number*
                                                                   The Zalkin Law Firm, P.C.

                                                            111 Congress Avenue, Suite 500
                                                                      Austin, Texas 78701
                                                                              *Address*

                                                                     hunter@zalkin.com
                                                                        *E-mail address*

                                                                       (858) 259-3011
                                                                      *Telephone number*

                                                                       (858) 259-3015
                                                                         *FAX number*