UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, | § | |
| ET AL. | § | |

## ORDER

The Fifth Circuit has ordered that the judgment of this Court be vacated with respect to Roe's defamation claim and that the case be remanded to this Court for further proceedings. *See* (Dkt. #476); *Roe v. Patterson*, No. 23-40281, 2025 WL 673436 (5th Cir. Mar. 3, 2025). The Fifth Circuit has also issued its mandate. Accordingly, the Court will set a status conference.

It is therefore **ORDERED** that a status conference is set for **May 22, 2025, at 1:30 p.m.** at the United States Courthouse located at 7940 Preston Road in Plano, Texas.

**So ORDERED and SIGNED this 24th day of April, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE