# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**ROE**

v.                                                      Case No. **4:19cv179**

**PATTERSON, ET AL**

PLAINTIFF: Sheila Haddock

DEFENDANT: Michael Anderson, James Grau, Travis Jones

This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 7/1/2025.

## Status Conference

| Time | Event |
|---|---|
| 10:06 am | The Court called the case, noting the appearance of counsel and parties. |
| 10:07 am | The Court reviews the history of the case. |
| 10:10 am | Ms. Haddock addresses the Court regarding the scope of remand to this Court. |
| 10:18 am | Mr. Anderson addresses the scope of remand to this Court. |
| 10:20 am | Court and counsel continue to discuss the scope of the case returned. |
| 10:30 am | Court and counsel discuss scheduling matters. |
| 10:49 am | Court adjourned. |