UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, ET AL. | § § | |

## ORDER

Before the Court is Defendant Southwestern Baptist Theological Seminary's Motion for Leave to File Response to Plaintiff's Brief Regarding Scope of Remand. (Dkt. #492). In the motion, Defendant "requests leave so that it may file a two-page response addressing Plaintiff's new cost argument" from her recent briefing on the scope of remand. (Dkt. #492 at 2).

It is **ORDERED** that Plaintiff Jane Roe must file her response to the motion, if any, by **August 7, 2025**.

So ORDERED and SIGNED this 4th day of August, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE