UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JANE ROE | § |
| | § |
| v. | §    CIVIL NO. 4:19-CV-179-SDJ |
| | § |
| LEIGHTON PAIGE PATTERSON, | § |
| ET AL. | § |

## ORDER

Before the Court is Defendant Southwestern Baptist Theological Seminary's Motion for Leave to File Response to Plaintiff's Brief Regarding Scope of Remand. (Dkt. #492). Plaintiff filed a response in opposition. (Dkt. #495). Having considered the motion and found good cause, the Court **GRANTS** the motion.

It is therefore **ORDERED** that Defendant Southwestern Baptist Theological Seminary's Response to Plaintiff's Brief on the Scope of Remand, (Dkt. #493), is deemed properly filed.

It is further **ORDERED** that Plaintiff may file a reply by **November 27, 2025**.

**So ORDERED and SIGNED this 20th day of November, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE