# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL NO. 4:19-cv-00179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON | § | |
| in his Individual capacity; and | § | |
| SOUTHWESTERN BAPTIST | § | |
| THEOLOGICAL SEMINARY, | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF LEIGHTON PAIGE PATTERSON

STATE OF TEXAS §
§
COUNTY OF COLLIN §

BEFORE ME, the undersigned notary public, on June 22, 2022, personally appeared Leighton Paige Patterson, known to me personally, and after sworn by me, deposed, and said as follows:

1. "My name is Leighton Paige Patterson. I am over twenty-one (21) years of age, am of sound mind, and have never been convicted of a felony or misdemeanor involving moral turpitude. All statements here are true and correct and are within my personal knowledge.

2. I have more than four decades of experience in educating pastors and missionaries. After almost 18 years as president of the Criswell College in Dallas, I served for 11 years as president of Southeastern Baptist Theological Seminary in Wake Forest, North Carolina, and then 15 years as president of Southwestern Baptist Theological Seminary in Fort Worth, Texas. As a pastor I offered instruction in biblical studies and languages to congregants in my churches. The focus of my leadership is an intense commitment to evangelism and global missions with a foundational component of challenging research and rigorous academic preparation.

3. After graduating from Hardin-Simmons University, I completed the Master of Theology (Th.M.) and Doctor of Philosophy (Ph.D.) degrees at New Orleans Baptist Theological Seminary. Southern Baptists elected me to serve as president of the Southern Baptist Convention for two terms (1998–2000). During those years, I appointed a committee to revise the Baptist Faith & Message, the confession most widely employed by Southern Baptists; and I presided over the historic session of the Convention in which this revised confession was adopted.

4. While studying at New Orleans Baptist Theological Seminary, I was pastor of a multi-ethnic church. With street evangelist Leo Humphrey, I ran a coffeehouse in the famous French Quarter. There I shared the saving gospel of Christ with biker gangs, underworld figures, homosexuals, prostitutes, and runaway teenagers from across the United States.

5. I have traveled to and ministered in more than 135 countries of the world, sharing Christ with various heads of state, including Yasser Arafat of the Palestinian Authority and Menachem Begin of Israel. I led church planting movements in several states and served as pastor of churches in Arkansas, Louisiana, and Texas.

6. For several decades, I led an international ministry through Christian sports banquets. Using digital presentations about hunting the world's most dangerous game and emphasizing the critical importance of fathers in the role of building their sons from "the mischievous, raw material of boys" into adulthood, I rejoice that more than 5,000 men have come to Christ through these banquets.

7. I served as the President of Southwestern Baptist Theological Seminary ("SWBTS") in Fort Worth, Texas from 2003 until May 2018. SWBTS policy requires the confidentiality of student education records and prevents public disclosure of those records.

8. I understand that I am a defendant in the lawsuit styled *Jane Roe vs. Leighton Paige Patterson, in his individual capacity; Southwestern Baptist Theological* Seminary, Cause No. 4:19-cv-00179-ALM-KPJ, in the United States District Court for the Eastern District of Texas, Sherman Division (the "Lawsuit"). I am familiar with the Plaintiff in the Lawsuit, Jane Roe, whom I know to be **Jane RoeJane Roe**. I also understand that John Doe in the Lawsuit is **John Doe** I first became aware of **Jane RoeJane Roe** allegations of sexual assault on August 20, 2015, when I met with her in-person. Prior to this date, I had no personal knowledge of and had never been told that **John Doe** had allegedly acted inappropriately while at SWBTS, that he was violent, that he had firearms on campus at SWBTS, or that he committed an act of sexual misconduct (including but not limited to sexual harassment, sexual assault, domestic violence, dating violence, and stalking) in the past. In addition, prior to August 20, 2015, I never had a conversation with either Lennie Knight or Richard Knight about **John Doe**

2

9. I never employed John Doe personally. I also never communicated with John Doe about Jane Roe allegations.

10. From May 26, 2018 to June 2, 2018, I was on a trip in Germany. My position with SWBTS was terminated on May 30, 2018, my access to my email and my phone had been disconnected from service. I did not obtain a new email account until June 11, 2018. On two separate occasions in June 2018, I was hospitalized for medical treatments. I also had a number of medical appointments during June 2018.

11. I understand that Plaintiff has alleged that I "published or caused to be published" the following statements:

    - Plaintiff lied about being raped.
    - Plaintiff engaged in consensual sexual activities in public buildings at the seminary.
    - Plaintiff provided nude photographs to the man she falsely accused of rape.
    - Nude photographs of Plaintiff were provided to police.
    - Plaintiff begged Patterson not to call the police.
    - Plaintiff refused to cooperate with police.
    - Plaintiff committed a criminal offense by making a false statement to the police; and
    - Plaintiff recanted her allegations of rape.

12. From the time that Plaintiff reported her allegations of sexual assault through June 2018, I did not make any of the statements referenced in Paragraph 11, either orally or through writing, to another individual.

13. I have reviewed the allegations in Paragraphs 113 to 116 of Plaintiff's Third Amended Complaint and Jury Demand about written statements that were made public (the "Publications"). I did not publish or re-publish the Publications. I did not take part in drafting the Publications. I also have not personally made public any written or oral statements about the Publications.

14. From May 30, 2018 to July 1, 2018, I did not personally employ Scott Colter, Candi Finch, Sharayah Colter, Linda Behan, Dale Behan, Gary Loveless, or Susan Oliver Pearson. At no time have I authorized Scott Colter, Candi Finch, Sharayah Colter, Linda Behan, Dale Behan, Gary Loveless, or Susan Oliver Pearson to make any public statements on my behalf. I have also never represented to others that Scott Colter, Candi Finch, Sharayah Colter, Linda Behan, Dale Behan, Gary Loveless, or Susan Oliver Pearson were authorized to speak on my behalf.

15. I have retained Shelby Sharpe as my personal attorney in the past. In this role, he is authorized to relay my personal statements to others after he has my approval to do so. He is not authorized to speak on my behalf or make public statements without my approval. I have never represented to others that Mr. Sharpe is authorized to speak on my behalf without my approval. Between May 30, 2018 and July 1, 2018, I did not give approval to Mr. Sharpe to make any statements, either on my behalf or otherwise, regarding the separation of my employment with SWBTS or concerning Jane RoeJane Roe. I had no knowledge of the June 4, 2018 press release by Mr. Sharpe, referenced in Paragraph 114 of Plaintiff's Third Amended Complaint and Jury Demand, until after the press release was made public.

16. I am aware of a June 29, 2018 letter to the SWBTS Executive Board, which was signed by Gary Loveless and a number of co-signatories. I have reviewed Plaintiff's Third Amended Complaint and Jury Demand, and the June 29, 2018 letter is the same as the one referenced in Paragraph 116 of Plaintiff's Complaint. My first knowledge of the letter's existence was after the letter was published. I did not take part in the drafting of the letter or suggest or direct that the letter be drafted or published. I have reviewed the names of the co-signatories of the letter and am familiar with Mr. Loveless. I did not provide information of Jane RoeJane Roe Jane Roe's allegations of sexual assault to Mr. Loveless or any of the co-signatories at any time prior to the letter's publication.

"Further Affiant sayeth not."


Leighton Paige Patterson

Given under my hand and seal of office on this 22nd day of June, 2022.

_____
Notary Public, in and for the State of Texas

My commission expires:

[SEAL] Julia A. Karl
My Commission Expires
8/15/2025
Notary ID
1635591

4