# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF TEXAS
 2                      SHERMAN DIVISION

 3   JANE ROE,                      )
                                    )
 4              Plaintiff,          )
                                    )
 5   VS.                            ) CIVIL NO.:
                                    ) 4:19-CV-00179-ALM-KPJ
 6   LEIGHTON PAIGE PATTERSON,      )
     in his individual              )
 7   capacity; SOUTHWESTERN         )
     BAPTIST THEOLOGICAL            )
 8   SEMINARY,                      )
                                    )
 9              Defendants.         )

10   ------------------------------------

11         ORAL AND VIDEOTAPED DEPOSITION OF

12                    JOHN NICHOLS

13                 JANUARY 20, 2021

14   ------------------------------------

15

16

17        ORAL AND VIDEOTAPED DEPOSITION OF JOHN NICHOLS,

18   produced as a witness at the instance of the DEFENDANT,

19   and duly sworn, was taken in the above-styled and

20   numbered cause on January 20, 2021, from 9:46 a.m. to

21   5:14 p.m., before Cindy Wiley, CSR in and for the State

22   of Texas, reported by machine shorthand, at the Overton

23   Hotel, 2322 Mac Davis Lane, Lubbock, Texas, pursuant to

24   the Federal Rules of Civil Procedure and the provisions

25   stated on the record or attached hereto.
```



```
1                    A P P E A R A N C E S

2


3   FOR THE PLAINTIFF:

4       MS. SHEILA P. HADDOCK   (Via Videoconference)
        -AND-
5       MS. JESSICA DENT   (Via Videoconference)
        THE ZALKIN LAW FIRM, P.C.
6       10590 W. OCEAN AIR DRIVE
        SUITE 125
7       SAN DIEGO, CALIFORNIA 92130
        (619)330.1120
8       Sheila@zalkin.com

9

    FOR THE DEFENDANT LEIGHTON PAIGE PATTERSON:
10
        MR. JIM GRAU   (Via Videoconference)
11      GRAU LAW GROUP, P.L.L.C.
        1445 ROSS AVENUE
12      SUITE 4700
        DALLAS, TEXAS 75202
13      (214)521.4145
        Jgrau@graulawgroup.com
14

15  FOR THE DEFENDANT SOUTHWESTERN BAPTIST THEOLOGICAL
    SEMINARY:
16
        MR. DAVID M. MACDONALD
17      MACDONALD, DEVIN, ZIEGLER, MADDEN, KENEFICK &
        HARRIS, P.C.
18      3800 RENAISSANCE TOWER
        1201 ELM STREET
19      DALLAS, TEXAS 75270
        (214)744.330
20      Dmacdonald@macdonalddevin.com

21

22  ALSO PRESENT:
        Mr. Craig Stone, The Videographer
23      Jane Roe   (Via Videoconference)
        Mr. Michael Anderson   (Via Videoconference)
24      Mr. Colby Adams   (Via Videoconference)

25
```



ESQUIRE
DEPOSITION SOLUTIONS

1                              INDEX

2
                                                    PAGE
3
  Appearances................................... 2
4
  Exhibits......................................4
5
  JOHN NICHOLS
6      Examination by Mr. Macdonald..................... 6
       Examination by Ms. Haddock........................56
7      Examination by Mr. Macdonald.....................216

8  Deposition Concluded................................220

9  Signature and Changes...............................221

10 Reporter's Certificate..............................223

11

12
                  REQUESTED DOCUMENTS/INFORMATION
13
   NO.  DESCRIPTION                                  PAGE
14
   1    Names of Student Employees...........         70
15



```
 1
 2
 3
 4      Q.  Okay.  And what happened in 2013?
 5      A.  I became the director of security at
 6  Southwestern.
 7      Q.  And how long did you hold that job?
 8          Approximately two years.
 9          Okay.  So that would have been from 2000 and --
10  what year did you start?
11      A.  '13.
12      Q.  2013 to 2015 --
13      A.  Yes, sir.
14      Q.  -- you were the director of security?
15      A.  Yes, sir.
16
17
18
19
20
21
22
23
24
25
```



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24          Q.   (BY MR. MACDONALD)   All right.   Before we took
25     a break, I want to direct your attention back to -- what



1  was your best -- what was your recollection as to what
2  was the first statement that you can remember that
3  Jane Roe's mother stated in the meeting on August 20,
4  2015?
5       A.  It had to do with a dowry and payment for what
6  had happened to what she said -- "What had happened to
7  my daughter," and at that point we didn't quite know
8  what happened.  She hadn't stated that yet.
9           Did you ask her what had happened to her
10 daughter --
11      A.  Yes.
12      Q.  -- Jane Roe?
13      A.  Yes.
14      Q.  And what did she say?
15      A.  She said she had been raped multiple times.
16          Okay.  When you heard that, what did you do?
17      A.  I -- I remember I was sitting facing the same
18 side of the table.  I looked at Dr. Patterson at the
19 head of the table, and I asked him if I could speak with
20 him outside just for a second, and that's what we did.
21      Q.  Okay.  And what did you do?  Did you have a
22 conversation with Dr. Patterson outside the conference
23 room?
24      A.  I did.
25          And what did you tell him, if anything, that



1  you can remember?
2       A.  I do.  I do remember.  I told him -- I said,
3  "Dr. Patterson, if she is bringing up" -- "if she is
4  saying that she was raped, this is something that we
5  must call the Fort Worth Police Department for right
6  now," and he looked at me and pointed at me and said,
7  "Make the call," and so that's what I did.
8       Q.  Okay.  And did you -- how long did it take you
9  to make the call to the Fort Worth Police Department.
10      A.  Just a couple of minutes.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
JOHN NICHOLS                                          January 20, 2021
JANE ROE vs SWBTS, ET AL.                                           34
```

```
 1
 2
 3
 4
 5
 6      Q.   All right.  When -- did you mention to
 7  anything -- anything to John Doe that Jane Roe
 8  had accused him of sexually assaulting her?
 9      A.   No, sir.
10      Q.   You just talked about the guns?
11      A.   Yes, sir.
12      Q.   That evening, did you take any additional steps
13  i connection with the -- this case?
14      A.   Yes.
15      Q.   What did you do?
16      A.   I went back to my -- my office near the Horner
17  House and typed up a -- a confidential memo that went
18  out to all of my officers.
19      Q.   Okay.
20           MR. MACDONALD:  Ms. Reporter, the next
21  exhibit, please, number?
22           THE REPORTER:  28.
23           MR. MACDONALD:  Okay.  Would you please
24  mark that as 28.
25           (John Nichols Deposition Exhibit Number 28,
```



1  August 20, 2015 Memo, was marked for identification and
2  attached hereto.)
3       Q.  (BY MR. MACDONALD)  Mr. Nichols, I am going to
4  hand you what has been marked as Exhibit Number 28.
5            MR. MACDONALD:  And for the -- for
6  reference, it is Bates stamp number SWBTS 001077 through
7  SWBTS 001081, which is marked highly confidential.
8       Q.  (BY MR. MACDONALD)  Can you identify 28,
9  please?
10           Yes.  This is the memo that I typed up.
11      Q.  Okay.  And what did you do with this
12 memorandum?
13      A.  I sent it to -- I gave it to my officers on
14 shift, and this was passed on physically to other
15 officers on shift as they would come on.
16           Okay.  And why did you do that, sir?
17      A.  Just so we were all on the same page of the --
18 of the -- of the allegations and the possible danger he
19 could be to **Jane Roe** and other students.
20      Q.  Okay.  And did you do anything else with the
21 memorandum?
22      A.  Yes.
23           What else did you do with it?
24      A.  I sent it to our vice president of the school.
25

JOHN NICHOLS  
JANE ROE vs SWBTS, ET AL.

January 20, 2021  
222

I, JOHN NICHOLS, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____  
JOHN NICHOLS

THE STATE OF Texas )  
COUNTY OF Lubbock )

Before me, __John Nichols__, on this day personally appeared JOHN NICHOLS, known to me (or proved to me under oath or through __in person and personally known__) (description of identity card or other document)) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this __29th__ day of __September__, __2022__.



_____  
NOTARY PUBLIC IN AND FOR  
THE STATE OF __Texas__  
COMMISSION EXPIRES: __12/4/2024__

```
                IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF TEXAS
                           SHERMAN DIVISION

JANE ROE,                          )
                                   )
              Plaintiff,            )
                                   )
VS.                                ) CIVIL NO.:
                                   ) 4:19-CV-00179-ALM-KPJ
LEIGHTON PAIGE PATTERSON,          )
in his individual                  )
capacity; SOUTHWESTERN             )
BAPTIST THEOLOGICAL                )
SEMINARY,                          )
                                   )
              Defendants.           )

                     REPORTER'S CERTIFICATION
                   DEPOSITION OF JOHN NICHOLS
                        JANUARY 20, 2021
```

     I, Cindy Wiley, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

     That the witness, JOHN NICHOLS, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

     That the deposition transcript was submitted on _____ to the witness or to the attorney for the witness for examination, signature and return to me by _____;

     That the amount of time used by each party at the deposition is as follows:



800.211.DEPO (3376)
EsquireSolutions.com

```
       MS. SHEILA HADDOCK - 04 HOURS:25 MINUTES
       MS. JESSICA DENT - 00 HOURS:00 MINUTES
       MR. JIM GRAU - 00 HOURS:00 MINUTES
       MR. DAVID M. MACDONALD  01 HOUR:07 MINUTES
```

That pursuant to information given to the deposition officer at the time said testimony was taken, the following includes counsel for all parties of record:

   MS. SHEILA HADDOCK and MS. JESSICA DENT, Attorneys for Plaintiff,
   MR. JIM GRAU, Attorney for Defendant LEIGHTON PAIGE PATTERSON,
   MR. DAVID M. MACDONALD, Attorney for Defendant SOUTHWESTERN BAPTIST THEOLOGICAL SEMINARY

That $_____ is the deposition officer's charges to the Defendant for preparing the original deposition transcript and any copies of exhibits;

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 3rd day of February, 2021.



_____

Cindy Wiley, Texas CSR 8667
Expiration Date: 12/31/21
Caprock Court Reporting, Inc.
Firm Registration No. 374
1112 Texas, Suite 200
Lubbock, Texas 79401
(806)795.4202