# EXHIBIT F

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
                         SHERMAN DIVISION

JANE ROE,                        )
                                 )
     Plaintiff,                  )
                                 )
VS.                              ) CIVIL NO.
                                 ) 4:19-cv-00179-SDJ
LEIGHTON PAIGE PATTERSON,        )
in his individual                )
capacity, SOUTHWESTERN           )
BAPTIST THEOLOGICAL              )
SEMINARY,                        )
                                 )
     Defendants.                 )
```

---

ORAL AND VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

SHELBY SHARPE

JANUARY 29, 2021

---

ORAL AND VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF SHELBY SHARPE, produced as a witness at the instance of the PLAINTIFF, and duly sworn, was taken in the above-styled and numbered cause on January 29, 2021, from 10:08 a.m. to 4:09 p.m., before Kimala S. Showers, CSR in and for the State of Texas, reported by machine shorthand, at the law offices of Sharpe & Rector, P.C., 6100 Western Plaza, Suite 1000, Fort Worth, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.



```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3       MS. SHEILA P. HADDOCK
         The Zalkin Law Firm, P.C.
 4       10590 West Ocean Air Drive
         Suite 125
 5       San Diego, California  92130
         Phone: (858) 259-3011
 6       Sheila@zalkin.com

 7       MS. JESSICA DENT
         The Zalkin Law Firm, P.C.
 8       10590 West Ocean Air Drive
         Suite 125
 9       San Diego, California  92130
         Phone: (858) 259-3011
10       Jessica@zalkin.com

11   FOR THE DEFENDANT LEIGHTON PAIGE PATTERSON, in his
     individual capacity:
12
         MR. JIM GRAU
13       The Grau Law Group
         1445 Ross Avenue
14       Suite 4700
         Dallas, Texas  75202
15       Phone:(214) 521-4145
         JGrau@grawlawgroup.com
16
     FOR THE DEFENDANT SOUTHWESTERN BAPTIST THEOLOGICAL
17   SEMINARY:

18       MR. DAVID M. MACDONALD
         Macdonald Devin, P.C.
19       3800 Resaissance Tower
         1201 Elm Street
20       Dallas, Texas  75270
         Phone:(214) 744-3300
21       DMacdonald@macdonalddevin.com

22
     ALSO PRESENT:
23              Colby Adams, Corporate Representative for
     Southwestern Baptist Theological Seminary
24              Mark Hendrix, Legal Videographer
                Caelan Birch, Technical Assistant
25              ■■■■■■■■■■■■■■■■■           Plaintiff
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16     Q.   When were you first engaged to represent either
17  Patterson or Southwestern in connection with
18  Jane Roe     's allegations of sexual assault?
19     A.   I want to think it was 2018.  I'm not sure, but
20  the Chairman of the Board received a letter from an
21  attorney representing that he was your client's lawyer,
22  and making certain accusations, and the Chairman had
23  that letter forwarded to me to investigate it, and I
24  don't remember precisely when that was.
25
```



```
16       Q.  My question is, was this a criminal history
17   review that you conducted or the seminary conducted at
18   the time of your investigation in April of 2016?
19       A.  No.
20       Q.  When was the history -- the criminal history
21   check done that you saw?
22       A.  When he sought employment at the seminary.
23       Q.  Okay.  Did you provide that to Mr. Cochran?  As
24   it says, You will see when I send you all of the
25   material next week.  Is that something you provided to
```



```
 1   Mr. Cochran?
 2        A.  It should have been in there.
 3        Q.  Okay.  We're going to move on, and I may want
 4   to circle back to that.  We're going to see if we can
 5   find that.
 6            Now, my understanding is that there was
 7   some discussion that [John Doe] claimed that he had nude
 8   photos of [Jane Roe], that she sent him.
 9            Is that what he told you?
10        A.  Yes.
11        Q.  Did he ever provide you the nude photos that he
12   claimed to have?
13        A.  No.
14        Q.  Did you ask him to provide those to you?
15        A.  Yes.
16        Q.  Did he explain to you why he did not provide
17   them?
18        A.  He said it was in a cell phone that was broken,
19   and that he needed to try to get them out of the cell
20   phone.
21
22
23
24
25
```



800.211.DEPO (3376)
EsquireSolutions.com

SHELBY SHARPE
JANE ROE vs SWBTS, ET AL.

January 29, 2021
174

```
 1              CHANGES AND SIGNATURE
 2   WITNESS NAME: SHELBY SHARPE    DATE: JANUARY 29, 2021
 3   PAGE LINE        CHANGE             REASON
 4   _____
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1          I, SHELBY SHARPE, have read the foregoing
     deposition and hereby affix my signature that same is
 2   true and correct, except as noted above.

 3

 4
                          _____
 5                        SHELBY SHARPE

 6

 7   THE STATE OF _____)

 8   COUNTY OF _____)

 9

10          Before me, _____, on this day

11   personally appeared SHELBY SHARPE, known to me (or

12   proved to me under oath or through

13   _____) (description of identity

14   card or other document)) to be the person whose name is

15   subscribed to the foregoing instrument and acknowledged

16   to me that they executed the same for the purposes and

17   consideration therein expressed.

18          Given under my hand and seal of office this

19   _____ day of _____, _____.

20

21

22                         _____
                           NOTARY PUBLIC IN AND FOR
23                         THE STATE OF _____
                           COMMISSION EXPIRES: _____
24

25
```



SHELBY SHARPE  
JANE ROE vs SWBTS, ET AL.

January 29, 2021  
176

```
 1   STATE OF TEXAS)
 2   COUNTY OF DALLAS)
 3
 4
 5       I, Kimala S. Showers, Certified Shorthand Reporter
 6   duly commissioned and qualified in and for the State of
 7   Texas, do hereby certify that there came before me on
 8   the 29th day of January, 2021, at Sharpe & Rector, P.C.,
 9   located at 6100 Western Plaza, Suite 1000, Fort Worth,
10   Texas, the following named person, to-wit:  SHELBY
11   SHARPE, who was duly sworn to testify the truth, the
12   whole truth, and nothing but the truth of knowledge
13   touching and concerning the matters in controversy in
14   this cause; and that he was thereupon examined upon oath
15   and his examination reduced to typewriting under my
16   supervision; that the deposition is a true record of the
17   testimony given by the witness.
18             I further certify that pursuant to FRCP
19   Rule 30 (e) (1) that the signature of the deponent:
20             _X_ was requested by the deponent or a
21   party before the completion of the deposition, and that
22   signature is to be before any notary public and returned
23   within 30 days from the date of receipt of the
24   transcript;
25             ___ was not requested by the deponent or
```



800.211.DEPO (3376)  
EsquireSolutions.com

```
 1  a party before the completion of the deposition.
 2              I further certify that I am neither counsel
 3  for, related to, nor employed by any of the parties or
 4  attorneys in the action in which this proceeding was
 5  taken, and further that I am not financially or
 6  otherwise interested in the outcome of the action.
 7
 8              CERTIFIED TO BY ME on this 11th day of
 9  February, 2021.
10
11
12              _____
                Kimala S. Showers, Texas CSR 9385
13              Expiration Date:  03/31/2021
                Firm Registration No. 286
14              Esquire Deposition Solutions
                1700 Pacific Avenue
15              Suite 1000
                Dallas, Texas 75201
16              (214) 257-1436
17
18
19
20
21
22
23
24
25
```

