```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TEXAS
 2                       SHERMAN DIVISION

 3   JANE ROE,                      )
                                    )
 4        Plaintiff,               )
                                    )
 5   VS.                            ) CIVIL NO.
                                    ) 4:19-cv-00179-SDJ
 6   LEIGHTON PAIGE PATTERSON,      )
     in his individual              )
 7   capacity, SOUTHWESTERN         )
     BAPTIST THEOLOGICAL            )
 8   SEMINARY,                      )
                                    )
 9        Defendants.              )

10           -----------------------------------

11      ORAL AND VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

12                   ZACHARY SCOTT COLTER

13                      MARCH 1, 2021

14           -----------------------------------

15      ORAL AND VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

16   ZACHARY SCOTT COLTER, produced as a witness at the

17   instance of the PLAINTIFF, and duly sworn, was taken in

18   the above-styled and numbered cause on MARCH 1, 2021, from

19   1:36 p.m. to 5:34 p.m., before Kimala S. Showers, CSR in

20   and for the State of Texas, reported by machine

21   shorthand, at the law offices of The Grau Law Group,

22   1445 Ross Avenue, Suite 4700, Dallas, Texas, pursuant to

23   the Federal Rules of Civil Procedure and the provisions

24   stated on the record or attached hereto.

25
```



ZACHARY SCOTT COLTER                                    March 01, 2021
JANE ROE vs SWBTS, ET AL.                                              2

```
 1                  A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3        MS. SHEILA P. HADDOCK
          The Zalkin Law Firm, P.C.
 4        10590 West Ocean Air Drive
          Suite 125
 5        San Diego, California  92130
          Phone: (858) 259-3011
 6        Sheila@zalkin.com

 7   FOR THE DEFENDANT LEIGHTON PAIGE PATTERSON, in his
     individual capacity AND THE WITNESS:
 8
          MR. JIM GRAU
 9        The Grau Law Group
          1445 Ross Avenue
10        Suite 4700
          Dallas, Texas  75202
11        Phone:(214) 521-4145
          JGrau@grawlawgroup.com
12
     FOR THE DEFENDANT SOUTWESTERN BAPTIST THEOLOGICAL
13   SEMINARY:

14        MR. DAVID M. MACDONALD
          Macdonald Devin, P.C.
15        3800 Renaissance Tower
          1201 Elm Street
16        Dallas, Texas  75270
          Phone:(214) 744-3300
17        DMacdonald@macdonalddevin.com

18   AND

19        MR. MICHAEL ANDERSON
          Kelly Hart & Hallman
20        201 Main Street, Suite 2500
          Fort Worth, Texas  76102
21        Phone:(817) 878-3506
          Michael.Anderson@kellyhart.com
22
     ALSO PRESENT:
23                  Colby Adams, Corporate Representative for
     Southwestern Baptist Theological Seminary
24                  Mark Hendrix, Legal Videographer
                    Robert Pacheco, Esquire Tech. Assistant
25                  ██████Jane Roe██████   Plaintiff
```



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20         Q.   So what letter-mail was Mr. Loveless working
21    on, on June 25th, that you refer to in that first line?
22         A.   I believe that would be the letter he released
23    days following.
24         Q.   And why were you involved in the drafting and
25    sending of that letter?
```



```
 1        A.  Mr. Loveless --

 2              MR. GRAU:  Let me object to the form of the

 3   question.  It mischaracterizes his testimony.

 4        Q.  (BY MS. HADDOCK)  You can answer the question.

 5        A.  I was not involved in the drafting of the

 6   letter.  Mr. Loveless contacted me and let me know that

 7   he was working on a letter he would like to communicate

 8   to the Trustees and to Southwestern.  And I provided him

 9   the e-mail addresses below to accomplish that.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



ZACHARY SCOTT COLTER                                    March 01, 2021
JANE ROE vs SWBTS, ET AL.                                          82

1

2      Q.  (BY MS. HADDOCK)  Okay.  Sorry for that

3  interruption.  It should be a little bit quieter now.  I

4  want to get back to the Gary Loveless letter.  If you'll

5  turn with me to 428, which is the fifth page of this

6  document.

7           First, I want to ask you if you had any

8  input in providing information upon which this letter is

9  based, whether directly with -- through conversation

10  with Mr. Loveless, or with anyone else who contributed

11  to the letter?

12      A.  None that I'm aware.

13      Q.  I notice that the signatories include Susan

14  Oliver, and the Behans.

15           Did you have discussions with either of

16  those two, either the Behans or Susan Oliver about the

17  facts underlying, either, the Megan Lively situation or

18  **Jane Roe** 's allegations?

19      A.  I believe the extent of that would be the

20  e-mail that I forwarded to them from Dr. Finch that

21  we've discussed previously today.

22

23

24

25



ZACHARY SCOTT COLTER                                      March 01, 2021
JANE ROE vs SWBTS, ET AL.                                              83

1

2

3

4

5

6          Q.   (BY MS. HADDOCK)   Before we go into the details

7     of this, let's go to the signatory page.   It's 4:30, and

8     I want to just go ahead and ask some about some of these

9     people before we get into the details.   Okay.   So we've

10    covered the first two.   What about John St. John?

11         A.   What would you like to know about it?

12         Q.   Did you ever have any verbal discussions or

13    written communication with John St. John about the facts

14    that are written in this letter?

15         A.   None that I can recall.

16         Q.   JC Humphrey?

17         A.   None that I can recall.

18         Q.   Mollie Allen?

19         A.   None that I recall.

20         Q.   Jim and Elaine Hastings?

21         A.   I spoke with them briefly at the SBC Annual

22    Meeting in Dallas, Texas and they expressed their

23    support of Dr. Patterson and their prayers for us.   No

24    conversation beyond that about the contents of this

25    letter.



1      Q.  Richard and Gina Hendrick?

2      A.  I believe they would have received the press

3  release my wife sent out.  I have not had any

4  conversations with them about this letter.

5      Q.  Leonard and Lynette Hruzek.

6      A.  I'm not sure who that is.

7      Q.  Okay.  Stephanie Loveless.

8      A.  No conversations with her.

9      Q.  Maudi Fleming?

10     A.  No conversations I can recall with her.

11     Q.  And just to be clear, we're talking about

12  either in person, telephone, text message or e-mail,

13  when we talk -- when we say conversations, I want to be

14  broad and include any communications.  So is your answer

15  still the same?

16     A.  Correct.  I was assuming that.

17     Q.  Okay.  Curtis and Onita Tally.

18     A.  No conversations with them.

19     Q.  Jim and Dorothy Merritt.

20     A.  Those are donors in North Carolina.  I don't

21  believe I discussed anything related to this letter with

22  them.  We've had some other independent conversations

23  about other matters.

24     Q.  Fred and Pam Gough.

25     A.  No conversations with them about this letter.



 1        Q.  Danielle Dearing?

 2        A.  I don't know Ms. Dearing, and have not spoken

 3   with her.

 4        Q.  Brown and Barbara Adkins.

 5        A.  I don't know them, and have not spoken with

 6   them.

 7        Q.  Mike and Zan Prince.

 8        A.  I spoke with them briefly at church at the time

 9   of Dr. Patterson's termination, and they assured me of

10   their prayers and full and total support of him.  Beyond

11   that, no further conversations.

12        Q.  Okay.  Let's go back now to page 428.  It's

13   back a few pages.

14        A.  Trying to get it to go there.  Thank you.

15        Q.  Okay.  I want to direct your attention to the

16   First full paragraph that begins, In contrast, the facts

17   regarding the 2015 Southwestern event referenced by

18   Mr. Ueckert in his June 1st statement are well-known.

19   It is our understanding that you knew full-well that the

20   female student's allegations of rape were false, that

21   she had engaged in consensual sexual activities on more

22   than one occasion, and that those acts had taken place

23   in public buildings at the Seminary, and that campus

24   security were shown nude pictures she texted to the male

25   student.



1              My question to you, Mr. Colter, is do you

2    have any information that supports the accuracy of that

3    statement?

4        A.  I believe the only information I have has come

5    about in this current litigation.

6        Q.  And that would be from what we discussed

7    earlier from the testimony that you read of Dean

8    Nichols; is that my understanding?

9        A.  In that comment I was referencing that I

10   believe it would confirm the multiple buildings that are

11   public on campus from that part of the statement there.

12   That would be all.

13       Q.  And what about the statement that campus

14   security were shown the nude pictures she texted to the

15   male student.

16              Do you have any information that supports

17   that statement?

18       A.  No, ma'am.

19       Q.  Do you know where or upon what information

20   Mr. Loveless and these other signatories relied to make

21   that statement?

22       A.  I do not.

23       Q.  It is further our understand that you knew full

24   well that she begged Dr. Patterson not to call the

25   police, but he insisted he would, and he did so within



```
 1   six minutes of hearing her allegation.  I'm going to

 2   take that sentence apart.

 3                Do you have any information that

 4   [Jane Roe]  begged Dr. Patterson not to call the

 5   police?

 6        A.  I do not.

 7        Q.  Do you have any information that he did so

 8   within six minutes of hearing her allegation?

 9        A.  Within six minutes, I do not, if that's the

10   question.

11        Q.  That's very specific.

12        A.  No.

13        Q.  And the next paragraph, the middle of the

14   paragraph begins.  The full Board understood and

15   accepted Dr. Patterson's explanation of the phrase

16   "breaking her down" that appeared in that e-mail as

17   being a statement to meet with her without the police

18   present, but clearly, as was always his practice, with

19   other Seminary personnel present, an attempt to help her

20   recant her false allegations of rape before she

21   continued with such false statements to the police.

22                Do you have any information that supports

23   the accuracy of that statement?

24                MR. MACDONALD:  And I caution the witness.

25   If the source of that information is anything you've
```



1   derived from attorney-client privilege or any of the

2   Board of Trustees meetings or the closed sessions

3   meetings, the Seminary is not waiving their

4   attorney-client privilege.

5            MR. GRAU:  Likewise, if your understanding

6   in response to that is from information that you've

7   obtained through communications with counsel in

8   connection with this litigation, or in anticipation of

9   it, you don't have to disclose that, either.

10       A.   I have no information that would support that

11   explanation of the phrase, "breaking her down".

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ZACHARY SCOTT COLTER                                         March 01, 2021
JANE ROE vs SWBTS, ET AL.                                              109

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16      Q.   The letter from Mr. Gary Loveless, did you ask
17   him to write it?
18      A.   I did not.
19      Q.   Did you assist him in writing it?
20      A.   I did not.
21      Q.   Prior to its -- or prior to it being sent on
22   June 29, 2019, did you discuss it with Dr. Patterson?
23      A.   I did not.
24      Q.   Dr. Patterson ask you to encourage Mr. Loveless
25   to write it?
```



 1          A.   He did not.

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ZACHARY SCOTT COLTER                                                    March 01, 2021
JANE ROE vs SWBTS, ET AL.                                                          135

```
1                        CHANGES AND SIGNATURE

2    WITNESS NAME:   ZACHARY S. COLTER    DATE:   MARCH 1, 2021

3    PAGE LINE      CHANGE              REASON

4    _____

5    ___ NO CHANGES _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____
```



ZACHARY SCOTT COLTER
JANE ROE vs SWBTS, ET AL.

March 01, 2021
136

1    I, ZACHARY SCOTT COLTER, have read the foregoing
2    deposition and hereby affix my signature that same is
     true and correct, except as noted above.

3

4

5                         _____
                          ZACHARY SCOTT COLTER

6

7    THE STATE OF Tennessee )

8    COUNTY OF Shelby )

9

10   Before me, Zachary Scott Colter , on this day

11   personally appeared ZACHARY SCOTT COLTER, known to me

12   (or proved to me under oath or through Tx Drivers license )

13   (description of identity card or other document)) to be

14   the person whose name is subscribed to the foregoing

15   instrument and acknowledged to me that they executed the

16   same for the purposes and consideration therein

17   expressed.

18   Given under my hand and seal of office this

19   26th  day of March , 2021 .

20

21

22                         _____
                          NOTARY PUBLIC IN AND FOR

23                        THE STATE OF Tennessee
                          COMMISSION EXPIRES: 03/02/2024

24

25



800.211.DEPO (3376)
EsquireSolutions.com

ZACHARY SCOTT COLTER                                    March 01, 2021
JANE ROE vs SWBTS, ET AL.                                        137

```
 1   STATE OF TEXAS)

 2   COUNTY OF DALLAS)

 3

 4

 5        I, Kimala S. Showers, Certified Shorthand Reporter

 6   duly commissioned and qualified in and for the State of

 7   Texas, do hereby certify that there came before me on

 8   the 1st day of March, 2021, at The Grau Law Group,

 9   located at 1445 Ross Avenue, Suite 4700, Dallas, Texas,

10   the following named person, to-wit: ZACHARY SCOTT COLTER,

11   who as duly sworn to testify the truth, the whole truth,

12   and nothing but the truth of knowledge touching and

13   concerning the matters in controversy in this cause; and

14   that he was thereupon examined upon oath and his

15   examination reduced to typewriting under my supervision;

16   that the deposition is a true record of the testimony

17   given by the witness.

18              I further certify that pursuant to FRCP

19   Rule 30 (e) (1) that the signature of the deponent:

20              _X_ was requested by the deponent or a

21   party before the completion of the deposition, and that

22   signature is to be before any notary public and returned

23   within 30 days from the date of receipt of the

24   transcript;

25                   ___ was not requested by the deponent or
```



ZACHARY SCOTT COLTER                                      March 01, 2021
JANE ROE vs SWBTS, ET AL.                                        138

1   a party before the completion of the deposition.

2            I further certify that I am neither counsel

3   for, related to, nor employed by any of the parties or

4   attorneys in the action in which this proceeding was

5   taken, and further that I am not financially or

6   otherwise interested in the outcome of the action.

7

8            CERTIFIED TO BY ME on this 11th day of March,

9   2021.

10

11

12   _____
     Kimala S. Showers, Texas CSR 9385
13   Expiration Date:  03/31/2023
     Firm Registration No. 286
14   Esquire Deposition Solutions
     1700 Pacific Avenue
15   Suite 1000
     Dallas, Texas 75201
16   (214) 257-1436

17

18

19

20

21

22

23

24

25



```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF TEXAS
 2                  SHERMAN DIVISION

 3   JANE ROE,                    *
                                  *
 4       Plaintiff,              *
                                  *
 5   v.                          * CIVIL NO. 4:19-cv-00179-SDJ
                                  *
 6   LEIGHTON PAIGE PATTERSON,*
     in his individual           *
 7   capacity; SOUTHWESTERN      *
     BAPTIST THEOLOGICAL         *
 8   SEMINARY,                   *
                                  *
 9       Defendants.             *

10   *********************************************************

11          ORAL AND VIDEOTAPED DEPOSITION OF

12                    SCOTT COLTER

13                  MARCH 17, 2022

14                     VOLUME 2

15   *********************************************************

16

17       ANSWERS AND DEPOSITION OF SCOTT COLTER, produced as a

18   witness at the instance of the Plaintiff, taken in the

19   above-styled and -numbered cause on the 17th day of March,

20   2022, A.D., beginning at 10:01 a.m., before D. Beth

21   Randolph, a Certified Shorthand Reporter in and for the

22   State of Texas, at the offices of Grau Law Group, located

23   at 1445 Ross Avenue, Suite 4700, Dallas, Texas, in

24   accordance with the Federal Rules of Civil Procedure and

25   the agreement hereinafter set forth.
```



```
 1                 A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3    MS. SHEILA P. HADDOCK
      The Zalkin Law Firm, PC
 4    10590 West Ocean Air Drive, Suite 125
      San Diego, California  92130
 5    (858) 259-3011
      (858) 259-3015 (Fax)
 6    sheila@zalkin.com

 7    FOR THE DEFENDANT, SOUTHWESTERN BAPTIST THEOLOGICAL
      SEMINARY:
 8
      MR. DAVID M. MACDONALD
 9    Macdonald Devin, PC
      3800 Renaissance Tower
10    1201 Elm Street
      Dallas, Texas  75270
11    (214) 744-3300
      (214) 747-0942 (Fax)
12    dmacdonald@macdonalddevin.com

13    FOR THE DEFENDANT, LEIGHTON PAIGE PATTERSON:

14    MR. JIM GRAU
      Grau Law Group, PLLC
15    1445 Ross Avenue, Suite 4700
      Dallas, Texas  75202
16    (214) 521-4145
      (214) 521-4320 (Fax)
17    jgrau@graulawgroup.com

18    ALSO PRESENT:
      MR. CODY MODRO, VIDEOGRAPHER
19    THE PLAINTIFF (ZOOM VIDEO CONFERENCE)

20

21

22

23

24

25
```



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15        Q.   Did you receive -- well, let me ask you this.

16   Did you receive a copy of the letter and did you relay

17   that to Dr. Patterson and Mr. Sharpe?

18        A.   I don't recall receiving the copy of the letter.

19   I might have.  I have absolutely no memory of passing it

20   to Shelby.

21        Q.   What about Dr. Patterson?

22        A.   I did not.  The first time he saw it was after it

23   was published as far as I recall.

24

25
```



SCOTT COLTER Volume 2                                    March 17, 2022
Jane Roe vs Leighton Paige Patterson & SWBTS                    203

```
 1                    CORRECTION AND SIGNATURE

 2    PAGE/LINE        CORRECTION         REASON FOR CHANGE

 3    155/3          Blaising          Spelling Correction

 4    155/4          Ensley,           Spelling Correction

 5    164/9         "Miss Colter. should    Context of Conversation
                     be "Miss Oliver"

 6    166/2         Sharayan           Spelling Correction

 7    187/14        Insert "not"       Accuracy
                     between "me" and "been"

 8    188/23        Sharayan           Spelling Correction

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15         I, SCOTT COLTER, have read the foregoing deposition

16    and hereby affix my signature that same is true and

17    correct except as noted herein.

18                              _____
                                SCOTT COLTER
19                              Case Ref. No. 4:19-cv-00179-SDJ

20    STATE OF TEXAS )

21    Subscribed and sworn to before me by the said witness,
      SCOTT COLTER, on this the  3rd     day of
22    ____May_____, 2022.

23                              _____
                                NOTARY PUBLIC AND AND FOR
24                              THE STATE OF TEXAS

25    My Commission Expires: 5-18-2025
```



```
1   STATE OF TEXAS

2        I, D. BETH RANDOLPH, a Certified Shorthand Reporter

3   in and for the State of Texas, do hereby certify that,

4   pursuant to the agreement hereinbefore set forth, there

5   came before me on the 17th day of March, A.D., 2022, at

6   10:01 a.m., at the offices of Grau Law Group, located at

7   1445 Ross Avenue, Suite 4700, Dallas, State of Texas, the

8   following named person, SCOTT COLTER, was by me duly

9   cautioned and sworn to testify the truth, the whole truth,

10  and nothing but the truth of his knowledge touching and

11  concerning the matters in controversy in this cause; and

12  that he was thereupon carefully examined upon his oath and

13  his examination reduced to writing under my supervision;

14  that the deposition is a true record of the testimony

15  given by the witness, same to be sworn to and subscribed

16  by said witness before any Notary Public, pursuant to the

17  agreement of the parties; and that the amount of time used

18  by each party at the deposition is as follows;

19             Ms. Haddock - 1 hour, 12 minutes;

20             Mr. Macdonald - 0 hours, 0 minutes;

21             Mr. Grau - 0 hours, 6 minutes;

22       I further certify that I am neither attorney nor

23  counsel for, nor related to or employed by, any of the

24  parties to the action in which this deposition is taken,

25  and further that I am not a relative or employee of any
```



1  attorney or counsel employed by the parties hereto, or

2  financially interested in the action.

3      I further certify that before the completion of the

4  deposition, the Deponent___X____, and/or the

5  Plaintfiff/Defendant_____did___X_____did not_____

6  request to review the transcript pursuant to Rule

7  30(e)(1).

8      In witness whereof, I have hereunto set my hand and

9  affixed my seal this 28th day of March, A.D., 2022.

10

11

12

13      _D. Beth Randolph_____
       D. BETH RANDOLPH, TEXAS CSR 6493
14     Expiration Date: 10-31-22
       Esquire Deposition Solutions
15     Firm Registration No. 286
       1700 Pacific Avenue, Suite 1000
16     Dallas, Texas  75201
       (214) 257-1436

17

18

19

20

21

22

23

24

25

