```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       SHERMAN DIVISION

 3   JANE ROE,                        )
                                      )
 4        Plaintiff,                  )
                                      )
 5   VS.                              ) CIVIL NO.
                                      ) 4:19-cv-00179-SDJ
 6   LEIGHTON PAIGE PATTERSON,        )
     in his individual                )
 7   capacity, SOUTHWESTERN           )
     BAPTIST THEOLOGICAL              )
 8   SEMINARY,                        )
                                      )
 9        Defendants.                 )

10        ------------------------------------

11     ORAL AND VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

12                  LEIGHTON PAIGE PATTERSON

13                      MARCH 3, 2021

14        ------------------------------------

15     ORAL AND VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

16   LEIGHTON PAIGE PATTERSON, produced as a witness at the

17   instance of the PLAINTIFF, and duly sworn, was taken in

18   the above-styled and numbered cause on MARCH 3, 2021,

19   from 10:33 a.m. to 5:56 p.m., before Kimala S. Showers,

20   CSR in and for the State of Texas, reported by machine

21   shorthand, at the law offices of The Grau Law Group,

22   1445 Ross Avenue, Suite 4700, Dallas, Texas, pursuant to

23   the Federal Rules of Civil Procedure and the provisions

24   stated on the record or attached hereto.

25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFF:

 3       MS. SHEILA P. HADDOCK
         The Zalkin Law Firm, P.C.
 4       10590 West Ocean Air Drive
         Suite 125
 5       San Diego, California  92130
         Phone: (858) 259-3011
 6       Sheila@zalkin.com

 7   FOR THE DEFENDANT LEIGHTON PAIGE PATTERSON, in his
     individual capacity:
 8
         MR. JIM GRAU
 9       The Grau Law Group
         1445 Ross Avenue
10       Suite 4700
         Dallas, Texas  75202
11       Phone:(214) 521-4145
         JGrau@grawlawgroup.com
12
     FOR THE DEFENDANT SOUTHWESTERN BAPTIST THEOLOGICAL
13   SEMINARY:

14       MR. DAVID M. MACDONALD
         Macdonald Devin, P.C.
15       3800 Renaissance Tower
         1201 Elm Street
16       Dallas, Texas  75270
         Phone:(214) 744-3300
17       DMacdonald@macdonalddevin.com
     AND
18       MR. MICHAEL ANDERSON
         Kelly Hart & Hallman
19       201 Main Street
         Suite 2500
20       Fort Worth, Texas  76102
         Phone:(817) 878-3506
21       Michael.Anderson@kellyhart.com

22   ALSO PRESENT:
                Colby Adams, Corporate Representative for
23   Southwestern Baptist Theological Seminary
     Mark Hendrix, Legal Videographer
24   Robert Pacheco, Esquire Tech. Assistant
         , Plaintiff
25   Tandi Stone, Legal Assistant to Mr. Macdonald
```

```
 1
 2
 3
 4         Q.   (BY MS. HADDOCK)   Were you aware that this
 5   letter was being drafted?
 6         A.   I was not.
 7              MR. MACDONALD:   My objection is also asked
 8   and answered.   Objection to form.
 9         Q.   (BY MS. HADDOCK)   Were you aware that -- you
10   were aware that this group of Trustees -- Gary Loveless
11   had written a letter earlier in May.
12              Are you aware of that?
13         A.   I don't think I am.
14
15
16
17
18
19
20
21
22
23
24
25
```



1   I, LEIGHTON PAIGE PATTERSON, have read the
2   foregoing deposition and hereby affix my signature that
    same is true and correct, except as noted above.
3
4
           *[Signature: Leighton Paige Patterson]*
5                    LEIGHTON PAIGE PATTERSON
6
7   THE STATE OF  Texas       )
8   COUNTY OF  Dallas         )
9
10      Before me, James A Johnson         , on this day
11  personally appeared LEIGHTON PAIGE PATTERSON, known to
12  me (or proved to me under oath or through
13   drivers license            ) (description of identity
14  card or other document)) to be the person whose name is
15  subscribed to the foregoing instrument and acknowledged
16  to me that they executed the same for the purposes and
17  consideration therein expressed.
18      Given under my hand and seal of office this
19   25th  day of  March                , 2021 .
20
21   [Notary Seal: JAMES A JOHNSON, NOTARY PUBLIC, STATE OF TEXAS, MY COMM. EXP. 07/22/24, NOTARY ID 697792-5]
22                                *[Signature: James A Johnson]*
    NOTARY PUBLIC IN AND FOR
23  THE STATE OF  Texas
    COMMISSION EXPIRES:  7/22/24
24
25



```
 1   STATE OF TEXAS)
 2   COUNTY OF DALLAS)
 3
 4
 5        I, Kimala S. Showers, Certified Shorthand Reporter
 6   duly commissioned and qualified in and for the State of
 7   Texas, do hereby certify that there came before me on
 8   the 3rd day of March, 2021, at The Grau Law Group,
 9   located at 1445 Ross Avenue, Suite 4700, Dallas, Texas,
10   the following named person, to-wit:  LEIGHTON PAIGE
11   PATTERSON, who was duly sworn to testify the truth, the
12   whole truth, and nothing but the truth of knowledge
13   touching and concerning the matters in controversy in
14   this cause; and that he was thereupon examined upon oath
15   and his examination reduced to typewriting under my
16   supervision; that the deposition is a true record of the
17   testimony given by the witness.
18                  I further certify that pursuant to FRCP
19   Rule 30 (e) (1) that the signature of the deponent:
20                  _X_ was requested by the deponent or a
21   party before the completion of the deposition, and that
22   signature is to be before any notary public and returned
23   within 30 days from the date of receipt of the
24   transcript;
25                  ___ was not requested by the deponent or
```



a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

CERTIFIED TO BY ME on this 15th day of March, 2021.



Kimala S. Showers, Texas CSR 9385
Expiration Date:  03/31/2023
Firm Registration No. 286
Esquire Deposition Solutions
1700 Pacific Avenue
Suite 1000
Dallas, Texas 75201
(214) 257-1436