```
                     UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
                            SHERMAN DIVISION

    JANE ROE,                    *
                                 *
         Plaintiff,              *
                                 *
    v.                           *  CIVIL NO. 4:19-cv-00179-SDJ
                                 *
    LEIGHTON PAIGE PATTERSON,    *
    in his individual            *
    capacity; SOUTHWESTERN       *
    BAPTIST THEOLOGICAL          *
    SEMINARY,                    *
                                 *
         Defendants.             *

    ************************************************************

                    ORAL AND VIDEOTAPED DEPOSITION OF

                              DALE BEHAN

                            MARCH 15, 2022


    ************************************************************



         ANSWERS AND DEPOSITION OF DALE BEHAN, produced as a

    witness at the instance of the Plaintiff, taken in the

    above-styled and -numbered cause on the 15th day of March,

    2022, A.D., beginning at 1:40 p.m., before D. Beth

    Randolph, a Certified Shorthand Reporter in and for the

    State of Texas, at the offices of Sharpe & Rector,

    located at 6100 Western Place, Suite 1000, Fort Worth,

    Texas, in accordance with the Federal Rules of Civil

    Procedure and the agreement hereinafter set forth.
```



```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF:

 3    MS. SHEILA P. HADDOCK (ZOOM VIDEO CONFERENCE)
      The Zalkin Law Firm, PC
 4    10590 West Ocean Air Drive, Suite 125
      San Diego, California   92130
 5    (858) 259-3011
      (858) 259-3015 (Fax)
 6    sheila@zalkin.com

 7    FOR THE DEFENDANT, SOUTHWESTERN BAPTIST THEOLOGICAL
      SEMINARY:
 8
      MR. DAVID M. MACDONALD
 9    Macdonald Devin, PC
      3800 Renaissance Tower
10    1201 Elm Street
      Dallas, Texas   75270
11    (214) 744-3300
      (214) 747-0942 (Fax)
12    dmacdonald@macdonalddevin.com

13    FOR THE DEFENDANT, LEIGHTON PAIGE PATTERSON:

14    MR. JIM GRAU
      Grau Law Group, PLLC
15    1445 Ross Avenue, Suite 4700
      Dallas, Texas   75202
16    (214) 521-4145
      (214) 521-4320 (Fax)
17    jgrau@graulawgroup.com

18    FOR THE WITNESS:

19    MR. J. SHELBY SHARPE
      Sharpe & Rector, PC
20    6100 Western Place, Suite 1000
      Fort Worth, Texas   76107
21    (817) 338-4900
      (817) 332-6818 (Fax)
22    utlawman@aol.com

23    ALSO PRESENT:
      MR. CODY MODRO, VIDEOGRAPHER
24    THE PLAINTIFF (ZOOM VIDEO CONFERENCE)

25
```



1
2
3                    MS. HADDOCK:  Fine.  I want to move to
4    Exhibit No. 4 if you can put this up.
5        Q.  (BY MS. HADDOCK) You can take a look at that and
6    you should be able to have control where you can scroll
7    through that at your pace.
8                    THE WITNESS:  Am I smart enough to do
9    this?
10                   MR. SHARPE:  I think you can hit a
11   button over there on the side that will scroll it.
12                   THE WITNESS:  One of these?
13                   MR. SHARPE:  It's an arrow pointing
14   down.
15                   THE WITNESS:  Well, it's not moving.
16   I'm going to have to get my glasses to read that.
17       Q.  (BY MS. HADDOCK) I think if you put the cursor
18   somewhere in the document and then move the arrow down.
19       A.  Okay.  I've got the cursor in there but it's
20   still not moving.
21       Q.  Or you may be able to put the cursor on the
22   little bar on the far right side and pull it down.
23       A.  Okay.
24                   MR. MURPHY:  This is the technician.
25   Can you click on the screen with the cursor?  There you



DALE BEHAN
Jane Roe vs Leighton Paige Patterson & SWBTS
March 15, 2022
17

1   go.
2       A.  Yeah, there we go.  Now we're doing.  Okay.
3       Q.  (BY MS. HADDOCK) For the record, this is Bates
4   No. LLP 424 through 430.  It's a June 29th, 2018, letter
5   to Dr. Kevin Ueckert and the executive committee of the
6   trustees of Southwestern Baptist.  Do you recognize this
7   letter?
8       A.  Yes, ma'am.
9       Q.  And if you scroll to the end, it's signed by Gary
10  Loveless and then a number of other people.  The first one
11  is Susan Oliver.  The next one is Dale and Linda Behan.
12      A.  Okay.
13      Q.  Is that correct that you were a signatory to this
14  letter?
15      A.  Yes, ma'am, that would be right.
16      Q.  Okay.  Did you participate in the drafting of the
17  letter?
18      A.  No, ma'am.
19      Q.  What was your role in this letter?
20      A.  Kind of a supporter of Gary and Susan Oliver
21  there putting this together.
22      Q.  Okay.  So it was Mr. Loveless and Miss Oliver
23  that did the drafting?
24      A.  Yes, ma'am, basic, that's right.  I went to
25  school at A&M and they didn't teach us how to write or



1  read so I wouldn't be much help on that.
2      Q.  Got you.  Did you -- did you see drafts as they
3  were being developed?
4      A.  Oh, maybe so.  I'm not too much into all this but
5  maybe so, yes, ma'am.



Case 4:19-cv-00179-SDJ   Document 509-10   Filed 12/23/25   Page 6 of 9 PageID #: 23530

Dale Behan
JANE ROE vs. LEIGHTON PAIGE PATTERSON                         March 15, 2022

DEPOSITION ERRATA SHEET CONTINUED

NO CHANGES SUBMITTED

*Dale Behan*
*(signed electronically)*
*Date: 03/29/2022 08:31:13 PDT*

Case 4:19-cv-00179-SDJ   Document 509-10   Filed 12/23/25   Page 7 of 9 PageID #: 23531

Dale Behan
JANE ROE vs. LEIGHTON PAIGE PATTERSON                    March 15, 2022

DEPOSITION ERRATA SHEET

Assignment No:    J7992757

Case Caption:     JANE ROE

                  vs.

                  LEIGHTON PAIGE PATTERSON


DECLARATION UNDER PENALTY OF PERJURY


   I declare that under penalty of perjury that I have read the entire transcript of my Deposition taken in the captioned matter or the same has been read to me, and the same is true and accurate, save and except for changes and/or corrections, if any, as indicated by me on the DEPOSITION ERRATA SHEET hereof, with the understanding that I offer these changes as if still under oath.


          Signed on the 29th day of March, 2022


          *Dale Behan*
          *(signed electronically)*

```
 1  STATE OF TEXAS
 2       I, D. BETH RANDOLPH, a Certified Shorthand Reporter
 3  in and for the State of Texas, do hereby certify that,
 4  pursuant to the agreement hereinbefore set forth, there
 5  came before me on the 15th day of March, A.D., 2022, at
 6  1:40 p.m., at the offices of Sharpe & Rector, located at
 7  6100 Western Place, Suite 1000, Fort Worth, State of
 8  Texas, the following named person, DALE BEHAN, was by me
 9  duly cautioned and sworn to testify the truth, the whole
10  truth, and nothing but the truth of his knowledge touching
11  and concerning the matters in controversy in this cause;
12  and that he was thereupon carefully examined upon his oath
13  and his examination reduced to writing under my
14  supervision; that the deposition is a true record of the
15  testimony given by the witness, same to be sworn to and
16  subscribed by said witness before any Notary Public,
17  pursuant to the agreement of the parties; and that the
18  amount of time used by each party at the deposition is as
19  follows;
20            Ms. Haddock - 0 hours, 41 minutes;
21            Mr. Macdonald - 0 hours, 0 minutes;
22            Mr. Grau - 0 hours, 3 minutes;
23            Mr. Sharpe - 0 hours, 0 minutes;
24       I further certify that I am neither attorney nor
25  counsel for, nor related to or employed by, any of the
```



1  parties to the action in which this deposition is taken,
2  and further that I am not a relative or employee of any
3  attorney or counsel employed by the parties hereto, or
4  financially interested in the action.
5       I further certify that before the completion of the
6  deposition, the Deponent___X____, and/or the
7  Plaintfiff/Defendant_____did___X_____did not_____
8  request to review the transcript pursuant to Rule
9  30(e)(1).
10      In witness whereof, I have hereunto set my hand and
11 affixed my seal this 23rd day of March, A.D., 2022.

_D. Beth Randolph_
D. BETH RANDOLPH, TEXAS CSR 6493
Expiration Date: 10-31-22
Esquire Deposition Solutions
Firm Registration No. 286
1700 Pacific Avenue, Suite 1000
Dallas, Texas   75201
(214) 257-1436

