```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF TEXAS
 2                       SHERMAN DIVISION

 3   JANE ROE,                    )
         Plaintiff,               )
 4                                )
     VS.                          ) CIVIL NO.
 5                                ) 4:19-CV-00179-SDJ
     LEIGHTON PAIGE PATTERSON,    )
 6   in his individual            )
     capacity; SOUTHWESTERN       )
 7   BAPTIST THEOLOGICAL          )
     SEMINARY,                    )
 8       Defendants.              )

 9


10
     ****************************************************
11              ORAL AND VIDEOTAPED DEPOSITION OF

12                  SUSAN G. OLIVER PEARSON

13                      MARCH 15, 2022

14                     (REPORTED REMOTELY)
     ****************************************************
15

16        ORAL AND VIDEOTAPED DEPOSITION OF SUSAN G. OLIVER

17   PEARSON, produced as a witness at the instance of the

18   Plaintiff, and duly sworn, was taken in the

19   above-styled and numbered cause on March 15, 2022, from

20   2:47 p.m. to 3:51 p.m., before Donna Wright, CSR in and

21   for the State of Texas, reported by machine shorthand

22   and remotely via Zoom, pursuant to the Federal Rules of

23   Civil Procedure, the 22nd Emergency Order Regarding the

24   COVID-19 State of Disaster, and any stipulations or

25   agreements stated on the record or attached hereto.
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF:
          Ms. Sheila P. Haddock
 3        THE ZALKIN LAW FIRM, P.C.
          10590 W. Ocean Air Drive
 4        Suite 125
          San Diego, California 92130
 5        (858) 259-3011
          sheila@zalkin.com
 6

 7    FOR THE DEFENDANT LEIGHTON PAIGE PATTERSON:
          Mr. Jim Grau
 8        GRAU LAW GROUP
          1445 Ross Avenue
 9        Suite 4700
          Dallas, Texas 75202
10        (214) 521-4145
          jgrau@graulawgroup.com
11

12    FOR THE DEFENDANT SOUTHWESTERN BAPTIST THEOLOGICAL
      SEMINARY:
13        Mr. David M. MacDonald
          MACDONALD DEVIN, P.C.
14        3800 Renaissance Tower
          Dallas, Texas 75270
15        (214) 744-3300
          dmacdonald@macdonalddevin.com
16

17    ALSO PRESENT:
          Austin King - Videographer
18

19

20

21

22

23

24

25
```


800.211.DEPO (3376)
EsquireSolutions.com

1
2     Q.   Did you ever have a conversation with
3  Dr. Patterson about this June 29th, 2018 letter?
4     A.   I did not.
5     Q.   Or any kind of written communication with him
6  about it?
7     A.   I did not.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10     Q.   I understand from now listening to your
11  testimony that your memory about these events from
12  four years ago isn't very good about what had happened.
13  That's fair?
14     A.   Yes, sir.
15     Q.   All right.  But let me ask you a couple of
16  things about -- about the -- first of all, the
17  Gary Loveless letter of June 29, 2018.  There's a lot
18  of e-mails that Ms. Haddock put in front of you from
19  others talking about your participating in writing it.
20  Your testimony is you don't have any recollection of
21  that, right?
22     A.   That's correct.
23     Q.   Now, let me ask you specifically, do you have
24  any recollection that Paige Patterson ever asked you to
25  write a letter on his behalf to the Southwestern board?
```



1    A.    He did not.
2    Q.    And specifically -- and let me make sure my
3    question is good.  I'm not sure that one was.  But did
4    Paige Patterson or anybody from Southwest Baptist
5    Theological Seminary contact you and ask you to write a
6    letter on Paige Patterson's behalf to the board?
7    A.    No, sir.
8    Q.    In all the time that you've known
9    Dr. Patterson in -- from 2018 until here today, has
10   Dr. Patterson ever told you about the lawsuit that
11   brings us here today?
12   A.    He did not.
13   Q.    Has Dr. Patterson ever talked to you about any
14   of the allegations made by the plaintiff in this
15   lawsuit?
16   A.    He has not.
17   Q.    Did Dr. Patterson ever talked to you about
18   specifically whether there was consensual sex involved
19   or photographs?  Did he ever -- has he ever talked to
20   you about that in any way?
21   A.    No, sir.  And may I add, to my recollection,
22   nobody associated with Southwestern ever had
23   conversations with me about that.
24   Q.    And that was going to be my next question if
25   anybody else had done that.  And your memory is they



```
 1   have not?
 2       A.   No, sir.
 3       Q.   Now, did Dr. Patterson or anybody from
 4   Southwestern ever tell you the name of the plaintiff,
 5   Jane Roe?
 6       A.   No, sir, and I have no idea what her name is.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                  CHANGES AND SIGNATURE

 2    WITNESS NAME:   SUSAN G. OLIVER PEARSON

 3    DATE OF DEPOSITION:   MARCH 15, 2022

 4    PAGE           LINE           CHANGE                REASON

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____
```



```
 1        I, SUSAN G. OLIVER PEARSON, have read the foregoing
 2   deposition and hereby affix my signature that same is
 3   true and correct, except as noted above.
 4                              _____
                                     SUSAN G. OLIVER PEARSON
 5
 6   THE STATE OF _____ )
 7   COUNTY OF _____ )
 8        Before me, _____, on this day personally
 9   appeared SUSAN G. OLIVER PEARSON, known to me (or
10   proved to me under oath or through _____)
11   (description of identity card or other document) to be
12   the person whose name is subscribed to the foregoing
13   instrument and acknowledged to me that he executed
14   the same for the purposes and consideration therein
15   expressed.
16        Given under my hand and seal of office, this
17   _____ day of _____, _____.
18
19                              _____
                                NOTARY PUBLIC IN AND FOR
20                              THE STATE OF _____
21
22   My commission expires: _____
23    ____ No Changes Made   ____ Amendment Sheet(s) Attached
24
25
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
 2                          SHERMAN DIVISION

 3    JANE ROE,                        )
          Plaintiff,                   )
 4                                     )
      VS.                              ) CIVIL NO.
 5                                     ) 4:19-CV-00179-SDJ
      LEIGHTON PAIGE PATTERSON,        )
 6    in his individual                )
      capacity; SOUTHWESTERN           )
 7    BAPTIST THEOLOGICAL              )
      SEMINARY,                        )
 8        Defendants.                  )

 9

10             REPORTER'S CERTIFICATION OF THE ORAL
                DEPOSITION OF SUSAN G. OLIVER PEARSON
11                         MARCH 15, 2022
                         (REPORTED REMOTELY)
12

13            I, Donna Wright, a Certified Shorthand

14    Reporter and Notary Public in and for the State of

15    Texas, hereby certify to the following:

16            That the witness, SUSAN G. OLIVER PEARSON, was

17    remotely duly sworn by the officer and that the

18    transcript of the oral deposition is a true record of

19    the testimony given by the witness;

20            That the original deposition was delivered to

21    Mr. Jim Grau.

22            That a copy of this certificate was served on

23    all parties and/or the witness shown herein on

24    _____.

25            I further certify that pursuant to FRCP Rule
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   30(3) that the signature of the deponent:
 2           __X__ was requested by the deponent or a party
 3   before the completion of the deposition and that the
 4   signature is to be before any notary public and
 5   returned within 30 days from date of receipt of the
 6   transcript.  If returned, the attached Changes and
 7   Signature Page contains any changes and the reasons
 8   therefore:
 9           ____ was not requested by the deponent or a
10   party before the completion of the deposition.
11           I further certify that I am neither counsel
12   for, related to, nor employed by any of the parties or
13   attorneys in the action in which this proceeding was
14   taken, and further that I am not financially or
15   otherwise interested in the outcome of the action.
16           Certified to by me on this, the 21st day of
17   March, 2022.
18
19
20
21
```



DONNA WRIGHT, Texas CSR 1971
Expiration Date:  11/30/22
SCRIPT DEPOSITION SERVICES, LLC
Firm Registration No. 11972
904 S. Paris
Ennis, Texas 75119
(903) 470-0098

```
 1   COUNTY OF TRAVIS  )
 2   STATE OF TEXAS    )
 3       I hereby certify that the witness was notified
 4   on _____ that the witness has 30 days or
 5   (_____ days per agreement of counsel) after being
 6   notified by the officer that the transcript is
 7   available for review by the witness and if there are
 8   changes in the form or substance to be made, then the
 9   witness shall sign a statement reciting such changes
10   and the reasons given by the witness for making them;
11       That the witness' signature was/was not returned as
12   of _____.
13       Subscribed and sworn to on this, the _____ day
14   of _____, 2022.
15
16
17                          Donna Wright
18                          _____
                            DONNA WRIGHT, Texas CSR 1971
                            Expiration Date:  12/30/22
19                          SCRIPT DEPOSITION SERVICES, LLC
                            Firm Registration No. 11972
20                          904 S. Paris
                            Ennis, Texas 75119
21                          903.470.0098
22
23
24
25
```



800.211.DEPO (3376)
EsquireSolutions.com