
(https://swbts.edu)

# Statement Regarding Dr. Paige Patterson

**Alex Sibley (Https://Swbts.Edu/News/Author/Alex-Sibley/)** May 23, 2018



The Southwestern Baptist Theological Seminary (SWBTS) board of trustees is grateful for the contributions Dr. and Mrs. Paige Patterson have made since his presidency began in 2003. Further, we honor his longstanding dedication and commitment to

serving the Southern Baptist Convention (SBC) in its mission to present the Gospel of Jesus Christ to every person in the world and to make disciples of all the nations by leading the way for the conservative resurgence.

A special meeting of the SWBTS Board was held on May 22 to discuss our seminary, its future and our responsibility as trustees to ensure SWBTS is in the best position possible to fulfill our mission to biblically educate God-called men and women.

After much prayer and a more than 13-hour discussion regarding challenges facing the Institution, including those of enrollment, financial, leadership and institutional identity, the Board determined to move in the direction of new leadership for the benefit of the future mission of the Seminary.

The board passed a motion through a majority vote to appoint Dr. Patterson as President Emeritus with compensation, effective immediately, which he accepted. In addition, the board passed a motion to affirm the trustees' September 2017 offer for Dr. and Mrs. Patterson to live on campus as the first theologians-in-residence at the Baptist Heritage Center, scheduled to be completed in July 2018.

The board also voted to appoint Dr. D. Jeffrey Bingham, Dean of the School of Theology, to the position of Interim President, pending his acceptance. Further, a special committee of the trustees was formed to work out all the details of leadership transition for Drs. Patterson and Bingham.

Additionally, the board affirmed a motion stating 1) evidence exists that Dr. Patterson has complied with reporting laws regarding assault and abuse, 2) the Seminary stands against all forms of abuse and 3) the board has not found evidence of misconduct in Nathan Montgomery's employment file.

As we begin the process of ushering in a new season of leadership, SWBTS remains steadfast in its calling to assist the churches of the SBC by biblically educating God-called men and women for ministries that fulfill the Great Commission and glorify God.

**FOR INFORMATION CONTACT:**

**Dr. Charles Patrick, (817) 923-1921, ext. 3025, cpatrick@swbts.edu**

Southwestern BAPTIST THEOLOGICAL SEMINARY (https://swbts.edu)
(https://swbts.edu/admissions/visit/?utm_source=swbts_news&utm_medium=banner&utm_campaign=SWBTS_visit&utm_id=SWBTS_visit)

SHARE
(https://www.facebook.com/sharer.php?u=https://swbts.edu/news/statement-regardin
(https://twitter.com/intent/tweet?url=https://swbts.edu/news/statement-regardi
(https://www.linkedin.com/shareArticle?mini=true&url=https://swbts.edu/news/stateme
(mailto:?body=https://swbts.edu/news/statement-

# Related Articles

(https://swbts.edu/news/micro-conference-shane-shane-concert-coming-to-southwestern-seminary/)

News (https://swbts.edu/news/category/news/)

**Micro conference, Shane & Shane...**

December 3, 2025

(https://swbts.edu/news/swjt-names-thielmans-paul-apostle-of-grace-2025-book-of-the-year/)

News (https://swbts.edu/news/category/news/)

**SWJT names Thielman's 'Paul...**

November 25, 2025

(https://swbts.edu/news/allison-moo-recognized-with-southwestern-academic-awards-at-ets/)

News (https://swbts.edu/news/category/news/)

**Allison, Moo recognized with...**

November 20, 2025

(https://swbts.edu/news/taste-of-the-nations-displays-southwesterns-global-engagement-love-for-international-community/)

News (https://swbts.edu/news/category/news/)

**Taste of the Nations displays...**

November 19, 2025

# Subscribe For Latest Updates

**First Name**

**Last Name**

Southwestern BAPTIST THEOLOGICAL SEMINARY

**(https://swbts.edu)**

**Email Address**

**Phone**

Submit

By clicking Subscribe, I agree to the Terms & Conditions & Privacy Policy (https://swbts.edu/privacy-policy/). I also agree to receive emails from SWBTS and I understand that I may opt out of SWBTS subscriptions at any time.

**(https://swbts.edu)**

News (Https://Swbts.Edu/News/) Prayer (Https://Swbts.Edu/Prayer/)

Current Students (Https://Swbts.Edu/Students/)

Faculty & Staff (Https://Swbts.Sharepoint.Com/Sites/EmployeeHub)

Alumni (Https://Swbts.Edu/Alumni/)

Contact Us (/Request-Information-From-Southwestern-Seminary/?Utm_source=Rfi+Desktop+Header&Utm_medium=Rfi+Website)

Visit (Https://Swbts.Edu/Admissions/Visit/) Give (Https://Swbts.Edu/Give/)

Apply (Https://Swbts.Edu/Admissions/Apply/)

 

**(https://swbts.edu)**

**About (/about)**

Why SWBTS (https://swbts.edu/why-southwestern/)

Beliefs (https://swbts.edu/beliefs/)

Core Values (https://swbts.edu/about/#core-values)

History (https://swbts.edu/about/history/)

Seminary Hill Press (https://seminaryhillpress.com)

Administration (https://swbts.edu/academics/meet-our-faculty/administration/)

Equip The Called (https://equipthecalled.com?utm_source=swbts_top_nav&utm_medium=banner&utm_campaign=ETC&utm_id=ETC)

Meet our Faculty (https://swbts.edu/academics/faculty/)

Upcoming Classes (https://swbts.edu/course-list/)

The Good News of the Gospel (/the-gospel/)

**Academics (/academics/)**

Master of Divinity (/degree/master-of-divinity-degrees/)

Southwestern BAPTIST THEOLOGICAL SEMINARY
**(https://swbts.edu)**

Doctoral Studies (/academics/doctoral-studies/)

Undergraduate Degrees (https://texasbaptistcollege.com)

Online (https://swbts.edu/online/)

Schools (https://swbts.edu/academics/schools/)

Academic Catalog (https://swbts.edu/academic-catalog)

Library (https://libraries.swbts.edu)

Upcoming Classes (https://swbts.edu/course-list/)

Explore All Degrees (https://swbts.edu/academics/degrees/)

**Admissions (/admissions/)**

Apply (https://swbts.edu/admissions/apply/)

Tour the Campus (/admissions/visit/)

Tuition & Fees (https://swbts.edu/tuition-and-fees/)

Financial Aid (https://swbts.edu/campus-life/offices/financial-aid/)

**Campus Life (/campus-life/)**

Southwestern BAPTIST THEOLOGICAL SEMINARY (https://swbts.edu)

Student Life (https://swbts.edu/campus-life/student-life/)

Campus Housing and Residence Life (/campus-life/student-life/student-housing/)

Chapel (https://swbts.edu/campus-life/chapel/)

Upcoming Events (/events/)

Centers (https://swbts.edu/academics/centers/)

**Employment (/campus-life/offices/human-resources/)**

**Church Resources (/campus-life/offices/church-ministry/)**

**Academic Calendar (/academic-calendar/)**

**Academic Catalog (/academic-catalog)**

**Student Handbook (https://swbts.edu/wp-content/uploads/2025/11/Student-Handbook-11.12.2025.pdf)**

**Student Anti-Sexual Harassment Policy (https://swbts.edu/wp-content/uploads/2022/04/Student-Anti-Sexual-Harrassment-Copy.pdf)**

**(https://www.facebook.com/swbts)**

**(https://www.linkedin.com/school/southwestern-baptist-theological-seminary/)**

 Southwestern BAPTIST THEOLOGICAL SEMINARY (https://swbts.edu) (https://twitter.com/SWBTS)
(https://www.youtube.com/channel/UCyXkSVT5TQFXKJP14Scs2tA)

(https://www.instagram.com/accounts/login/?next=/southwesternseminary/)

2001 W. Seminary Drive, Fort Worth, Texas 76115 - 817.923.1921

Copyright © 2025 Southwestern Baptist Theological Seminary. All rights reserved.

---

**English (https://swbts.edu/) | 中文 (简体) (/chinese/) | 中文 (繁體) (/chinese-traditional/) | Español (/seminario-southwestern-espanol/) | 한국어 (/korean/)**

**Privacy Policy** **Contact**

Digital Marketing By thrive

**(https://thriveagency.com/)**