# Fort Worth Star-Telegram

FORT WORTH

# Updated: Southern Baptist leader's lawyer shared details about assault with trustees

BY SARAH SMITH

MAY 24, 2018 01:37 PM, UPDATED MAY 25, 2018 11:02 AM



Paige Patterson on Wednesday, May 30, was removed from all positions with the Southwestern Baptist Theological Seminary. JOYCE MARSHALL *STAR-TELEGRAM FILE*

▶ Listen to this article now
04:30  Powered by Trinity Audio

**FORT WORTH**

Trustees of the Southwestern Baptist Theological Seminary heard confidential details of assaults that Paige Patterson allegedly covered up during their closed-door meeting earlier this week.

Patterson was pushed to the position of "president emeritus" during the meeting, but two days later, there are few answers on what transpired in the 13-hour session.

These alleged assaults discussed at the meeting took place both on and off Southwestern Baptist's campus in October 2014 and April 2015, trustee chairman Kevin Ueckert wrote in an emailed statement. The allegations were made by a female Southwestern Baptist student against a male student in August 2015. The trustees discussed the alleged assaults and Patterson's response.

**TOP ARTICLES**

Fiber cut causes internet outage at Martin High School in Arlington during STAAR exam

"The police were involved and met with the individual making the allegations," Ueckert wrote in an email.

The trustees' May 23 resolution that bumped Patterson from his presidency also stated that "evidence exists that Dr. Patterson has complied with reporting laws regarding assault and abuse." Neither the resolution nor Ueckert's email detailed what evidence exists or how the trustees came upon such evidence. Ueckert did not answer questions as to whether the trustees reached out to either the alleged victim or alleged perpetrator.

## Get unlimited digital access

Subscribe now for only $1

CLAIM OFFER

Patterson served as president of Fort Worth's seminary since 2003 until he was engulfed in a controversy that started in late April, when a 2000 recording of him emerged during which he said he counseled abused women to submit to their husbands and pray. During the trustees' meeting Tuesday, The Washington Post published an article alleging that Patterson discouraged a woman who said she had been raped from reporting her assailant.

In an emailed response to a list of 20 questions sent Wednesday, Ueckert sent a statement:

"As part of this, Dr. Paige Patterson's legal counsel shared confidential details related to a specific incident of assault," Ueckert said in his email, "which included reporting the matter to law officials."

The trustees announced their decision at approximately 3:15 a.m. Wednesday and issued a full statement an hour later. Along with his position as president emeritus, Patterson and his wife, Dorothy, will be theologians-in-residence and live on campus.

Over the last two days, the Star-Telegram has repeatedly contacted Southwestern Baptist with questions regarding the trustees' decision. A list of questions was sent to Charles Patrick, director of communications for the seminary. He deferred comment to the trustees, as he was not in the meeting. A list of 20 questions was sent to each of the trustees. The trustees who responded deferred comment to Patrick, who had already deferred comment.

## TX Politics newsletter

Get government and election news that affects our region, plus a weekly take exclusive to the newsletter.

Enter Email Address

**SIGN UP**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.



Finally, the Star-Telegram sent the same list of 20 questions back to Patrick and Kevin Ueckert, chairman of the board of trustees, pointing out the issue. Ueckert responded with his statement, but did not answer the specific questions.

Also at issue was the firing of Nathan Montgomery, a former student and culinary worker at Southwestern Baptist who tweeted an opinion critical of Patterson when the abuse remarks first came out. Montgomery was fired from his position. Patterson made remarks in the Post disparaging Montgomery and his performance at the seminary. In the resolution, the trustees noted there was no evidence of misconduct in Montgomery's personnel file.

"The trustees did acknowledge that there was no wrongdoing on my part," Montgomery said. "I'm glad for that, but it clearly falls short of what I've asked for."

Montgomery said he will be meeting with Ueckert and has confidence in his integrity, adding that he "trusts Ueckert is 'operating in good faith.'"



In his emailed statement, Ueckert said, "The board did not completely explore every question surrounding Mr. Montgomery's departure from SWBTS but elected for the Executive Committee to provide further review in its next meeting, to happen within the next two weeks."

Throughout the month of April other comments by Patterson surfaced: He'd urged people to not get divorced in a 2013 sermon (even in abuse cases) lest the judge not become a Christian; he was named in a lawsuit against a former Southern Baptist leader who allegedly abused a 14-year-old for years.

He is still slated to speak at June's Southern Baptist Convention.

Meanwhile, the seminary will be led by interim President Jeffrey Bingham, head of the theology department.

A committee was formed to work out the issue of Patterson's compensation and housing and the leadership transition, Ueckert said.

*Anyone with more information should contact reporter Sarah Smith at ssmith@star-telegram.com*





The women say an older church member touched them inappropriately when they were teens, and that church leaders kept it quiet. Now, years later, the man has been convicted on charges of child porn and online solicitation of a minor. BY JARED L. CHRISTOPHER AND ROSS HAILEY

**RELATED STORIES FROM FORT WORTH STAR-TELEGRAM**

**FORT-WORTH**

Southern Baptist leader who urged abused women to pray removed as seminary president

MAY 23, 2018 4:44 AM

**EDITORIALS**

Now that Patterson's out, must Baptists address the real danger of domestic abuse?

MAY 23, 2018 7:14 PM

**FORT-WORTH**

Embattled Southern Baptist leader offers apology after comments on abused women

MAY 10, 2018 5:17 PM

COMMENTS



READ NEXT

**CRIME**

# Fort Worth murder suspect admits dragging body out of car but not killing man, police say

BY DOMINGO RAMIREZ JR.
MAY 06, 2021 01:59 PM

The body of a 56-year-old man was found dumped near a road in west Fort Worth.

KEEP READING ➔

## Local Spotlight

- **ELECTRICAL Contr**
  ELECTRICAL Contractor Veteran Owned & Operated. Comm, Res & Ind'l. 682-258-9905 TECL #26354

- **TILE SERVICE Rab**
  TILE SERVICE Rabbit Construction. Complete Shower Remodeling, laminate&wood floor 817-366-2820

- **HAULING Afford**
  HAULING Affordable Hauling, garage& clean- up , tree brush, etc.817-902-5800

- **BRICK, STONE MAS**
  BRICK, STONE MASONRY AMJ Masonry - Mailboxes, Brick REPAIR & STONE 682-558-6086

- **PLUMBING ANDE**
  PLUMBING ANDERSON PLUMBING $50 DRAIN CLEAN-OUTS, SM. REPAIRS #8761 VISA/MC 817-838-0353

**FORT WORTH**
This wall stretched for 10 blocks to separate Blacks and whites in Fort Worth

**FORT WORTH**
Man shot in east Fort Worth apartment a little after midnight Thursday, police say

**FORT WORTH**
Man shot in east Fort Worth early Thursday under unclear circumstances, police say

UPDATED 5 HOURS 38 MINUTES AGO

RESTAURANTS

2 Fort Worth restaurants told to take corrective actions, health inspections show

UPDATED 7 HOURS 55 MINUTES AGO

UPDATED 6 HOURS 39 MINUTES AGO

EATS BEAT

Update on new Mexican restaurants: one is open, but two in Fort Worth aren't ready

MAY 06, 2021 5:45 AM

MAY 06, 2021 10:02 AM

SPONSORED CONTENT

9 Strange Things Millionaires Do With Their Money, But Most of Us Have Never Tried

BY THE PENNY HOARDER

Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

FORT WORTH STAR-TELEGRAM APP →

SUBSCRIPTIONS
Start a Subscription
Customer Service
eEdition
Vacation Hold
Pay Your Bill

LEARN MORE
About Us
Contact Us
Newsletters
News in Education
Archives

ADVERTISING
Information
Place a Classified

COPYRIGHT    COMMENTING POLICY    PRIVACY POLICY    DO NOT SELL MY PERSONAL INFORMATION    TERMS OF SERVICE