UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, ET AL. | § § | |

## **ORDER**

Before the Court is Plaintiff's Agreed Motion for Extension of Time to File Exhibits to Plaintiff Jane Roe's Response to Leighton Paige Patterson's Motion for Summary Judgment and Brief in Support. (Dkt. #511). The parties seek a one-day extension of time for Plaintiff to file exhibits to her response to Defendant's motion for summary judgment so that Defendant can fully review the exhibits and provide his position on the scope of redactions. (Dkt. #511 at 2). Having considered the motion and found good cause, the Court **GRANTS** the motion.

It is therefore **ORDERED** that Plaintiff Jane Roe's deadline to file exhibits to her response to Defendant's summary-judgment motion is extended to **January 13, 2026**.

**So ORDERED and SIGNED this 13th day of January, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE