UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, | § | |
| ET AL. | § | |

## ORDER

Before the Court is Plaintiff Jane Roe's Unopposed Motion for Extension of Time to File [Her] Response to Leighton Paige Patterson's Motion for Summary Judgment and Exhibits. (Dkt. #513). Defendant Leighton Paige Patterson is unopposed. (Dkt. #513 at 3). Having considered the motion and found good cause, the Court **GRANTS** the motion.

It is therefore **ORDERED** that Plaintiff's deadline to respond to Patterson's motion for summary judgment is extended to **January 16, 2026**.

**So ORDERED and SIGNED this 14th day of January, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE