UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, ET AL. | § § § | |

## ORDER

Before the Court is Plaintiff Jane Roe's Motion to Seal Exhibits to [Her] Response to Leighton Paige Patterson's Motion for Summary Judgment. (Dkt. #517). Defendant Leighton Paige Patterson is unopposed. (Dkt. #517 at 9). Roe's motion applies controlling Fifth Circuit precedent and properly balances the public's common law right of access against the interests favoring nondisclosure. *See Binh Hoa Le v. Exeter Fin. Corp.*, 990 F.3d 410, 416–21 (5th Cir. 2021). Additionally, Roe illustrates that she seeks to seal minimal information from the public record with the least drastic means. Having considered the motion and the applicable law, the Court concludes that the motion should be granted.

It is therefore **ORDERED** that Plaintiff Jane Roe's Motion to Seal Exhibits to [Her] Response to Leighton Paige Patterson's Motion for Summary Judgment, (Dkt. #517), is **GRANTED**. Roe's exhibits, (Dkt. #518), shall remain under seal. The redacted versions of those exhibits, (Dkt. #519), are publicly available.

**So ORDERED and SIGNED this 21st day of January, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE