**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JANE ROE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No.: 4:19-cv-00179-SDJ |
| | § | |
| v. | § | |
| | § | |
| LEIGHTON PAIGE PATTERSON | § | |
| in his Individual capacity; and | § | |
| SOUTHWESTERN BAPTIST | § | |
| THEOLOGICAL SEMINARY, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ENTRY OF APPEARANCE OF ADDITIONAL COUNSEL**

PLEASE TAKE NOTICE that Scott J. Chafin, Jr. of the law firm of Gregorio, Chafin, LLC enters an appearance as counsel of record for Plaintiff Jane Roe.  Mr. Chafin is admitted to practice before this Court and consents to notification and service, via the Court's ECF system at schafin@gcj-law.com and nheadrick@gcj-law.com of all notices and filings in this action.

Dated: April 30, 2026

Respectfully submitted,

*s/ Sheila P. Haddock*
Sheila P. Haddock
TX State Bar No. 00790810
**ZALKIN LAW FIRM, LLP**
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
sheila@zalkin.com

Hunter Haddock
CA State Bar No. 355050
**ZALKIN LAW FIRM, LLP**
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
hunter@zalkin.com

AND

_s/ Scott J. Chafin, Jr._____
 Scott J. Chafin, Jr.
TX State Bar No. 24140020
**GREGORIO, CHAFIN, LLC**
9284 Linwood Avenue
Shreveport, LA 71106
Telephone: (318) 865-8680
Facsimile:      (318) 865-8565
SChafin@gcj-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2026, I electronically filed this Notice of Appearance of Counsel for Scott J. Chafin, Jr. with the clerk of court for the U.S. District Court, Eastern District of Texas, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

Dated: April 30, 2026                    _s/ Scott J. Chafin, Jr._____
                                         Scott J. Chafin, Jr.

Page 2 of 2