UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL NO. 4:19-cv-00179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON | § | |
| in his Individual capacity; and | § | |
| SOUTHWESTERN BAPTIST | § | |
| THEOLOGICAL SEMINARY, | § | |
| | § | |
| *Defendants.* | § | |

## LEIGHTON PAIGE PATTERSON'S NOTICE OF INTENT TO OFFER CERTIFIED RECORDS

In accordance with the Court's Seventh Amended Scheduling Order, Leighton Paige Patterson ("Dr. Patterson") submits this Notice of Intent to Offer Certified Records. At trial, Dr. Patterson may offer the following:

1. AT&T cell phone records between Plaintiff and John Doe, from September 1, 2014 through May 31, 2015, certified by Gary Cohen on January 4, 2021 and by Certificate of Authenticity signed by Brian Faulkner on September 3, 2021.

2. AT&T cell phone records between Plaintiff and John Doe, from June 1, 2015 through May 31, 2016, certified by Brad Hart on January 4, 2021 and by Certificate of Authenticity signed by Brian Faulkner on September 3, 2021.

3. AT&T cell phone records between Plaintiff and John Doe 2, from January 1, 2015 through December 31, 2015, certified by Kievandra Lang on April 14, 2021 and by Certificate of Authenticity signed by Kievandra Lang on April 20, 2021.

1

4.  Portions of the Fort Worth Police Department records, certified by Bryan Brice on November 6, 2020.

Respectfully submitted,

**Grau Law Group, PLLC**


 */s/ Jim Grau*
**Jim Grau**
State Bar No.: 08306350
*jgrau@graulawgroup.com*

**Travis J. Jones**
State Bar No.: 24101979
*tjones@graulawgroup.com*

500 N. Akard St., Suite 1925
Dallas, Texas 75201
(214) 521-4145 Telephone
(214) 521-4320 Facsimile

**Attorneys for Leighton Paige Patterson**

## <u>CERTIFICATE OF SERVICE</u>

On May 4, 2026, Grau Law Group, PLLC served Leighton Paige Patterson's Notice of Intent to Offer Certified Records on the following counsel by CM/ECF, following the Federal Rules of Civil Procedure:

Sheila P. Haddock
Alexander S. Zalkin
Irwin M. Zalkin
THE ZALKIN LAW FIRM, P.C.
12555 High Bluff Drive, Suite 301
San Diego, California 92130
*sheila@zalkin.com*
*alex@zalkin.com*
*irwin@zalkin.com*
*Counsel for Plaintiff*

Susan E. Hutchison
Hutchison & Foreman, PLLC
505 Pecan Street, Suite 102
Fort Worth, Texas 76102
*sehservice@fightsforright.com*
Counsel for Plaintiff

Scott J. Chafin, Jr.
Gregorio, Chafin, LLC
9284 Linwood Avenue
Shreveport, Louisiana 71106
*schafin@gcj-law.com*
Counsel for Plaintiff

 */s/ Travis J. Jones*
Travis J. Jones