**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JANE ROE; | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No.: 4:19-cv-00179-SDJ |
| | § | |
| v. | § | |
| | § | |
| | § | |
| LEIGHTON PAIGE PATTERSON | § | |
| in his Individual capacity; and | § | |
| SOUTHWESTERN BAPTIST | § | |
| THEOLOGICAL SEMINARY, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**PLAINTIFF JANE ROE'S
NOTICE OF INTENT TO OFFER CERTIFIED RECORDS**

In accordance with the Court's Seventh Amended Scheduling Order, Plaintiff Jane Roe ("Roe") submits this Notice of Intent to Offer Certified Records. At trial, Roe may offer the following:

- Portions of Fort Worth Police Department records, certified by Bryan Bice on November 6, 2020.

Dated: May 4, 2026

Respectfully submitted,

*s/ Sheila P. Haddock*
Sheila P. Haddock
TX State Bar No. 00790810
**ZALKIN LAW FIRM, LLP**

111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
sheila@zalkin.com

Hunter Haddock
CA State Bar No. 355050
**ZALKIN LAW FIRM, LLP**
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
hunter@zalkin.com

AND

Scott J. Chafin, Jr.
 TX State Bar No. 24140020
**GREGORIO, CHAFIN, LLC**
9284 Linwood Avenue
Shreveport, LA 71106
Telephone: (318) 865-8680
Facsimile:        (318) 865-8565
SChafin@gcj-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, I electronically filed this Notice of Intent to Offer Certified Records with the clerk of court for the U.S. District Court, Eastern District of Texas, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

Dated: May 4, 2026                    _s/ Sheila P. Haddock_
                                      Sheila P. Haddock