# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE<br><br>　　　　Plaintiff,<br><br>v.<br><br>LEIGHTON PAIGE PATTERSON, in his individual capacity; SOUTHWESTERN BAPTIST THEOLOGICAL SEMINARY<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § | CIVIL NO. 4:19-cv-00179-SDJ |

## PLAINTIFF JANE ROE'S WITNESS LIST

TO:　Defendant Leighton Paige Patterson, by and through his attorney of record Jim Grau, Travis J. Jones, Grau Law Group, PLLC, 500 N. Akard, Suite 1925, Dallas, TX. 75201

Plaintiff Jane Roe submits this Trial Witness List of those individuals anticipated to testify at the time of trial, such testimony to be live testimony, video deposition, deposition transcript, and/or deposition by written questions. Plaintiff specifically reserves the right to supplement this list with any witnesses who may be called to testify at trial for purposes of impeachment or rebuttal. Plaintiff reserves the right to examine and cross-examine any witness called to testify at trial (whether through live testimony, deposition testimony, video tape deposition testimony, and/or deposition by written questions) by Defendant Leighton Paige Patterson as included by timely listing and identification by Defendant in a Witness List.

1

Dated: May 18, 2026

Respectfully submitted,

*s/ Sheila P. Haddock*
Sheila P. Haddock
TX State Bar No. 00790810
**ZALKIN LAW FIRM, LLP**
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
sheila@zalkin.com

Hunter Haddock
CA State Bar No. 355050
**ZALKIN LAW FIRM, LLP**
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
hunter@zalkin.com

AND

Scott J. Chafin, Jr.
TX State Bar No. 24140020
**GREGORIO, CHAFIN, LLC**
9284 Linwood Avenue
Shreveport, LA 71106
Telephone: (318) 865-8680
Facsimile:     (318) 865-8565
SChafin@gcj-law.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, a true and correct copy of the foregoing instrument has been forwarded, pursuant to the Federal Rules of Civil Procedure, to counsel listed below:

Jim Grau
State Bar No.: 08306350
jgrau@graulawgroup.com
Travis J. Jones
State Bar No. 24101979
tjones@graulawgroup.com
Grau Law Group, PLLC
500 N. Akard, Suite 1925
Dallas, TX. 75201
(214) 521-4145 Telephone
(214) 521-4320 Facsimile
Attorneys for Leighton Paige Patterson

Dated: May 18, 2026                          *s/ Sheila P. Haddock*
                                             Sheila P. Haddock

3

## PLAINTIFF JANE ROE'S TRIAL WITNESS LIST

### Witnesses Live at Trial

1. **Jane Roe**
   c/o Sheila P. Haddock
   Zalkin Law Firm, LLP
   10590 W. Ocean Air Drive, Suite 175
   San Diego, CA 92130
   (858) 259-3011

2. **Jane Roe's Mother**
   c/o Sheila P. Haddock
   Zalkin Law Firm, LLP
   10590 W. Ocean Air Drive, Suite 175
   San Diego, CA 92130
   (858) 259-3011

3. **Jane Roe's Sister**
   c/o Sheila P. Haddock
   Zalkin Law Firm, LLP
   10590 W. Ocean Air Drive, Suite 125
   San Diego, CA 92130
   (858) 259-3011

4. **Leighton Paige Patterson**
   c/o Jim Grau
   Travis Jones
   Grau Law Group
   500 N. Akard, Suite 1925
   Dallas, Texas 75201
   (214) 521-4145

5. **J. Shelby Sharpe**

   6100 Western Place, Suite 1000
   Fort Worth, TX 76701
   (817) 338-4900

   5117 Locke Ave
   Fort Worth, TX 76107

6.  **Dr. Bart Barber**

    c/o Michael Anderson
    Kelly, Hart & Hallman LLP
    201 Main Street, Suite 2500
    Fort Worth, TX 76102
    (817) 878-3506

    418 Jouette Street
    Farmersville, TX 75442

7.  **Linda Behan**

    c/o J. Shelby Sharpe
    6100 Western Place, Suite 1000
    Fort Worth, TX 76107
    (817) 338-4900

    159 Waggoner Court
    Fort Worth, TX 76108-9513

8.  **Joshua Nichols**

    Fort Worth Police Department
    110 Hemphill
    Fort Worth, TX 76104
    (817) 392-4200

9.  **Christopher Kight**

    Fort Worth Police Department
    505 W. Felix Street
    Fort Worth, TX 76115
    (817) 392-4200

10. **Detective Kerry F. Adcock**

    Fort Worth Police Department
    505 W. Felix Street
    Fort Worth, TX 76115
    (817) 392-4200

11. **Alexandria H. Doyle, PhD**
    5646 Milton Street, Suite 725
    Dallas, TX 75206
    (214) 361-5900

**<u>Witnesses Live at Trial or By Video Deposition</u>**

12. **Z. Scott Colter**
    c/o Jim Grau
    Travis Jones
    Grau Law Group
    500 N. Akard, Suite 1925
    Dallas, Texas 75201
    (214) 521-4145

13. **Candice C. Finch**
    c/o Jim Grau
    Travis Jones
    Grau Law Group
    500 N. Akard, Suite 1925
    Dallas, Texas 75201
    (214) 521-4145

14. **Heather Sharayah Colter**
    c/o Jim Grau
    Travis Jones
    Grau Law Group
    500 N. Akard, Suite 1925
    Dallas, Texas 75201
    (214) 521-4145

15. **Kevin Ueckert**

    c/o Current SWBTS Counsel
    Michael Anderson
    Kelly, Hart & Hallman LLP
    201 Main Street, Suite 2500
    Fort Worth, TX 76102
    (817) 878-3506

    4725 County Road 245
    Florence, TX 76527

16. **Gary Loveless**

    c/o Larry P. Wilson
    The Lanier Law Firm
    10940 West Sam Houston Parkway N. Suite 100
    Houston, TX 77064
    (713) 804-6461

5304 Bayou Glen Road
Houston, TX 77056

17. **Susan Oliver Pearson**

502 Wyndhurst Drive, Suite B
Lynchburg, VA 24052-2986

18. **Patricia Ennis, Ed.D.**

c/o Current SWBTS Counsel:
Michael Anderson
Kelly, Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
(817) 878-3506

311 Holiday Creek Ln.
Georgetown, TX 78633

19. **John Nichols**

c/o Current SWBTS Counsel:
Michael Anderson
Kelly, Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
(817) 878-3506

## **Witnesses Who May Be Called**

20. **Dorothy Patterson**

c/o Jim Grau
Travis Jones
Grau Law Group
500 N. Akard, Suite 1925
Dallas, Texas 75201
(214) 521-4145

21. **Terri Stovall**

    c/o Current SWBTS Counsel:
    Michael Anderson
    Kelly, Hart & Hallman LLP
    201 Main Street, Suite 2500
    Fort Worth, TX 76102
    (817) 878-3506

    2419 Red Maple Ct.
    Arlington, TX 76001

22. **Lennie Knight**

    c/o Michael Anderson
    Kelly, Hart & Hallman LLP
    201 Main Street, Suite 2500
    Fort Worth, TX 76102
    (817) 878-3506

    13825 E. Riviera Dr.
    Burleson, TX 76028

23. **Richard R. Knight, MD**

    c/o Current SWBTS Counsel:
    Michael Anderson
    Kelly, Hart & Hallman LLP
    201 Main Street, Suite 2500
    Fort Worth, TX 76102
    (817) 878-3506

    13825 E. Riviera Dr.
    Burleson, TX 76028

24. **Stephanie Loveless**

    c/o Larry P. Wilson
    The Lanier Law Firm
    10940 West Sam Houston Parkway N. Suite 100
    Houston, TX 77064
    (713) 804-6461

    5304 Bayou Glen Road
    Houston, TX 77056

25. **Dale Behan**

c/o J. Shelby Sharpe
6100 Western Place Suite 1000
Fort Worth, TX 76107
(817) 338-4900

159 Waggoner Court
Fort Worth, TX 76108-9513

26. **Ariel Youngbird Cauthon**

3337 Park Ridge Blvd,
Fort Worth, TX 75109-3006

27. **Hunter Haddock** – may be called to authenticate audio recordings.

The Zalkin Law Firm, LLC
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130