IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE,<br>    *Plaintiff,* | §<br>§<br>§<br>§ | |
| v. | §<br>§ | CIVIL NO. 4:19-CV-00179-SDJ |
| LEIGHTON PAIGE PATTERSON, in his<br>individual capacity; SOUTHWESTERN<br>BAPTIST THEOLOGICAL SEMINARY,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§ | |

## **TRIAL WITNESS LIST OF DR. LEIGHTON PAIGE PATTERSON**

Defendant Leighton Paige Patterson submits this Trial Witness List of those individuals anticipated to testify at the time of trial, such testimony to be live testimony, video deposition, deposition transcript, and/or deposition by written questions. Dr. Patterson specifically reserves the right to supplement this list with any witnesses who may be called to testify at trial for purposes of impeachment or rebuttal. Dr. Patterson also reserves the right to examine and cross-examine any witness called to testify at trial (whether through live testimony, deposition testimony, video tape deposition testimony, and/or deposition by written questions) by Plaintiff or any Co-Defendant as included by timely listing and identification by Plaintiff or Co-Defendant in a Witness List.

1

Respectfully submitted,

GRAU LAW GROUP, PLLC


 /s/ Jim Grau
JIM GRAU
State Bar No.: 08306350
*jgrau@graulawgroup.com*

TRAVIS J. JONES
State Bar No.: 24101979
*tjones@graulawgroup.com*

500 N. Akard St., Suite 1925
Dallas, Texas 75201
(214) 521-4145 Telephone
(214) 521-4320 Facsimile

ATTORNEYS FOR LEIGHTON
PAIGE PATTERSON

## CERTIFICATE OF SERVICE

On March 8, 2023, Grau Law Group, PLLC served the Trial Witness List of Dr. Leighton Paige Patterson on the following counsel, per the Federal Rules of Civil Procedure:

Sheila P. Haddock
Alexander S. Zalkin
Irwin M. Zalkin
The Zalkin Law Firm, P.C.
10590 W. Ocean Air Dr., Suite 125
San Diego, California 92130
*sheila@zalkin.com*
*alex@zalkin.com*
*irwin@zalkin.com*
Counsel for Plaintiff

David M. Macdonald
Jennifer D. LeBlanc
Bryan Rutherford
Macdonald Devin, P.C.
12270 Coit Road, Suite 1100
Dallas, Texas 75251
*dmacdonald@macdonalddevin.com*
*jleblanc@macdonalddevin.com*
*brutherford@macdonalddevin.com*
Counsel for Southwestern Baptist Theological Seminary

Michael D. Anderson
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
*michael.anderson@kellyhart.com*
Counsel for Southwestern Baptist Theological Seminary

Susan E. Hutchison
Hutchison & Foreman, PLLC
505 Pecan Street, Suite 102
Fort Worth, Texas 76102
*sehservice@fightsforright.com*
Counsel for Plaintif

 */s/ Jim Grau*
Jim Grau

3

**TRIAL WITNESS LIST**
**Fact  and Expert Witnesses**


**I.**
**Live Witnesses at Trial**

1. **Jane Doe**

   c/o Sheila P. Haddock
   The Zalkin Law Firm, P.C.
   10590 W. Ocean Air Drive, Suite 125
   San Diego, CA  92130
   (858) 259-3011

2. **Jane Doe's Mother**

   c/o Sheila P. Haddock
   The Zalkin Law Firm, P.C.
   10590 W. Ocean Air Drive, Suite 125
   San Diego, CA  92130
   (858) 259-3011

3. **Jane Doe's Sister**

   c/o Sheila P. Haddock
   The Zalkin Law Firm, P.C.
   10590 W. Ocean Air Drive, Suite 125
   San Diego, CA  92130
   (858) 259-3011

4. **Leighton Paige Patterson**

   c/o Jim Grau
   Travis Jones
   Grau Law Group
   500 N. Akard, Suite 1925
   Dallas, Texas 75201
   (214) 521-4145

5. **Candice C. Finch**
   c/o Jim Grau
   Travis Jones
   Grau Law Group
   500 N. Akard, Suite 1925
   Dallas, Texas 75201
   (214) 521-4145

6. **Z. Scott Colter**
   c/o Jim Grau
   Travis Jones
   Grau Law Group
   500 N. Akard, Suite 1925
   Dallas, Texas 75201
   (214) 521-4145

7. **Colby T. Adams**
   c/o David M. Macdonald
   Macdonald Devin Madden Kenefick Harris
   12770 Coit Road, Suite 1100
   Dallas, TX  75251
   (214) 744-3300

8. **Joe Bloggs (pseudonym)**
   3210 Harvey Road, Apt. 321
   College Station, TX  77845
   (986) 564-5664

9. **Barbara Ziv, MD**
   1107 Bethlehem Pike
   Suite 101
   Flourtown, PA  19031
   (215) 248-1848

10. **Alexandria H. Doyle**
    5949 Sherry Lane
    Suite 840
    Dallas, TX  75225
    (214) 361-5900

## II.
## Live or by Deposition

11. **Patricia Ennis, Ed.D.**
    c/o David M. Macdonald
    Macdonald Devin Madden Kenefick Harris
    12770 Coit Road, Suite 1100
    Dallas, TX  75251
    (214) 744-3300

12. **Detective Kerry F. Adcock**
    Fort Worth Police Department
    505 W. Felix Street
    Fort Worth, TX  76115
    (817) 392-4200

13. **Rebecca Burk**
    513 S. Main Street
    Irving, TX 75060
    (903) 486-2239

14. **Dr. Bart Barber**
    c/o Michael Anderson
    Kelly, Hart & Hallman LLP
    201 Main Street, Suite 2500
    Fort Worth, TX  76102
    (817) 878-3506

15. **John Doe's Father**
    24430 State Highway 39
    Purcell, OK  73080
    (405) 249-5509

16. **Shelby Sharpe**
    Sharpe & Rector, PC
    6100 Western Place
    Suite 1000
    Fort Worth, TX  76701
    (817) 338-4900

6

**III**.
**Video Deponents at Trial**

17. **John Nichols**
c/o David M. Macdonald
Macdonald Devin Madden Kenefick Harris
12770 Coit Road, Suite 1100
Dallas, TX  75251
(214) 744-3300

18. **Richard R. Knight, MD**
c/o David M. Macdonald
Macdonald Devin Madden Kenefick Harris
12770 Coit Road, Suite 1100
Dallas, TX  75251
(214) 744-3300

19. **Charles Wayne Patrick, Jr., Ph.D., MDiv**
Texas A & M University
Department of Biomedical Engineering
5030 Emerging Technologies Building
3120 TAMU
College Station, TX  77843-3120
(979) 458-2329

20. **Alan Dean Nichols**
c/o David M. Macdonald
Macdonald Devin Madden Kenefick Harris
12770 Coit Road, Suite 1100
Dallas, TX  75251
(214) 744-3300

21. **Heather Sharayah Colter**
c/o Jim Grau
Travis Jones
Grau Law Group
500 N. Akard, Suite 1925
Dallas, Texas 75201
(214) 521-4145

22. **Lennie Knight**
    c/o Michael Anderson
    Kelly, Hart & Hallman LLP
    201 Main Street, Suite 2500
    Fort Worth, TX  76102
    (817) 878-3506

23. **Detective Joshua Nichols**
    Fort Worth Police Department
    110 Hemphill
    Fort Worth, TX  76104
    (817) 392-4200

24. **Semeon Charles**
    c/o AT&T Mobility, LLC
    11760 US Highway 1, Suite 400
    North Palm Beach, FL  33408
    (800) 635-6840

25. **Christopher Kyle Walker**
    c/o David M. Macdonald
    Macdonald Devin Madden Kenefick Harris
    12770 Coit Road, Suite 1100
    Dallas, TX  75251
    (214) 744-3300

26. **Kevin Ueckert**
    c/o David M. Macdonald
    Macdonald Devin Madden Kenefick Harris
    12770 Coit Road, Suite 1100
    Dallas, TX  75251
    (214) 744-3300

27. **Susan Oliver Pearson**
    502 Wyndhurst Drive
    Suite B
    Lynchburg, VA  24052-2986

28. **Linda Behan**
    c/o J. Shelby Sharpe
    Sharpe & Rector, PC
    6100 Western Place
    Suite 1000
    Fort Worth, TX 76107
    (817) 338-4900

29. **Gary Behan**
    c/o J. Shelby Sharpe
    Sharpe & Rector, PC
    6100 Western Place
    Suite 1000
    Fort Worth, TX 76107
    (817) 338-4900

30. **Gary Loveless**
    c/o Larry P. Wilson
    The Lanier Law Firm
    10940 West Sam Houston Parkway N.
    Suite 100
    Houston, TX 77064
    (713) 804-6461

31. **Stephanie Loveless**
    c/o Larry P. Wilson
    The Lanier Law Firm
    10940 West Sam Houston Parkway N.
    Suite 100
    Houston, TX 77064
    (713) 804-6461