UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE<br><br>Plaintiff,<br><br>v.<br><br>LEIGHTON PAIGE PATTERSON, in his individual capacity; SOUTHWESTERN BAPTIST THEOLOGICAL SEMINARY<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 4:19-cv-00179-SDJ |

## PLAINTIFF'S VIDEO DEPOSITION DESIGNATION DISCLOSURES

TO: Defendant Leighton Paige Patterson, by and through his attorney of record Jim Grau, Travis J. Jones, Grau Law Group, PLLC, 500 N. Akard, Suite 1925, Dallas, TX. 75201

Pursuant to the Court's Seventh Amended Scheduling Order, Plaintiff discloses the

following Video Deposition Designations:

**SUSAN OLIVER PEARSON**

**Page/line**

6/5—8
9/3—5
12/21—13/15
13/19—14/6
15/1—16/1
16/23—17/7
17/13—18/4
19/2—37/25
39/4—13

1

**SHARAYAH COLTER**

**Page/line**
7/11—18
11/1—8
12/21—25
13/11—14/7
15/1—17/9
17/22—18/3
19/1—20/16
23/19—25/3
25/13—26/17
28/2—5
28/16—25
29/3—31/25
33/4—33/25
34/6-—37/18
37/23—40/9
42/1—45/21
46/17—47/8
47/17—51/3
51/10—52/21
53/4—54/12
54/19—55/3
55/12—58/8
59/1—60/10
60/15—21
61/2—10
62/22—68/7
68/16—69/7
69/25—72/8
72/19—74/22
75/5—76/25
77/16—24
78/7—79/8
86/6—88/24
89/21—90/20
91/17—19
93/20—95/1
96/6—24
99/16—23
100/8—101/6
102/7—106/5
106/15—107/10
107/25—108/9
108/15—109/8

**SCOTT COLTER Volume 1**

**Page/line**

6/8 -13
10/25—12/6
13/6—14/19
16/8—18/15
18/22—19/4
19/11—20/8
21/20—23/1
23/23—26/7
26/20—21
27/22—34/14
37/3—21
38/1—41/11
41/18—42/2
42/12—16
43/7—8
44/12—45/19
47/1—47/6
47/23 – 48/15
49/9—20
49/24—50/6
50/7—9
50/13—14
51/7
51/10—14
52/4—19
53/19—25
54/4—55/2
55/7—16
55/24—61/19
64/19 – 21
65/4 – 5
65/20—72/9
74/8—75/23
76/10—77/12
77/16—78/4
79/13—80/16
80/21—81/9
82/4 —83/5
85/12—87/23
88/10—11
88/20—89/21
90/4—92/2

**SCOTT COLTER Volume 1 (continued)**

**Page/line**

92/10—95/5
95/11—-98/12
98/13—99/15
101/24—104/10
104/14—105/16
105/25—106/19
110/12-24
116/5-14
125/9-14
126/2—127/8
128/8—129/19
130/11-21
132/16 — 133/21

**SCOTT COLTER Volume 2**

**Page/line**

151/24—152/1
152/7—152/21
153/14—153/23
154/10—156/9
156/23—157/2
158/13—161/16
170/12—172/22
173/17—175/13
176/13—176/24
177/11-22
178/4—178/20
180/21—182/17
201/6-15

**CANDI FINCH  Volume 1**

**Page/line**

6/10-16
9/17—10/14
10/23—11/6
12/3—14
13/10—19
15/23—16/13

**CANDI FINCH Volume 1 (continued** )

**Page/line**

16/20
17/2-8
19/7—21/17
22/14—23/4
23/12—24/2
24/22—25/2
25/10-23
30/5 —31/6
41/6-10
41/16 – 48/23
49/22—51/9
54/5—55/25
65/12-17
67/5-10
67/20-25
76/17—85/18
86/10-14
86/20-25
87/4—89/5
90/18
91/2—92/20
97/23-25
98/15—100/3
102/9—103/18
104/10—105/12
107/3—109/22
111/10—112/16
113/24—114/4
115/12—116/6
117/16—119/8
119/24— 121/2
121/12—123/9
123/19—124/3
133/9—135/7
138/4—139/4
141/16—142/3
142/20—144/1
144/5—146/20
146/24—147/8
148/12—149/9
150/2—152/14
162/19—163/7

**CANDI FINCH Volume 1 (continued** )

**Page/line**

223/12—224/15
225/4-8
227/13—228/7
228/20—229/5
236/7-14

**PATRICIA ENNIS**

**Page/line**

8/10-12
15/3-24
16/23—19/20
50/17—51/1
53/2-24
55/19—58/1
58/2-7
58/24—59/17
59/23—61/22
62/10-14
62/25—63/14
63/24—64/18
64/20—65/17
66/4-24
67/6-19
67/24—69/13
69/23—73/10
77/4—82/19
82/25—83/3
84/3-17
84/24—85/1
86/12—87/9
87/15—88/11
91/11-12
91/17-25
92/12—93/20
94/24—95/2
96/7—98/18
101/15-25
102/4-8
102/20-23
103/8-12

**PATRICIA ENNIS (continued)**

**Page/line**

104/15-19
105/12-17
108/9—109/10
109/22—110/1
110/9—113/5
115/3—116/10
116/18—117/14
117/25—119/6
131/4—133/11


**GARY LOVELESS**

**Page/line**

8/20
18/16—20/23
21/22—22/6
24/13—25/18
26/4—27/17
29/13—30/3
35/9—37/4
38/23—39/6
39/23—43/5
43/15—44/15
46/17—47/19
47/21—48/14
49/2—53/17
54/1—55/10
58/21—65/20
66/11—71/1
71/10—75/11
75/19—77/19
78/8—79/5
80/21-24
81/6—86/9
86/14—94/13
94/19—97/1
99/15—100/15
101/22—105/15
106/10—107/17
108/9-18

**<u>GARY LOVELESS (continued)</u>**

**<u>Page/line</u>**

109/16-19
110/17-22


**<u>JOHN NICHOLS</u>**

**<u>Page/line</u>**

7/1-2
11/4—12/25
16/8-19
18/23—19/8
31/19-23
32/17-20
33/1—34/18
34/25—35/19
37/12-41/4
56/7-14
65/14 – 67/19
69/6-12
86/5 – 98/2
99/22 – 100/23
101/15 – 103/9
103/23 – 104/11
107/19 – 109/22
110/21 – 115/11
115/12 – 117/1
117/14 – 130/13
131/8-18
132/6—133/23
 134/16—135/19
137/7—138/12
138/23—139/6
142/10—144/14
145/3—146/1
147/16—148/16
149/4-18
150/4—153/3
154/4—157/18
161/20—162/6
163/11—166/5
167/11-19

**JOHN NICHOLS (continued)**

**Page/line**

168/13-22
170/2-16
171/6—173/25
176/12-14
176/23—178/14
182/14-20
184/12—186/1
190/6—191/6
192/17—199/4
202/22—204/4
204/15—207/13
208/22—209/15
211/10—212-13

**KEVIN UECKERT**

**Page/line**

25/12-31/8
32/14-33/8
35/15-36/3
37/1-11
38/24 – 39/17
42/23 – 46/13
47/23  –  50/18
51/7-11
53/20 – 54/11
57/23 – 62/5
62/15 – 64/3
70/10 – 76/7
77/8 – 78/24
79/11 –  80/25
81/18 – 82/25
84/11 – 89/8
89/13 – 92/11
94/6-22
95/10 – 99/23
100/11 – 00/25
101/5-12
103/7—18
109/18 – 111/12
115/12 – 116/1

**KEVIN UECKERT (continued)**

**Page/line**

120/11 – 126/16
127/22 – 132/13
141/7 – 142/1
142/8 – 143/6
143/25 – 149/13
151/10 – 151/15
153/110
153/23 – 154/23
155/21 – 156/2
156/6 – 158/5
159/17 – 162/16
179/13 – 180/14

Dated: May 11, 2026

Respectfully submitted,

*s/ Sheila P. Haddock*
Sheila P. Haddock
TX State Bar No. 00790810
**ZALKIN LAW FIRM, LLP**
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
sheila@zalkin.com

Hunter Haddock
CA State Bar No. 355050
**ZALKIN LAW FIRM, LLP**
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
hunter@zalkin.com

AND

Scott J. Chafin, Jr.
TX State Bar No. 24140020
**GREGORIO, CHAFIN, LLC**
9284 Linwood Avenue
Shreveport, LA 71106
Telephone: (318) 865-8680
Facsimile:      (318) 865-8565
SChafin@gcj-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, a true and correct copy of the foregoing instrument has been forwarded, pursuant to the Federal Rules of Civil Procedure, to counsel listed below:

Jim Grau
jgrau@graulawgroup.com
Travis J. Jones
tjones@graulawgroup.com
Grau Law Group, PLLC
500 N. Akard, Suite 1925
Dallas, TX. 75201
(214) 521-4145 Telephone
(214) 521-4320 Facsimile
Attorneys for Leighton Paige Patterson

Dated: May 11, 2026                          *s/ Sheila P. Haddock*
                                             Sheila P. Haddock