UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL NO. 4:19-cv-00179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON | § | |
| in his Individual capacity; and | § | |
| SOUTHWESTERN BAPTIST | § | |
| THEOLOGICAL SEMINARY, | § | |
| | § | |
| *Defendants.* | § | |

**DESIGNATION OF DEPOSITION TESTIMONY OF LEIGHTON PAIGE PATTERSON**

Defendant Dr. Leighton Paige Patterson designates these deposition excerpts that he may

offer in direct and cross examination at trial.

Respectfully submitted,

**Grau Law Group, PLLC**


 */s/ Jim Grau*
**Jim Grau**
State Bar No.: 08306350
*jgrau@graulawgroup.com*

**Travis J. Jones**
State Bar No.: 24101979
*tjones@graulawgroup.com*

500 N. Akard St., Suite 1925
Dallas, Texas 75201
(214) 521-4145 Telephone
(214) 521-4320 Facsimile

**Attorneys for Leighton
Paige Patterson**

## <u>Certificate Of Service</u>

On May 11, 2026, Grau Law Group, PLLC served this Designation of Deposition Testimony of Leighton Paige Patterson on the following counsel by CM/ECF, following the Federal Rules of Civil Procedure:

Sheila P. Haddock
Zalkin Law Firm, LLP
111 Congress Avenue, Suite 500
Austin, TX 78701
*sheila@zalkin.com*
**Counsel for Plaintiff**

Susan E. Hutchison
Hutchison & Foreman, PLLC
505 Pecan Street, Suite 102
Fort Worth, Texas 76102
*sehservice@fightsforright.com*
**Counsel for Plaintiff**

Hunter Haddock
Zalkin Law Firm, LLP
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
*hunter@zalkin.com*
**Counsel for Plaintiff**

Scott J. Chafin, Jr.
Gregorio, Chafin, LLC
9284 Linwood Avenue
Shreveport, Louisiana 71106
*schafin@gcj-law.com*
**Counsel for Plaintiff**

 */s/ Jim Grau*
Jim Grau

## DESIGNATION OF DEPOSITION TESTIMONY EXCERPTS

Defendants Dr. Leighton Paige Patterson and Southwestern Baptist Theological Seminary may offer the following deposition excerpts in direct examination. These excerpts and other deposition excerpts may also be offered by Defendants Dr. Leighton Paige Patterson and Southwestern Baptist Theological Seminary in cross-examination of trial witnesses:

| Witness: | Page: Line |
|---|---|
| **John Nichols, deposed January 20, 2021** | 7:1-4 |
| | 8:24-13:12 |
| | 16:8-19:8 |
| | 19:22-22:16 |
| | 22:24-26:10 |
| | 27:4-30:15 |
| | 31:9-40:18 |
| | 42:10-45:6 |
| | 45:10-52:3 |
| | 53:8-55:1 |
| | 55:5-55:18 |
| | 61:14-62:4 |
| | 74:5-78:10 |
| | 79:2-79:14 |
| | 79:23-82:11 |
| | 82:16-83:1 |
| | 84:11-84:24 |
| | 110:24-116:14 |
| | 122:12-123:11 |
| | 124:8-124:25 |
| | 195:8-195:16 |
| | 211:10-211:21 |
| | 217:15-218:8 |
| | 218:18-219:11 |
| | 221 (Changes & Signature Page) |

| Witness: | Page: Line |
|---|---|
| **Dr. Richard Knight, deposed January 25, 2021** | 10:15-11:20 |
| | 12:5-12:9 |
| | 12:16-13:24 |
| | 14:14-14:16 |
| | 16:3-16:7 |

16:17-16:20
17:18-17:22
18:10-18:24
19:6-21:12
22:18-32:18
36:7-37:7
45:10-46:10
48:11-48:16
49:18-51:16
58:11-59:4
60:6-60:17
62:10-62:19
79:7-79:12
89:6-90:14
92:17-92:21
128:23-132:16
133:6-133:22
135:17-137:5

| **Witness:** | **Page: Line** |
|---|---|
| **Shelby Sharpe, deposed January 29, 2021** | 8:6-9:7 |
| | 17:10-18:14 |
| | 37:23-37:25 |
| | 39:3-39:7 |
| | 43:5-43:22 |
| | 46:16-47:23 |
| | 73:2-73:23 |
| | 78:5-78:25 |
| | 81:9-81:17 |
| | 85:4-87:1 |
| | 87:14-87:20 |
| | 88:2-88:5 |
| | 111:16-113:21 |
| | 114:1-114:16 |
| | 140:18-141:1 |
| | 142:5-142:21 |
| | 160:8-160:24 |
| | 164:25-166:16 |
| | 167:20-169:5 |

| Witness: | Page: Line |
|----------|------------|
| **William Raymond Cole, deposed February 5, 2021** | 7:12-7:14 |
| | 12:22-12:24 |
| | 16:16-16:22 |
| | 19:3-19:24 |
| | 20:16-23:19 |
| | 24:8-29:15 |
| | 30:17-35:19 |
| | 36:21-39:15 |
| | 44:13-45:16 |
| | 50:12-50:25 |
| | 56:13-59:11 |
| | 67:9-67:25 |
| | 105:4-105:9 |
| | 110:3-110:5 |
| | 110:14-111:15 |
| | 119:14-119:22 |
| | 121:7-123:5 |

| Witness: | Page: Line |
|----------|------------|
| **Charles Patrick, Jr., Ph.D., deposed February 9, 2021** | 9:20-9:24 |
| | 12:18-13:25 |
| | 14:20-15:21 |
| | 19:10-19:18 |
| | 25:21-29:17 |
| | 36:14-44:1 |
| | 45:19-47:4 |
| | 51:21-51:25 |
| | 67:17-68:22 |
| | 69:13-70:9 |
| | 70:16-73:9 |
| | 85:11-85:25 |
| | 100:19-102:11 |
| | 107:17-108:9 |
| | 153:16-153:18 |
| | 162:17-167:2 |

| **Witness:** | **Page: Line** |
|---|---|
| **Alan Dean Nichols, deposed February 11, 2021** | 6:21-6:22 |
| | 13:20-18:21 |
| | 21:4-25:19 |
| | 25:25-26:5 |
| | 27:2-27:7 |
| | 36:10-37:5 |
| | 37:22-37:24 |
| | 54:14-55:3 |

| **Witness:** | **Page: Line** |
|---|---|
| **Patricia Ennis, Ph.D., deposed February 25, 2021** | 8:10-8:12 |
| | 13:1-14:6 |
| | 14:15-16:9 |
| | 16:19-23:1 |
| | 24:4-25:10 |
| | 26:3-27:14 |
| | 28:11-33:19 |
| | 33:25-34:2 |
| | 35:4-39:5 |
| | 39:19-42:6 |
| | 42:21-45:6 |
| | 47:12-50:1 |
| | 51:6-52:1 |
| | 53:1-53:15 |
| | 65:23-66:2 |
| | 67:20-68:23 |
| | 69:14-71:16 |
| | 73:11-75:6 |
| | 87:15-88:21 |
| | 105:7-105:9 |
| | 115:7-116:10 |
| | 120:5-120:12 |
| | 131:4-132:20 |
| | 136:6-140:22 |
| | 141:19-142:10 |
| | 142:25-144:11 |

| **Witness:** | **Page: Line** |
|---|---|
| **Heather Sharayah Colter, deposed March 1, 2021** | 7:11-7:18 |
| | 15:17-18:16 |
| | 23:16-24:15 |
| | 25:1-25:3 |
| | 25:13-26:2 |
| | 33:13-33:25 |
| | 36:24-37:18 |
| | 39:1-39:5 |
| | 42:1-43:25 |
| | 52:9-53:9 |
| | 97:9-98:9 |
| | 99:14-101:10 |
| | 102:6-106:5 |

| **Witness:** | **Page: Line** |
|---|---|
| **Kerry Adcock, deposed March 31, 2021** | 4:18-4:20 |
| | 15:18-18:18 |

| **Witness:** | **Page: Line** |
|---|---|
| **Rebecca Burk, deposed April 15, 2021** | 6:8-6:9 |
| | 8:5-8:16 |
| | 9:3-11:12 |
| | 13:12-25:4 |
| | 25:14-26:19 |
| | 28:15-28:19 |
| | 33:12-34:1 |
| | 35:1-36:11 |
| | 37:21-38:3 |
| | 38:9-39:15 |
| | 40:14-40:19 |
| | 41:16-41:25 |
| | 42:6-42:24 |
| | 45:18-45:24 |

| **Witness:** | **Page: Line** |
|---|---|
| **Lennie Knight, deposed April 27, 2021** | 13:14-14:16 |
| | 15:23-16:16 |
| | 17:3-17:7 |
| | 17:24-18:8 |
| | 19:12-19:20 |
| | 20:17-22:18 |
| | 23:18-24:2 |
| | 25:9-25:15 |
| | 25:23-26:23 |
| | 27:6-27:23 |
| | 28:6-29:5 |
| | 29:10-29:15 |
| | 33:3-33:9 |
| | 34:19-35:20 |
| | 39:23-40:4 |
| | 40:12-40:25 |
| | 43:8-45:9 |
| | 53:1-55:10 |
| | 68:2-69:12 |
| | 74:9-74:24 |
| | 76:9-77:8 |
| | 78:3-79:1 |
| | 85:8-88:21 |
| | 91:25-94:7 |
| | 104:15-105:18 |
| | 115:1-115:20 |
| | 124:6-126:9 |
| | 127:15-142:19 |
| | 143:13-143:25 |

| **Witness:** | **Page: Line** |
|---|---|
| **Kerry Adcock, deposed June 10, 2021** | 8:22-19:23 |
| | 22:19-25:24 |
| | 38:11-45:12 |
| | 71:14-72:6 |
| | 74:9-74:22 |
| | 77:16-86:6 |
| | 86:18-102:15 |
| | 107:13-110:22 |
| | 111:9-116:21 |
| | 117:5-139:12 |
| | 141:10-144:7 |

| Witness: | Page: Line |
|---|---|
| **Joshua Nichols, deposed June 11, 2021** | 5:6-5:10 |
| | 12:12-12:24 |
| | 13:9-14:9 |
| | 17:2-18:8 |
| | 20:13-23:2 |
| | 24:1-26:14 |
| | 27:15-31:13 |
| | 34:22-35:1 |
| | 35:21-38:6 |
| | 38:22-39:8 |
| | 39:21-40:13 |
| | 44:13-47:3 |
| | 76:9-76:17 |
| | 77:1-77:21 |
| | 79:17-79:25 |
| | 81:5-81:17 |
| | 84:22-85:15 |
| | 90:7-92:16 |
| | 93:23-94:17 |
| | 98:4-101:1 |

| Witness: | Page: Line |
|---|---|
| **Christopher Kight, deposed June 11, 2021** | 5:20-5:23 |
| | 14:22-17:7 |
| | 26:12-27:20 |
| | 30:4-30:23 |
| | 45:15-46:7 |
| | 46:23-47:15 |
| | 51:20-52:7 |
| | 57:22-59:12 |
| | 60:20-62:23 |
| | 72:9-73:21 |

| Witness: | Page: Line |
|---|---|
| **Charles Semeon, deposed June 30, 2021** | 7:18-7:20 |
| | 8:20-44:9 |
| | 44:23-77:13 |
| | 77:19-78:8 |
| | 79:20-84:13 |

| Witness: | Page: Line |
|---|---|
| **Christopher Kyle Walker, deposed July 15, 2021** | 6:2-6:4 |
| | 9:4-29:24 |
| | 33:21-34:7 |
| | 34:18-36:2 |
| | 37:9-39:14 |
| | 45:20-47:4 |
| | 48:5-49:22 |
| | 53:25-55:22 |
| | 64:7-64:13 |
| | 65:7-68:25 |
| | 73:14-75:15 |
| | 81:25-83:4 |
| | 90:1-92:3 |
| | 115:7-116:24 |
| | 121:3-123:17 |

| Witness: | Page: Line |
|---|---|
| **Kevin Ueckert, deposed March 3, 2022** | 25:12-31:18 |
| | 32:14-37:11 |
| | 38:24-39:17 |
| | 40:3-40:9 |
| | 42:23-49:23 |
| | 50:12-50:18 |
| | 53:20-54:11 |
| | 56:12-58:11 |
| | 59:14-61:22 |
| | 62:15-63:13 |
| | 65:14-65:19 |

70:17-71:17
75:3-76:7

77:8-80:21
81:1-81:3
81:18-82:25
84:5-91:25
92:12-93:10
93:15-93:16
94:6-94:11
95:10-96:6
96:24-97:18
104:25-105:11
115:12-116:1

120:11-125:22
126:3-126:13
127:22-128:16
133:6-134:15
136:17-137:13
141:1-143:6
144:6-149:13
162:3-162:19
169:12-169:19
179:13-179:25
182:12-189:15

| Witness: | Page: Line |
|---|---|
| **Susan G. Oliver Pearson, deposed March 15, 2022** | 6:5-6:11 |
| | 7:9-8:9 |
| | 11:25-13:4 |
| | 14:20-16:1 |
| | 16:17-17:22 |
| | 23:23-24:19 |
| | 28:15-31:6 |
| | 32:3-32:8 |
| | 33:2-33:7 |
| | 38:3-39:18 |
| | 40:10-42:8 |

| Witness: | Page: Line |
|---|---|
| **Linda Behan, deposed March 15, 2022** | 7:1-7:8 |
| | 19:1-19:3 |
| | 26:20-28:19 |
| | 31:7-32:23 |
| | 34:15-36:14 |
| | 51:13-51:25 |
| | 52:22-59:14 |
| | 61:16-61:24 |
| | 82:3-82:7 |
| | 83:5-85:17 |

| **Witness:** | **Page: Line** |
|---|---|
| **Dale Behan, deposed March 15, 2022** | 11:9-14:1 |
| | 16:3-18:11 |
| | 23:5-26:11 |
| | 30:6-30:9 |
| | 30:16-31:8 |
| | 33:6-35:19 |

| **Witness:** | **Page: Line** |
|---|---|
| **Gary Loveless, deposed April 19, 2022** | 20:8-22:6 |
| | 28:5-32:3 |
| | 35:8-41:22 |
| | 43:25-46:9 |
| | 46:13-47:5 |
| | 47:20-50:23 |
| | 53:6-53:21 |
| | 55:17-56:4 |
| | 56:20-63:9 |
| | 71:10-72:25 |
| | 91:11-93:23 |
| | 99:14-99:22 |
| | 111:5-123:22 |

| **Witness:** | **Page: Line** |
|---|---|
| **Stephanie Loveless, deposed April 19, 2022** | 15:10-16:9 |
| | 20:13-21:5 |
| | 32:4-35:7 |
| | 35:18-35:21 |
| | 37:3-37:23 |
| | 55:17-59:21 |

| Witness: | Page: Line |
|---|---|
| **Bart Barber, deposed August 19, 2022** | 9:6-9:21 |
| | 19:17-22:2 |
| | 24:6-25:5 |
| | 30:15-18 |
| | 31:20-32:16 |
| | 34:19-35:4 |
| | 37:18-38:21 |
| | 40:12-40:17 |
| | 41:5-41:9 |
| | 48:10-48:12 |
| | 54:21-55:3 |
| | 56:6-57:18 |
| | 60:14-60:17 |
| | 64:17-64:24 |
| | 65:24-66:5 |
| | 66:23-67:24 |
| | 70:17-71:11 |
| | 73:12-73:19 |
| | 83:4-86:10 |
| | 110:9-110:19 |
| | 113:12-113:21 |
| | 116:4-121:7 |
| | 141:7-142:6 |

| Witness: | Page: Line |
|---|---|
| **Scott Colter, deposed March 1, 2021 and March 17, 2022** | 6:8-6:17 |
| | 12:22-21:23 |
| | 26:20-34:14 |
| | 37:3-37:21 |
| | 56:8-56:12 |
| | 68:18-69:14 |
| | 70:23-72:9 |
| | 74:8-77:12 |
| | 82:2-82:21 |
| | 83:6-88:11 |
| | 95:6-95:14 |
| | 101:13-101:21 |
| | 109:16-110:1 |
| | 114:21-116:17 |
| | 117:5-117:8 |
| | 117:19-117:25 |
| | 128:3-128:7 |

151:24-156:25
157:1-157:2
158:2-161:16
162:6-162:12
167:25-168:12
172:4-173:6
173:17-175:13
176:20-178:23
190:4-191:3
191:8-196:7
198:9-199:4
199:17-201:24