**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

JANE ROE

      Plaintiff,

v.

LEIGHTON PAIGE PATTERSON, in his
individual capacity; SOUTHWESTERN
BAPTIST THEOLOGICAL SEMINARY

      Defendants.

CIVIL NO. 4:19-cv-00179-SDJ

### PLAINTIFF'S EXHIBIT LIST

TO:    Defendant Leighton Paige Patterson, by and through his attorney of record Jim Grau, Travis J. Jones, Grau Law Group, PLLC, 500 N. Akard, Suite 1925, Dallas, TX. 75201

Pursuant to the Court's Seventh Amended Scheduling Order, Plaintiff submits the following Exhibit List. Plaintiff reserves the right to supplement her Exhibit List for purposes of impeachment, rebuttal, and/or optional completeness.

| No. | Description | Offer | Object | Date | |
|-----|-------------|-------|--------|------|---|
| | | | | Admit | Not Admit |
| 1. | Jane Roe's Application to SWBTS (SWBTS 000839-000848) | | | | |
| 2. | Lennie Knight Recommendation for Jane Roe (SWBTS 000846-00847) | | | | |
| 3. | Jane Roe's Academic Records ( Roe 011226-011397, Roe 011221, Roe 011222-Roe 011225 | | | | |
| 4. | Jane Roe's Transcript (SWBTS 001181-001182) | | | | |
| 5. | Jane Roe's Withdrawal from SWBTS (SWBTS 000867) | | | | |

1

| 6. | Medical Records – Dr. Richard Knight (SWBTS 001262 – 001294) | | | | |
|---|---|---|---|---|---|
| 7. | Emails from Dr. Richard Knight August 25, 2015 (Roe 010946-010947) | | | | |
| 8. | Emails from Dr. Richard Knight August 26, 2015 (Roe 010948-010950) | | | | |
| 9. | Jane Roe's employment records/Patricia Ennis (Ennis Depo Ex. 143) (SWBTS 001295-001361) | | | | |
| 10. | Jane Roe's communications with Patricia Ennis (Ennis Depo Ex. 144) (SWBTS 000982-001001) | | | | |
| 11. | Jane Roe's November 21, 2014 employment evaluation (Ennis Depo Ex. 145) (SWBTS 001345-001347) | | | | |
| 12. | Jane Roe's April 17, 2015 employment evaluation (Ennis Depo Ex. 146) (SWBTS 001356-001358) | | | | |
| 13. | Jane Roe's transcript (SWBTS 001181-001182) | | | | |
| 14. | Communications regarding Ennis recommendation for scholarship (CAF 000018-000019) | | | | |
| 15. | Ennis recommendation for scholarship (SWBTS 001333) | | | | |
| 16. | Email from Ennis to Jane Roe August 25, 2015 – Ennis Depo Ex. 149 (Roe 011113) | | | | |
| 17. | Emails from Ennis to Jane Roe August 27- 28, 2015 – Ennis Depo Ex. 150 (Roe 011115-011117) | | | | |
| 18. | Emails from Ennis to Jane Roe August 28, 2015 – Ennis Depo Ex. 151 (Roe 011118-Roe 011122) | | | | |
| 19. | Emails from Ennis to Jane Roe September 29, 2015 – Ennis Depo Ex. 152 | | | | |
| 20. | Emails from Ennis to Jane Roe October 22, 2015 -Ennis Depo Ex. 153 (SWBTS 000807 -000810). | | | | |
| 21. | Emails from Ennis to Jane Roe October 19, 2015 -Ennis Depo Ex. 154 (Roe 011126-011127) | | | | |
| 22. | Documents from Shelby Sharpe (Sharpe Depo Ex. 64) (Sharpe 00001-00024) | | | | |

| 23. | Correspondence between Sharpe and Cochran Sharpe Depo Ex. 65 (LPP 000338, -000015-000060) | | | | |
|---|---|---|---|---|---|
| 24. | Sharpe email to Cochran Sharpe Depo Ex. 66 (LPP 000337) | | | | |
| 25. | Communication between Sharpe and Cochran/ Sharpe Depo Ex. 67 (LPP 000351, 000348-000349, SWBTS 001085-0001099). | | | | |
| 26. | Email Communication Sharpe to John Doe April 22, 2016, Sharpe Depo Ex. 68 (LPP 000322) | | | | |
| 27. | Email Communication Sharpe to John Doe April 22, 2016, Sharpe Depo Ex. 69 (LPP 000321) | | | | |
| 28. | Email Communication Sharpe to John Doe April 22, 2016, Sharpe Depo Ex. 70(LPP 000318-320) | | | | |
| 29. | Email Communication Sharpe to John Doe April 18, 2016, Sharpe Depo Ex. 71(LPP 000310) | | | | |
| 30. | Email Communication Sharpe to John Doe regarding affidavit April 20, 2016, Sharpe Depo Ex. 72 (LPP 000311-317) | | | | |
| 31. | Email from Sharpe to Cochran, Sharpe Ex. 74 (LPP 000354) | | | | |
| 32. | April 26, 2016 Letter from Sharpe to Cochran with Nichols' notes (SWBTS- J.NICHOLS 000029-000034) | | | | |
| 33. | Email exchange between Sharpe and Cochran May 10 2018, Sharpe Ex. 75 (LPP 000282-000284) | | | | |
| 34. | "Updated: Southern Baptist leader's lawyer shared details about assault with trustees" Fort Worth Star-Telegram, May 24, 2018 | | | | |
| 35. | "Paige Patterson attorney says Southern Baptist seminary's claims aren't accurate" The Tennessean, June 5, 2018, Sharpe Depo Ex. 82 | | | | |
| 36. | "String of statements dispute details of Patterson's firing," Biblical Recorder June 5, 2018, Sharpe Depo Ex. 83 | | | | |
| 37. | "Paige Patterson's 'break her down' email taken out of context, his lawyer says," Fort Worth Star Telegram, June 5, 2018, Sharpe Depo Ex. 84 | | | | |

3

| | | | | | |
|---|---|---|---|---|---|
| 38. | "Patterson attorney claims 'misrepresentation'" Baptist Press, June 5, 2018 (Sharpe Depo Ex. 86) | | | | |
| 39. | "Southern Baptist confront 'painful crisis'" CNN, June 12, 2018, Sharpe Depo Ex. 87 | | | | |
| 40. | "Controversial Southern Baptist leader still set to give prominent sermon in front of thousands," The Washington Post May 27, 2018 (Barber Ex. 13) | | | | |
| 41. | May 6, 2015 letter from Paige Patterson to Jane Roe, notes (SWBTS 000911-000913) | | | | |
| 42. | Aug. 8, 3015 Email communication between Paige Patterson and Jane Roe (SWBTS 000868-000878) | | | | |
| 43. | Aug. 15-19, 2015 Email communication re: appointment with Paige Patterson (SWBTS 000821-000823) | | | | |
| 44. | Email from Jane Roe to Paige Patterson re: anointing (SWBTS 000981) | | | | |
| 45. | Sept. 12, 2015 Email communication between Paige Patterson, Lennie Knight and Candi Finch, (Candi Finch, Ex. 203)(SWBTS 000904) | | | | |
| 46. | October 19-22, 2015Email communication between Dorothy Patterson, Paige Patterson, Candi Finch and Jane Roe (SWBTS 000898) | | | | |
| 47. | John Doe's Application for Admission to SWBTS (LLP 000396 -000405) | | | | |
| 48. | John Doe's Authorization for Employment at SWBTS (SWBTS 001040) | | | | |
| 49. | John Doe's Grades and Academic Probation Letter (SWBTS 001070-001071) | | | | |
| 50. | John Doe's Police Records (Roe 011054-58, 011048-53,000465-468,011039-47,000478-515,011019-20,010992-011009) | | | | |
| 51. | Officer Activity Log re: John Doe 11-6-2013 (SWBTS 001020) | | | | |
| 52. | John Doe's Criminal History Report (SWBTS 001049-001056) | | | | |
| 53. | John Doe's Previous University Discipline Record (Roe 00436-000438) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 54. | John Doe's Change of Degree Request (SWBTS 001072) | | | | |
| 55. | John Doe's Residence Hall Lease (Roe 010132 - 010136) | | | | |
| 56. | John Doe SWBTS Withdrawal Form (SWBTS 001073) | | | | |
| 57. | John Doe SWBTS Resignation Form (SWBTS 001037-001038) | | | | |
| 58. | John Doe Application for Re-Hire (SWBTS 001023) | | | | |
| 59. | John Doe's Expulsion Letter (SWBTS 001003) | | | | |
| 60. | Nichols August 20, 2015 Memo version 1 (SWBTS -J. NICHOLS 000009-000013) | | | | |
| 61. | Nichols August 20, 2015 Memo version 2 (SWBTS – J. NICHOLS 000015-000017) | | | | |
| 62. | Nichols August 24, 2015 Emails re: weapons (LPP 000448-000449) | | | | |
| 63. | Nichols notebook  (SWBTS – J. NICHOLS 000001) | | | | |
| 64. | Nichols Timeline/notes (SWBTS – J.NICHOLS 000004-000006) | | | | |
| 65. | John Nichols' handwritten notes (SWBTS-J. NICHOLS 000022) | | | | |
| 66. | Photos of guns found in John Doe's Possession (SWBTS -J.NICHOLS 000023-000024) | | | | |
| 67. | Fort Worth Police Report re: John Doe's Sexual Assault of Jane Roe (FWPD 15-78151)(Roe 010226-Roe 010229) | | | | |
| 68. | Jane Roe Victim/Witness Statement (FWPD 15-78151)(Roe 010404-010406) | | | | |
| 69. | Mother of Jane Roe Victim/Witness Statement(FWPD 15-78151)(Roe 010412-010413) | | | | |
| 70. | Fort Worth Police Department Report re: John Doe's Weapons (FWPD 15-79745)(Roe 010363-010372 plus photos) | | | | |
| 71. | Fort Worth Police Department Report 15-78151 Supplement 0001 (Roe 010230) | | | | |
| 72. | FWPD Audio Recording Jane Roe – Kerry Adcock (SWBTS 001105) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 73. | Transcript of FWPD Audio Recording Jane Roe – Kerry Adcock (Roe 011059-011061) | | | | |
| 74. | September 28, 2015 Email between Patterson and Nichols "Break Her Down" (LPP 000133) | | | | |
| 75. | May 11, 2016 Email exchange between Paige Patterson and Lennie Knight (LPP 000480-000481) | | | | |
| 76. | January 29, 2018 Email exchange between Paige Patterson, Dorothy Patterson and Scott Colter (LPP 000461-000464) | | | | |
| 77. | May 14, 2018 Email exchange Team Loveless and Charles Patrick w/letter (Loveless 000008-000011) | | | | |
| 78. | Email exchange attaching May 14, 2018 Loveless letter (Sharayah Colter Ex. 174)(SHC 000236-237) | | | | |
| 79. | May 16, 2018 Letter from Susan Oliver to SWBTS Trustees (Loveless 000114-000117) | | | | |
| 80. | May 17, 2018 Email from Stuart Cochran to Kevin Ueckert with attached March 23, 2016 Letter from Stuart Cochran to Lash Banks (Roe 000291-Roe 000303) | | | | |
| 81. | Email "Request for you to join our EC Meeting Tuesday May 22" (LPP 000656-LPP 000657) | | | | |
| 82. | Questions and Responses to Chairman Ueckert's Questions (LPP 000447) | | | | |
| 83. | May 29-30, 2018 Email exchange between Candi Finch, Shelby Sharpe, Scott Colter and Sharayah Colter (SHC 000001-000025) | | | | |
| 84. | Email from Candi Finch to Sharayah Colter (Sharayah Colter Ex. 161)(SHC 000549) | | | | |
| 85. | Email from Sharayah Colter to Candi Finch (Sharayah Colter Ex. 162)(SHC 000064) | | | | |
| 86. | May 31, 2018 "The Untold Truth" Article (SHC 000497-507) | | | | |
| 87. | May 31, 2018 Email from Candi Finch to Scott Colter with List of Contacts (CAF 000106-000108) | | | | |

6

| 88. | May 31, 2018 Email from Sharayah Colter to Candi Finch with Attachment (SHC 000537-000542) | | | | |
|---|---|---|---|---|---|
| 89. | May 31, 2018 Email from Sharayah Colter to Candi Finch, Scott Colter with attachment (SCC 000362-000368) | | | | |
| 90. | May 31, 2018 Email from Sharayah Colter to Candi Finch and Scott Colter with attachment (SCC 000369-000375) | | | | |
| 91. | May 31, 2018 Email exchange between Sharayah Colter and David Roach – Sharayah Colter Depo Ex. 165 (SHC 000209-000213) | | | | |
| 92. | May 31, 2018 Email exchange between Candi Finch and Sarah Smith, Fort Worth Star Telegram (SHC 000088-000089) | | | | |
| 93. | May 31, 2018 Email Exchange between Candi Finch and Sarah Smith (CAF 000015-16) | | | | |
| 94. | Text messages between Scott Colter and Mark Howell (SCC 000334-000338) | | | | |
| 95. | Text messages between Scott Colter and David Roach (SCC 000230-000235) | | | | |
| 96. | Text messages between Scott Colter and Waylan Owens (Scott Colter Ex. 195)(SCC 000478) | | | | |
| 97. | June 1, 2018 Email exchange between Josh Owens and Scott Colter (SCC 000030-000032) | | | | |
| 98. | June 1, 2018 Statement by Kevin Ueckert (Roe 000011-000012) | | | | |
| 99. | Email exchange between Scott Colter and Josh Owens (Scott Colter Ex. 186)(SCC 000049-53) | | | | |
| 100. | June 2, 2018 Email exchange between Sharayah Colter, Candi Finch, Scott Colter, and Shelby Sharpe (SCC 000001-000002) | | | | |
| 101. | June 2, 2018 Email exchange between Sharayah Colter, Candi Finch, Scott Colter, and Shelby Sharpe (SHC 000016-000017) (Sharayah Colter Ex. 166) | | | | |
| 102. | June 3, 2018 Email exchange between Sharayah Colter and Bob Hadley (SHC 000449-000452) | | | | |

| 103. | June 3, 2018 Email exchange between Sharayah Colter and Candi Finch (SHC 000018) | | | | |
|---|---|---|---|---|---|
| 104. | June 4, 2018 Email from Sharayah Colter to Scott Colter (SHC 000013) | | | | |
| 105. | June 4, 2018 Email exchange between Sharayah Colter, Scott Colter and Mark Howell (SHC 000015) | | | | |
| 106. | June 4, 2018 Email from Mark Howell to Sharayah Colter and Scott Colter (SHC 000014) | | | | |
| 107. | June 4, 2018 Email from Mark Howell to Sharayah Colter and Scott Colter (SHC 000012) | | | | |
| 108. | June 4, 2018 Shelby Sharpe Release of Facts (LPP 000359-000362) | | | | |
| 109. | June 5, 2018 Text messages between Gary Loveless and Scott Colter (SCC 000182-000188) | | | | |
| 110. | June 7, 2018 Email from Scott Colter to Mark DeMoss (SCC 000097-000105) | | | | |
| 111. | June 12, 2018 Loveless Letter to Board of Trustees (Loveless Depo Ex. 5)(Loveless 000004-000005) | | | | |
| 112. | Email Distribution List by Group (Loveless 000076-000081) | | | | |
| 113. | June 12, 2018 Email from Scott Colter to Gary Loveless, Dale Behan and Linda Behan (Loveless 000028-30) | | | | |
| 114. | June 12, 2018 Text messages between Scott Colter and Gary Loveless (SCC184-000186) | | | | |
| 115. | June 13, 2018 Candi Finch's Letter to the Board of Trustees (CAF 000182-000187) | | | | |
| 116. | June 19, 2018 Emails from Linda Behan to Susan Oliver and Stephanie Loveless forwarding message from Scott Colter, Candi Finch letter (Loveless 000031-000037) | | | | |
| 117. | June 19, 2018 Email from Susan Oliver to Linda Behan and Scott Colter (SCC 000084- 000090) | | | | |
| 118. | June 20, 2018 Email from Susan Oliver to Dale Behan and Linda Behan First Draft (Loveless 000278-000283) | | | | |

8

| | | | | | |
|---|---|---|---|---|---|
| 119. | June 22, 2018 Email from Susan Oliver to Gary Loveless (Loveless 000182-000188) | | | | |
| 120. | June 24, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan and Dale Behan (Loveless 000189-000195) | | | | |
| 121. | June 24, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan, Dale Behan (Loveless 000196-000202) | | | | |
| 122. | June 25, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan and Dale Behan (Loveless 000203-000209) | | | | |
| 123. | June 25, 2018 Email from Susan Oliver to Gary Loveless with attachment (Loveless 000210- 000216) | | | | |
| 124. | June 25, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan and Dale Behan (Loveless 000217) | | | | |
| 125. | June 25, 2018 Email from Scott Colter to Gary Loveless (Loveless 000135-000138) | | | | |
| 126. | June 26, 2018 Email from Susan Oliver to Gary Loveless with attachment (Loveless 000218- 000225) | | | | |
| 127. | June 26, 2018 Email from Susan Oliver to Gary Loveless, Scott Colter with attachment (Loveless 000226-000233) | | | | |
| 128. | June 26, 2018 Email from Gary Loveless to Susan Oliver, Linda Behan, Dale Behan and Scott Colter (Loveless 000234-000235) | | | | |
| 129. | June 27, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan and Scott Colter with attachment (Loveless 000236-000243) | | | | |
| 130. | June 28, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan, Dale Behan, and Scott Colter (Loveless 000244) | | | | |
| 131. | June 28, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan, Dale Behan and Scott Colter (SCC 000522) | | | | |
| 132. | June 28, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan, Dale Behan and Scott Colter with attachment (Loveless 000245-000250) | | | | |

9

| | | | | | |
|---|---|---|---|---|---|
| 133. | June 28, 2018 Email from Susan Oliver to Scott Colter with attachment (Loveless 000251- 000258) | | | | |
| 134. | June 28-29, 2018 Emails exchange between Susan Oliver, Linda Behan, Gary Loveless and Scott Colter (Loveless 000260-000261) | | | | |
| 135. | June 29, 2018 Email exchange between John St. John and Jimmy Draper (Loveless 000061- 000062) | | | | |
| 136. | June 29, 2018 Distibution email from Gary Loveless attaching letter (Loveless 000029-000056) | | | | |
| 137. | June 29, 2018 Donor Letter (LPP000490-000496) | | | | |
| 138. | June 29, 2018 Email from Dorothy Patterson to Gary Loveless (Loveless 000132) | | | | |
| 139. | June 29, 2018 emails from Scott Colter forwarding letter (SCC000128-000129) | | | | |
| 140. | June 30, 2018 Email from Susan Oliver to Gary Loveless, Linda Behan and Scott Colter (Loveless 000262-000263) | | | | |
| 141. | June 30, 2018 Email exchange regarding responding to media (Loveless 000310) | | | | |
| 142. | June 30, 2018 Email exchange between Scott Colter and Brent Ray (SCC 000139) | | | | |
| 143. | June 30, 2018 Email exchange between Scott Colter and Mark DeMoss (SCC 000098-SCC 000104) | | | | |
| 144. | June 30, 2018 Linda Behan Emails  (L. Behan Exhibit 13)(Loveless 000057-0000060) | | | | |
| 145. | June 30, 2018 Email from Karen Beard separating email list by group (Loveless 000076-000081) | | | | |
| 146. | June 30, 2018 Email from Karen Beard attaching responses (Loveless 000065-000075) | | | | |
| 147. | July 1, 2018 Email from Patterson to Loveless and Oliver (LPP 000638) | | | | |
| 148. | July 1, 2018 Email from Scott Colter forwarding donor letter (SCC 000127) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 149. | July 2, 2018 Email from Karen Beard to Scott Colter with attachments (Loveless 000139- 000146). | | | | |
| 150. | July 2, 2018 Email exchange with Scott Colter re: media (SCC 000213-000214) | | | | |
| 151. | July 2-3, 2018 Email exchange between Scott Colter and Susan Oliver (SCC 000525) | | | | |
| 152. | July 4, 2018 Email from Linda Behan to Dale Behan, Stephanie Loveless, Susan Oliver, Dorothy Patterson, Scott Colter, and Candi Finch (SCC 000081-000082) | | | | |
| 153. | Audio Recording/Transcript 10-24-18 Janet Mefford Today Podcast | | | | |
| 154. | October 26, 2018 Emails from Scott Colter to Candi Finch Sandy Creek Foundation (CAF 000173-000174) | | | | |
| 155. | February 14, 2019 Patterson Letter to the Editor – Houston Chronicle (LPP 000475-000476) | | | | |
| 156. | July 26, 2019 Email from Stephanie Loveless to Susan Oliver, Dorothy Patterson, Scott Colter and Gary Loveless regarding Wall Street Journal (Loveless 000306) | | | | |
| 157. | July 31, 2019 Email from Scott Colter to Ian Lovett, and forward to Richard Land, Gary Loveless and Stephanie Loveless (SCC 000205-000207) | | | | |
| 158. | August 3, 2019 Emails between Scott Colter, Susan Oliver, Dorothy Patterson and Gary Loveless (LPP 000623-000631) | | | | |
| 159. | November 22-23, 2019 Emails from Sharayah Colter to Yonat Shimron and from Sharayah Colter to Paige Patterson (SHC 000035-000042) | | | | |
| 160. | December 2, 2019 Email exchange between Scott Colter and Jim Lutweiler (SCC 000316-000321) | | | | |
| 161. | January 31, 2020 Email exchange between Scott Colter and Jim Lutzweiler, Steve Jordahl (SCC 000467-000468) | | | | |
| 162. | May 22, 2018 SWBTS Trustees Meeting Minutes (SWBTS 002774-002775) | | | | |
| 163. | May 30, 2018 SWBTS Trustees Meeting Minutes (SWBTS 002776-002777) | | | | |
| 164. | Scott Colter 2018 W-2 (SCC 000492) | | | | |

| 165. | Checks from Sandy Creek Foundation to Sharayah Colter Ex. 177)(SHC 000553) | | | | |
|---|---|---|---|---|---|
| 166. | Video and Audio Recording "Paige Patterson Objectifies a 16-year-old girl" | | | | |
| 167. | Video and Audio Recording "Paige Patterson (SBC) Advice to Victims of Domestic Violence" | | | | |
| 168. | "Surviving SWBTS – Life As A Female Employee and Student in a Pattersonian Culture" Diane Montgomery May 28, 2018 | | | | |
| 169. | Why the "Removal" of Paige Patterson Isn't Enough , April Armstrong-#SBCToo" May 26, 2018. | | | | |
| 170. | Mary Burbrink Letter to Trustees (Ueckert Ex. 17) | | | | |
| 171. | "Donors call for investigation into trustee handling of seminary's president's firing," Bob Allen, Baptist News Global, July 2, 2018; https://baptistnews.com/article/donors-call-for-investigation-into-trustee-handling-of-seminary-presidents-firing/ (accessed May 18, 2026) | | | | |
| 172. | "Wealthy Patterson Supporters Threaten to Withold Future Donations to SWBTS," Brent Hobbs, SBC Voices, June 29, 2018; https://sbcvoices.com/wealthy-patterson-supporters-threaten-to-withold-future-donations-to-SWBTS/(accessed May 18, 2026) | | | | |
| 173. | Dr. Alexandria Doyle's Expert Report regarding Jane Roe | | | | |

12

Dated: May 18, 2026

Respectfully submitted,

*s/ Sheila P. Haddock*
Sheila P. Haddock
TX State Bar No. 00790810
**ZALKIN LAW FIRM, LLP**
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
sheila@zalkin.com

Hunter Haddock
CA State Bar No. 355050
**ZALKIN LAW FIRM, LLP**
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015
hunter@zalkin.com

AND

Scott J. Chafin, Jr.
TX State Bar No. 24140020
**GREGORIO, CHAFIN, LLC**
9284 Linwood Avenue
Shreveport, LA 71106
Telephone: (318) 865-8680
Facsimile:     (318) 865-8565
SChafin@gcj-law.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 18, 2026, a true and correct copy of the foregoing instrument has been forwarded, pursuant to the Federal Rules of Civil Procedure, to counsel listed below:

Jim Grau
State Bar No.: 08306350
jgrau@graulawgroup.com
Travis J. Jones
State Bar No. 24101979
tjones@graulawgroup.com
Grau Law Group, PLLC
500 N. Akard, Suite 1925
Dallas, TX. 75201
(214) 521-4145 Telephone
(214) 521-4320 Facsimile
Attorneys for Leighton Paige Patterson

THE ZALKIN LAW FIRM, P.C.

/s/ Sheila P. Haddock
Sheila P. Haddock