UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | CIVIL NO. 4:19-cv-00179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON | § | |
| in his Individual capacity; and | § | |
| SOUTHWESTERN BAPTIST | § | |
| THEOLOGICAL SEMINARY, | § | |
| | § | |
| *Defendants.* | § | |

## SECOND AMENDED TRIAL EXHIBIT LIST
## OF DR. LEIGHTON PAIGE PATTERSON

This is Dr. Leighton Paige Patterson's Second Amended Trial Exhibit List of exhibits he anticipates offering at trial.

Respectfully submitted,

**Grau Law Group, PLLC**

 */s/ Jim Grau*
**Jim Grau**
State Bar No.: 08306350
*jgrau@graulawgroup.com*

**Travis J. Jones**
State Bar No.: 24101979
*tjones@graulawgroup.com*

500 N. Akard St., Suite 1925
Dallas, Texas 75201
(214) 521-4145 Telephone
(214) 521-4320 Facsimile

**Attorneys for Leighton
Paige Patterson**

1

2

## CERTIFICATE OF SERVICE

On May 18, 2026, Grau Law Group, PLLC served the Second Amended Trial Exhibit List of Dr. Leighton Paige Patterson on the following counsel, per the Federal Rules of Civil Procedure:

Sheila P. Haddock
Zalkin Law Firm, LLP
111 Congress Avenue, Suite 500
Austin, TX 78701
*sheila@zalkin.com*
**Counsel for Plaintiff**

Scott J. Chafin, Jr.
Gregorio, Chafin, LLC
9284 Linwood Avenue
Shreveport, Louisiana 71106
*schafin@gcj-law.com*
**Counsel for Plaintiff**

Hunter Haddock
Zalkin Law Firm, LLP
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
*hunter@zalkin.com*
**Counsel for Plaintiff**

 */s/ Jim Grau*
Jim Grau

2

## AMENDED TRIAL EXHIBIT LIST OF DR. LEIGHTON PAIGE PATTERSON

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 1 | Police Audio Recording of Jane Roe Requesting Police File be "Buried" | SWBTS 001105 | | |
| 2 | Transcript of Police Audio Recording of Jane Roe Requesting Police File be "Buried" | Roe 011059-011062 | | |
| 3 | May 17, 2018 email from Stuart Cochran to Dr. Ueckert | Roe 000291-000304 | | |
| 4 | November 19, 2014 correspondence from Jane Roe to Dr. Patterson | SWBTS 000978 | | |
| 5 | John Nichols Handwritten Notes | SWBTS-J. Nichols 000022 | | |
| 6 | Jane Roe Typewritten Statement | SWBTS 001085-001099 JD 000045-000059 | | |
| 7 | Draft Plaintiff's Original Petition: *Jane Roe v. Southwestern Baptist Theological Seminary and Paige Patterson* | Roe 000314-000327 | | |
| 8 | July 23, 2015 email from Paige Patterson to Jane Roe | Roe 000128 | | |
| 9 | October 15, 2014 Email from Jane Roe to Dr. Patterson | SWBTS 001252 | | |
| 10 | Texts between Jane Roe and Lennie Knight | LBK 000059-000062 | | |
| 11 | October 15, 2015 Jane Roe Homework | SWBTS 001359-001361 | | |

3

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 12 | Jane Roe hours worked: August 1, 2014 to July 5, 2015 | SWBTS 001128 | | |
| 13 | Jane Roe Handwritten Statement | Roe 000032-000034 JD 000001-000003 | | |
| 14 | April 7, 2015 email from Shelby Sharpe to John Doe | SWBTS 001017-001018 | | |
| 15 | Plaintiff's Original Complaint and Jury Demand, Doc. 1 Case 4:19-cv-00179-ALM | Roe 011398-011430 | | |
| 16 | *Withdrawn* | | | |
| 17 | *Withdrawn* | | | |
| 18 | September 19, 2015 Text Messages between Jane Roe's Mom and Lennie Knight | LBK 000192 | | |
| 19 | Joe Bloggs emails with Jane Roe | LPP 000596-000611 AH Emails RE JD (2020) 000001- 000016 | | |
| 20 | Joe Bloggs emails with Jane Roe (2) | Roe 011128-011216 | | |
| 21 | August 25, 2015 meeting appointment between Joe Bloggs and Dr. Patterson | SWBTS 000962 | | |
| 22 | Jane Roe Academic Records from University of Alabama-Birmingham School of Optometry | Roe 011234 | | |
| 23 | *Withdrawn* | | | |

4

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 24 | April 1 and 22, 2016 Correspondence between Shelby Sharp and Stuart Cochran | Roe 000076-000077 Roe 000079-000080 | | |
| 25 | January 20-23, 2017 emails from Jane Roe to Mrs. Knight | SWBTS 001253-001258 | | |
| 26 | April 2015 Email Correspondence | Roe 000149-000151 | | |
| 27 | September 16, 2015 email from Jane Roe's mom to Candi Finch | Roe 000154-000156 | | |
| 28 | September 23, 2014 Handwritten note John Doe to Jane Roe | Roe 000043 | | |
| 29 | Jane Roe's Horner Homemaking House Hostess Semester Goals Summary | SWBTS 001348-001349 | | |
| 30 | January 22, 2017 email between Lennie Knight to Jane Roe | LBK 000027-000028 | | |
| 31 | Jane Roe's medical records from Richard R. Knight, MD | SWBTS 001262-001294 | | |
| 32 | Jane Roe's Residency Occupancy Termination | SWBTS 001297-001300 | | |
| 33 | September 20, 2015 Jane Roe Text Messages | LBK 000195 | | |
| 34 | John Doe Applicant Testimony | SWBTS 001061 | | |
| 35 | *Withdrawn* | | | |
| 36 | *Withdrawn* | | | |
| 37 | *Withdrawn* | | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 38 | September 13, 2015 Jane Roe's mom's text messages with Lennie Knight | LBK 000185 | | |
| 39 | May 2015 Jane Roe's mom text messages | LBK 000127-000131 | | |
| 40 | Jane Roe's mom Victim/Witness Statement | Roe 000035-000036 | | |
| 41 | September 16, 2015 Jane Roe's mom's email to Candi Finch (1) | CAF 000010 | | |
| 42 | September 16, 2015 Jane Roe's mom's email to Candi Finch (2) | CAF 000011 | | |
| 43 | September 16, 2015 Jane Roe's mom's email to Candi Finch (3) | CAF 000012 | | |
| 44 | Transcript of the Defense Psychiatric Examination of Jane Roe conducted by Barbarz Ziv, M.D. on Thursday, April 15, 2021 | SWBTS 002851-003197 | | |
| 45 | June 29, 2017 Northwest Arkansas Community College to College of Optometry Northeastern State University Admissions | Roe 011327-011328 | | |
| 46 | October 19, 2015 Email between SWBTS and Jane Roe | Roe 000056 | | |
| 47 | October 22, 2015 email between Jane Roe and Patricia Ennis | Roe 000051-000054 JD 000020-000023 | | |
| 48 | *Withdrawn* | | | |
| 49 | May 2016 Memo from Horner Homemaking House from Dr. Ennis to Dr. Patterson | LLP 000362-000380 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 50 | June 2, 2015 text message: Jane Roe's mom | LBK 000136 | | |
| 51 | Southwestern Baptist Theological Seminary Organizational Chart – April 2013 | SWBTS 001446 | | |
| 52 | Email printout of voicemail from Joe Bloggs | LPP 000621-000622 | | |
| 53 | Jane Roe's NWACC Transcript of Academic Record | Roe 011346-011347 | | |
| 54 | Jane Roe's Thomas Edison State University Permanent Academic Record | Roe 011221 | | |
| 55 | Jane Roe's UAB Transcript | Roe 011238-011241 | | |
| 56 | Jane Roe's University of Houston Transcript | Roe 011223-011224 | | |
| 57 | August 20, 2015 Meeting Appointment | Roe 000232 | | |
| 58 | June 10, 2015 email from Paige Patterson to Justin Williams | Roe 000135-000136 | | |
| 59 | August 8, 2015 email from Paige Patterson to Jane Roe | Roe 000126-000127 | | |
| 60 | July 6, 2015 email from Paige Patterson to Jane Roe | Roe 000129-000130 | | |
| 61 | June 26, 2015 SWBTS to Jane Roe | Roe 000168-000169 | | |
| 62 | Jane Roe's SWBTS Transcript | SWBTS 001181-001182 | | |
| 63 | Jane Roe correspondence to Dr. Ennis | SWBTS 000993 | | |

7

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 64 | University of Houston Optometry Commencement | | | |
| 65 | The Washington Post May 27, 2018 article: Controversial Southern Baptist leader still set to give prominent sermon in front of thousands | Exhibit 13 to Deposition of Bart Barber | | |
| 66 | May 31, 2018 email from Candi Finch to Scott Colter | CAF 000162 | | |
| 67 | Email correspondence between SWBTS donors (1) | SCC 000054-000056 | | |
| 68 | Email correspondence between SWBTS donors (2) | LLP 000437-000439 | | |
| 69 | June 1, 2018 Statement of Kevin Ueckert | Roe 000011-000012 | | |
| 70 | May 14, 2018 Gary Loveless Draft Correspondence to Kevin Ueckert | LOVELESS 000009-000011 | | |
| 71 | June 28, 2018 email between Susan Pearson to Gary Loveless and the Behans | LOVELESS 000245-000249 | | |
| 72 | June 22, 2018 email from Karen Beard to Fred Gough | LOVELESS 000278-000283 | | |
| 73 | June 27, 2018 email between Susan Pearson to Gary Loveless, L. Behan and S. Colter | LOVELESS 000236 | | |
| 74 | May 18, 2018 email from Kevin Ueckert to Paige Patterson | LPP 000656-000657 | | |
| 75 | May 30, 2018 Statement by Southwestern Theological Seminary | LLP 000403-000404 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 76 | Questions and Responses to Chairman Ueckert's Questions | LPP 000447 | | |
| 77 | May 2018 The Untold Truth | Roe 010951-010966 | | |
| 78 | June 1, 2018 Statement by Kevin Ueckert | SCC 000123-000124 | | |
| 79 | Fort Worth Police Department Follow-up Report August 24, 2015 | Roe 010172 | | |
| 80 | Fort Worth Police Department August 20, 2015 Report | Roe 010168-010171 | | |
| 81 | Photograph of Security Building | SWBTS 001179 | | |
| 82 | Map of SWBTS (1) | SWBTS 001159 | | |
| 83 | Map of SWBTS (2) | SWBTS 001153 | | |
| 84 | Letters from John Doe to Jane Roe | Exhibit 2 to Jane Roe's Deposition SWBTS 000793-000802 | | |
| 85 | Jane Roe's Victim/Witness Statement | Exhibit 3 to Jane Roe's Deposition SWBTS 000788-000790 | | |
| 86 | 2014-2015 SWBTS Academic Catalog | Exhibit 4 to Jane Roe's Deposition SWBTS 000249 SWBTS 000589-00593 | | |
| 87 | SWBTS Part-Time Employee Handbook | Exhibit 5 to Jane Roe's Deposition SWBTS 001106-000123 | | |
| 88 | SWBTS Human Resources Department Authorization for Non-Career Employees – Jane Roe | Exhibit 6 to Jane Roe's Deposition SWBTS 000832-000837 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 89 | June 25, 2015 email between Paige Patterson and Jane Roe | Exhibit 7 to Jane Roe's Deposition SWBTS 000875 | | |
| 90 | July 23, 2015 email between Paige Patterson and Jane Roe | Exhibit 8 to Jane Roe's Deposition LPP 000001 | | |
| 91 | June 26, 2015 correspondence from SWBTS to Jane Roe | Exhibit 9 to Jane Roe's Deposition SWBTS 000973 | | |
| 92 | July 6, 2015 email between Paige Patterson and Jane Roe | Exhibit 10 to Jane Roe's Deposition SWBTS 000871-000872 | | |
| 93 | August 2015 email from Jane Roe to Paige Patterson | Exhibit 11 to Jane Roe's Deposition SWBTS 000823 | | |
| 94 | August 2015 Emails between Kelly King and Jane Roe | Exhibit 12 to Jane Roe's Deposition SWBTS 000822 | | |
| 95 | May 22, 2019 Plaintiff's Amended Original Complaint and Jury Demand | Exhibit 13 to Jane Roe's Deposition | | |
| 96 | Fort Worth Police Department Report dated August 20, 2015 | Exhibit 14 to Jane Roe's Deposition SWBTS 001100-001104 | | |
| 97 | Copies of emails between John Doe and Jane Roe | Exhibit 15 to Jane Roe's Deposition JD 000016 | | |
| 98 | May 31, 2018 The untold truth: Facts surrounding Paige Patterson and his removal from SWBTS By Sharayah Colter | Exhibit 16 to Jane Roe's Deposition Roe 000001-000010 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 99 | June 4, 2018 The release of facts in response to further accusations against terminated SWBTS president Paige Patterson | Exhibit 17 to Jane Roe's Deposition Roe 000013-000018 | | |
| 100 | June 29, 2018 correspondence Gary Loveless to Kevin Ueckert | Exhibit 18 to Jane Roe's Deposition Roe 000019-000025 | | |
| 101 | Map of SWBTS | Exhibit 19 to Jane Roe's Deposition | | |
| 102 | Settlement Agreement and Release (nonsigned) | Exhibit 20 to Jane Roe's Deposition | | |
| 103 | Jane Roe's mom's Victim/Witness Statement | Exhibit 22 to Jane Roe's Mom's Deposition SWBTS 000791-000792 | | |
| 104 | September 16, 2015 email between Jane Roe's Mom and Candi Finch | Exhibit 23 to Jane Roe's Mom's Deposition SWBTS 000897-000896 | | |
| 105 | August 20, 2015 Campus Security Memo | Exhibit 28 to John Nichols' Deposition SWBTS 001077-001081 | | |
| 106 | Southwestern Seminary Weapons Policy | Exhibit 29 to John Nichols' Deposition SWBTS 001124-001127 | | |
| 107 | SWBTS Policies Related to Campus Facilities and Weapons Policy | Exhibit 30 to John Nichols' Deposition SWBTS 001231 | | |
| 108 | John Nichols' Timeline/notes | Exhibit 33 to John Nichols' Deposition SWBTS-J. Nichols 000004-000006 | | |

11

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 109 | John Nichols' Handwritten Notes | Exhibit 35 to John Nichols' Deposition SWBTS-J. Nichols 000022 | | |
| 110 | Richard R. Knight, M.D. CV | Exhibit 50 to Richard Knight's Deposition | | |
| 111 | June 26, 2019 Jane Roe's Transcript | Exhibit 52 to Richard Knight's Deposition SWBTS 001181-001182 | | |
| 112 | Jane Roe's medical records from Richard R. Knight, MD | Exhibit 54 to Richard Knight's Deposition SWBTS 001262-001294 | | |
| 113 | Emails between John Doe and Shelby Sharpe (1) | Exhibit 71 to Shelby Sharpe's Deposition LPP 000310 SWBTS 001084 | | |
| 114 | Emails between John Doe and Shelby Sharpe (2) | Exhibit 72 to Shelby Sharpe's Deposition LPP 000311-000317 SWBTS 001013-001014 | | |
| 115 | May 2018 The Untold Truth by Sharayah Colter | Exhibit 79 to Shelby Sharpe's Deposition Roe 010951-010966 | | |
| 116 | June 1, 2018 Statement by Kevin Ueckert | Exhibit 80 to Shelby Sharpe's Deposition Roe 000011-000012 | | |
| 117 | June 4, 2018 JSS Media Release | Exhibit 81 to Shelby Sharpe's Deposition LPP 000359-000362 | | |
| 118 | Charles W. Patrick, Jr., Ph.D., MDIV CV | Exhibit 102 to Charles Patrick's Deposition | | |
| 119 | August 2015 email between Charles Patrick and Jane Roe | Exhibit 103 to Charles Patrick's Deposition SWBTS 000820 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 120 | Excerpts from the deposition of Jane Roe taken on November 10, 2020 | Exhibit 107 to Charles Patrick's Deposition | | |
| 121 | Excerpts from the deposition of Jane Roe's Mom taken on November 11, 2020 | Exhibit 108 to Charles Patrick's Deposition | | |
| 122 | SWBTS Policies Related to Campus Facilities and Weapons Policy | Exhibit 116 to Charles Patrick's Deposition SWBTS 001231 | | |
| 123 | 2014-2015 SWBTS Academic Catalog | Exhibit 117 to Charles Patrick's Deposition SWBTS 000249 SWBTS 000589-000593 | | |
| 124 | August 1, 2014-July 5, 2015 Time Detail for Jane Roe | Exhibit 142 to Patricia Ennis' Deposition SWBTS 001128-001152 | | |
| 125 | Jane Roe's Night or Weekend Away Request Form for June 17-24 | Exhibit 143 to Patricia Ennis' Deposition SWBTS 001295-001361 | | |
| 126 | Horner Homemaking House Hostess Evaluation – Jane Roe November 21, 2014 | Exhibit 145 to Patricia Ennis' Deposition SWBTS 001345-001347 | | |
| 127 | Horner Homemaking House Hostess Evaluation – Jane Roe April 17, 2015 | Exhibit 146 to Patricia Ennis' Deposition SWBTS 001356-001358 | | |
| 128 | Dr. Ennis' evaluation on Jane Roe | Exhibit 148A to Patricia Ennis' Deposition SWBTS 001333 | | |
| 129 | May 31, 2018 emails between Candi Finch and Sharayah Colter | Exhibit 161 to Heather Sharayah Colter's Deposition SHC 000549 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|-----|-------------|----------------|-------|-------|
| 130 | June 2, 2018 email between Sharayah Colter and Candi Finch | Exhibit 188 to Zachary Scott Colter's March 1, 2021 Deposition SCC 000001-000002 | | |
| 131 | September 16, 2015 email between Jane Roe's mom and Candi Finch | Exhibit 202 to Candi Finch's March 2, 2021 Deposition CAF 000010-000012 | | |
| 132 | May 30, 2018 emails between Candi Finch and Sharayah Solter | Exhibit 205 to Candi Finch's March 2, 2021 Deposition SHC 000001-000011 | | |
| 133 | May 31, 2018 emails between Candi Finch and Sharayah Colter | Exhibit 206 to Candi Finch's March 2, 2021 Deposition SHC 000549 | | |
| 134 | May 16, 2015 SWBTS to Jane Roe | Exhibit 221 to Leighton Paige Patterson's March 3, 2021 Deposition SWBTS 000911-000913 | | |
| 135 | Confidential Settlement Communication re John Doe | Exhibit 230 to Leighton Paige Patterson's March 3, 2021 Deposition SWBTS 001085-001099 JD -000059 | | |
| 136 | Questions and Responses to Chairman Ueckert's Questions | Exhibit 234 to Leighton Paige Patterson's March 3, 2021 Deposition LPP 000447 | | |
| 137 | Fort Worth Police Department Report dated August 20, 2015 | Exhibit 5 to Kerry Adcock's Deposition Roe 010226-010229 | | |
| 138 | Typed Notes on Jane Roe/John Doe allegations | Exhibit 6 to Kerry Adcock's Deposition | | |

14

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 139 | Fort Worth Police Department Report dated August 24, 2015 | Exhibit 7 to Kerry Adcock's Deposition Roe 010230 | | |
| 140 | Recorded Statement of Jane Roe taken on August 24, 2015 | Exhibit 8 to Kerry Adcock's Deposition | | |
| 141 | Jane Roe's Mom's Victim/Witness Statement | Exhibit 10 to Kerry Adcock's Deposition Roe 010412-010413 | | |
| 142 | Photograph at John Doe Barbeque (1) | Exhibit 2 to Rebecca Burk's Deposition BURK 000001 | | |
| 143 | Photograph at John Doe Barbeque (2) | Exhibit 3 to Rebecca Burk's Deposition BURK 000002 | | |
| 144 | Photograph at John Doe Barbeque (3) | Exhibit 4 to Rebecca Burk's Deposition BURK 000003 | | |
| 145 | August 24, 2015 email between Richard Knight and the Pattersons | Exhibit 7 to Lennie Knight's Deposition LBK 000001 | | |
| 146 | August 24, 2015 email between Paige Patterson and Richard Knight | Exhibit 8 to Lennie Knight's Deposition LPP 000487 | | |
| 147 | Jane Roe's Mom's text messages | Exhibit 15 to Lennie Knight's Deposition LBK 000191-000193 | | |
| 148 | May 10, 2016 email between Paige Patterson and Richard Knight | Exhibit 16 to Lennie Knight's Deposition LPP 000482 | | |
| 149 | August 20, 2015 Incident Detail Report | Exhibit 3 to Christopher Kight's Deposition | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 150 | Jane Roe's Victim/Witness Statement | Exhibit 3 to Joshua Nichols' Deposition Roe 010404-010406 | | |
| 151 | Jane Roe's Mom's Victim/Witness Statement | Exhibit 4 to Joshua Nichols' Deposition Roe 010412-010413 | | |
| 152 | Fort Worth Police Department August 20, 2015 Report | Exhibit 5 to Joshua Nichols' Deposition Roe 010226-010229 | | |
| 153 | DWQ to AT&T Mobility, LLC re 479-713-9611 | Exhibit 1 to Semeon Charles' Deposition SWBTS 002669-002702 | | |
| 154 | DWQ to Southwestern Bell Telephone Company re 479-713-9611 and 405-443-7595 | Exhibit 2 to Semeon Charles' Deposition SWBTS 002703-002724 | | |
| 155 | DWQ to Southwestern Bell Telephone Company re 479-713-9611 and 937-416-8474 | Exhibit 3 to Semeon Charles' Deposition SWBTS 002725-002773 | | |
| 156 | Jane Roe's SWBTS Online Admissions Application | Exhibit 4 to Semeon Charles' Deposition SWBTS 000839 | | |
| 157 | John Doe's Human Resources Department Authorization for Non-Career Employees | Exhibit 5 to Semeon Charles' Deposition SWBTS 001023 | | |
| 158 | John Doe's SWBTS On-Line Admissions Application | Exhibit 2 to Christopher Kyle Walker Deposition SWBTS 001057-001076 | | |
| 159 | SWBTS Ethical Conduct Policy | Exhibit 6 to Christopher Kyle Walker Deposition SWBTS 000589-000593 | | |
| 160 | May 18, 2018 Kevin Ueckert's email to Paige Patterson | Exhibit 4 to Kevin Ueckert's Deposition UECKERT 000001-000006 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 161 | May 31, 2018 Kevin Ueckert email to Sharayah Colter | Exhibit 5 to Kevin Ueckert's Deposition UECKERT 000007-000022 | | |
| 162 | March 23, 2016 Stuart Cochran to Dr. Lash Banks and Murphy Road Baptist Church | Exhibit 8 to Kevin Ueckert's Deposition SWBTS 001005-001008 | | |
| 163 | September 28, 2015 Email Paige Patterson to John Nichols | Exhibit 10 to Kevin Ueckert's Deposition LPP 000133 | | |
| 164 | May 17, 2018 email between Stuart Cochran and Kevin Ueckert | Exhibit 11 to Kevin Ueckert's Deposition Roe 000291-000303 | | |
| 165 | May 22, 2018 SWBTS Minutes of Board of Trustees Meeting | Exhibit 12 to Kevin Ueckert's Deposition SWBTS 002774-002775 | | |
| 166 | June 1, 2018 Statement by Kevin Ueckert | Exhibit 14 to Kevin Ueckert's Deposition Roe 000011-000012 | | |
| 167 | May 30, 2018 SWBTS Minutes of Executive Committee Board of Trustees | Exhibit 15 to Kevin Ueckert's Deposition SWBTS 002776-002777 | | |
| 168 | June 29, 2018 Correspondence from Gary Loveless to Kevin Ueckert | Exhibit 4 to Dale Behan's Deposition LLP 000424-000430 | | |
| 169 | March 15, 2020 Subpoena to Susan G. Oliver and attached exhibits | Exhibit 2 to Susan G. Oliver Pearson's Deposition | | |
| 170 | March 27, 2021 Correspondence from Susan Pearson to Sheila Haddock – no response to Subpoena request | Exhibit 2A to Susan G. Oliver Pearson's Deposition | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 171 | June 29, 2018 Correspondence from Gary Loveless to Kevin Ueckert | Exhibit 4 to Susan G. Oliver Pearson's Deposition LLP 000424-000430 | | |
| 172 | June 29, 2018 Correspondence from Gary Loveless to Kevin Ueckert | Exhibit 4 to Linda Behan's Deposition LLP 000424-000430 | | |
| 173 | June 30, 2018 email from K. Beard with attachments | Exhibit 14 to Linda Behan's Deposition LOVELESS 000065-000074 | | |
| 174 | May 18, 2018 email from Kevin Ueckert to Paige Patterson | Exhibit 1 to Leighton Paige Patterson's March 16, 2022 Deposition LPP 000656-000657 | | |
| 175 | July 3, 2018 email from Susan Pearson to Scott Colter | Exhibit 10 to Scott Colter's March 17, 2022 Deposition SCC 000525-000526 | | |
| 176 | May 16, 2018 email from K. Beard to Stephanie Loveless | Exhibit 3 to Gary Loveless' Deposition LOVELESS 000008-000011 | | |
| 177 | May 31, 2018 email from Gary Loveless to Donna Walker | Exhibit 4 to Gary Loveless' Deposition LOVELESS 000012-000027 | | |
| 178 | June 12, 2018 Gary Loveless to SWBTS Board of Trustees | Exhibit 5 to Gary Loveless' Deposition LOVELESS 000004-000005 | | |
| 179 | June 4, 2018 email from Shelby Sharpe to Gary Loveless | Exhibit 6 to Gary Loveless' Deposition LOVELESS 000172-000175 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 180 | June 22, 2018 email from Karen Beard to Fred Gough | Exhibit 10 to Gary Loveless' Deposition LOVELESS 000278-000287 | | |
| 181 | June 22, 2018 email from Susan Pearson to Gary Loveless | Exhibit 11 to Gary Loveless' Deposition LOVELESS 000182-000188 | | |
| 182 | June 25, 2018 email from Susan Pearson to Gary Loveless, and The Behans | Exhibit 15 to Gary Loveless' Deposition LOVELESS 000203-000209 | | |
| 183 | June 29, 2018 email from Dorothy Patterson to Gary Loveless | Exhibit 33 to Gary Loveless' Deposition LOVELESS 000132 | | |
| 184 | June 29, 2018 email from Gary Loveless | Exhibit 4 to Stephanie Loveless' Deposition LOVELESS 000049-0000056 | | |
| 185 | Bart Barber Statement | Exhibit 2 to Bart Barber's Deposition | | |
| 186 | May 17, 2018 email from Stuart Cochran to Dr. Ueckert | Exhibit 7 to Bart Barber's Deposition Roe 000291-000303 | | |
| 187 | May 18, 2018 Kevin Ueckert email to Paige Patterson and Charles Patrick | Exhibit 8 to Bart Barber's Deposition UECKERT 000001-000006 | | |
| 188 | Washington Post May 27, 2018 Article | Exhibit 13 to Bart Barber's Deposition | | |
| 189 | June 29, 2018 Kevin Ueckert email | Exhibit 19 Bart Barber's Deposition UECKERT 000023-000030 | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 190 | Alexandria Doyle's file on Jane Roe | Exhibit 2 to Alexandria Doyle's Deposition | | |
| 191 | APA – Differentiating Symptom Profiles of ICD-11 PTSD, Complex PTSD, and Borderline Personality Disorder: A Latent Class Analysis in a Multiply Traumatized Sample | Exhibit 4 to Alexandria Doyle's Deposition | | |
| 192 | Sworn Oral Statement of Joe Bloggs | LPP 000519-000619 | | |
| 193 | Resume of Barbara Ziv, M.D. | Produced with SWBTS February 11, 2021 Expert Disclosures | | |
| 194 | February 8, 2021 Expert Report of Barbara Ziv, M.D. | Produced with SWBTS February 11, 2021 Expert Disclosures | | |
| 195 | April 28, 2021 Supplemental Expert Report of Barbara Ziv, M.D. | Produced with SWBTS April 28, 2021 First Supplemental Expert Disclosures | | |
| 196 | Second Supplemental Expert Report of Barbara Ziv, M.D. | Produced with SWBTS July 20, 2022 Third Supplemental Expert Disclosures | | |
| 197 | May 23, 2018 SWBTS Statement Regarding Dr. Paige Patterson | Exhibit I to Leighton Paige Patterson's Motion for Summary Judgment and Brief in Support (Doc. 504) | | |
| 198 | May 24, 2018 Fort Worth Star-Telegram Article | Exhibit K to Leighton Paige Patterson's Motion for Summary Judgment and Brief in Support (Doc. 504) | | |
| 199 | May 27, 2018 Washington Post Article | Exhibit 13 to Deposition of Bart Barber | | |

| EX. | DESCRIPTION | IDENTIFICATION | OFFER | ADMIT |
|---|---|---|---|---|
| 200 | June 2, 2018 Fort Worth Star-Telegram Article: Southern Baptist leader told alleged victim it was 'good' she was raped, lawyer says | June 2, 2018 online article | | |
| 201 | June 2, 2018 WFAA Article: Southern Baptist leader told alleged victim it was 'good' she was raped, lawyer says | June 2, 2018 online article | | |
| 202 | June 3, 2018 Christian Post Article: Paige Patterson Fired Over Lies, Rape Victim Comment, He Would 'Break Her Down,' Trustees Chair Says | June 3, 2018 online article | | |
| 203 | June 8, 2018 Christian Post Article: Former IMB Chairman Says Paige Patterson Should Be Reinstated, Calls Firing Improper | June 8, 2018 online article | | |
| 204 | June 29, 2018 email from Gary Loveless | Exhibit 29 to Gary Loveless' Deposition LOVELESS 000049-0000056 | | |