UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, | § | |
| ET AL. | § | |

## ORDER

It is **ORDERED** that a status conference is set for **May 26, 2026**, at **11:00 a.m.**

at the United States Courthouse, 7940 Preston Road, Courtroom 105, Plano, Texas

75024.

**So ORDERED and SIGNED this 22nd day of May, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE