# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Ruth Weese

COURTROOM DEPUTY:
Bonnie Sanford

**ROE**

**v.**                                                        **Case No. 4:19cv179**

**PATTERSON, ET AL**

PLAINTIFF: Scott Chafin, Sheila Haddock

DEFENDANT: James Grau, Travis Jones

     **This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 5/26/2026.**

**Status Conference**

10:59 am     The Court called the case, noting the appearance of counsel and parties.

11:00 am     Court and counsel discuss trial scheduling matters.

11:23 am     Court adjourned.