UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, | § | |
| ET AL. | § | |

### ORDER RESETTING TRIAL

The Court held a status conference with the parties on May 26, 2026. *See* (Dkt. #534). At the conference, the parties agreed that the jury trial in this case should be reset for July 20, 2026.

It is therefore **ORDERED** that the jury trial in this case is **RESET** for **July 20, 2026**, at **9:00 a.m.** at the United States Courthouse, 7940 Preston Road, Courtroom 105, Plano, Texas 75024.

It is further **ORDERED** that the final pretrial conference is **RESET** for **July 13, 2026**, at **1:00 p.m.** at the United States Courthouse, 7940 Preston Road, Courtroom 105, Plano, Texas 75024.

It is further **ORDERED** that the following actions shall be completed by the dates indicated:

| | |
|---|---|
| 06/22/2026 | Amended motions in limine due.[1] <br> File amended Joint Final Pretrial Order. |

---

[1] The Court notes that the parties have already filed motions in limine pursuant to the Court's Seventh Amended Scheduling Order, (Dkt. #502). *See* (Dkt. #530, #531). The Court is giving the parties an opportunity to file amended motions in limine by the date indicated, but the parties are not obliged to do so.

1

| 07/06/2026 | Response to motions in limine due.[2] |
|---|---|
| 07/06/2026 | File objections to witnesses, deposition extracts, and exhibits listed in pre-trial order.[3] (This does not extend the deadline to object to expert witnesses.) Provide the exhibit objected to in the motion or response. If numerous objections are filed, the Court may set a hearing prior to docket call. |
| 07/06/2026 | File Proposed Jury Instructions/Form of Verdict (or Proposed Findings of Fact and Conclusions of Law). |
| Date will be set by Court, usually within 10 days prior to pretrial conf. | If numerous objections are filed, the Court may set a hearing to consider all pending motions and objections. |

Given the anticipated length of trial, *see* (Dkt. #528 at 6), the Court finds that imposing time limits is appropriate. The parties are hereby **ORDERED** to file a notice containing proposed time limits for each party's presentation of evidence and arguments by no later than **June 2, 2026**. The time limits imposed will encompass opening arguments, examination, cross-examination, and closing arguments. Further, if a party initiates a bench conference, the time used will be counted against

---

[2] This is not an invitation or requirement to file written responses. Most motions in limine can be decided without a written response. But, if there is a particularly difficult or novel issue, the Court needs some time to review the matter. To save time and space, respond only to items objected to. All others will be considered to be agreed. Opposing counsel shall confer in an attempt to resolve any dispute over the motions in limine within five calendar days of the filing of any response. The parties shall notify the Court of all the issues which are resolved.

[3] Within five calendar days after the filing of any objections, opposing counsel **shall confer** to determine whether objections can be resolved without a ruling. The parties shall notify the Court of all issues which are resolved. The Court needs a copy of the exhibit or the pertinent deposition pages to rule on the objection.

that party even if the jury is ordered to exit the courtroom. The time limits will not encompass either voir dire or the jury charge conference.

**So ORDERED and SIGNED this 26th day of May, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

3