## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

JANE ROE;

Plaintiff,

v.

LEIGHTON PAIGE PATTERSON
in his Individual capacity; and
SOUTHWESTERN BAPTIST
THEOLOGICAL SEMINARY,

Defendants.

§
§
§
§  Case No.: 4:19-cv-00179-SDJ
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

## JOINT NOTICE TO THE COURT
## REGARDING TIME LIMITS FOR TRIAL

As directed and consistent with the Court's May 26, 2026 Order Resetting Trial (Dkt. 535), Plaintiff Jane Roe and Defendant Leighton Paige Patterson have conferred and propose the following time limits for each party's presentation of evidence and arguments:

Plaintiff:    14 hours

Defendant:    14 hours

Dated: May18, 2026

Respectfully submitted,

*s/ Sheila P. Haddock*
Sheila P. Haddock
TX State Bar No. 00790810
**ZALKIN LAW FIRM, LLP**
111 Congress Avenue, Suite 500
Austin, TX 78701
(858) 259-3011 Telephone
(858) 259-3015 Facsimile
sheila@zalkin.com

Hunter Haddock
CA State Bar No. 355050
**ZALKIN LAW FIRM, LLP**
10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
(858) 259-3011 Telephone
(858) 259-3015 Facsimile
hunter@zalkin.com

AND

Scott J. Chafin, Jr.
TX State Bar No. 24140020
**GREGORIO, CHAFIN, LLC**
9284 Linwood Avenue
Shreveport, LA 71106
(318) 865-8680 Telephone
(318) 865-8565 Facsimile
SChafin@gcj-law.com

***Attorneys for Plaintiff Jane Roe***

**GRAU LAW GROUP, PLLC**

*/s/ Jim Grau_____*
Jim Grau
State Bar No.: 08306350
*jgrau@graulawgroup.com*

Travis J. Jones
State Bar No.: 24101979
*tjones@graulawgroup.com*

500 N. Akard St., Suite 1925
Dallas, Texas 75201
(214) 521-4145 Telephone
(214) 521-4320 Facsimile

***Attorneys for Defendant
Leighton Paige Patterson***