UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, | § | |
| ET AL. | § | |

## **ORDER**

Before the Court is the parties' Joint Notice to the Court Regarding Time Limits for Trial. (Dkt. #536). In the notice, the parties advise that they have agreed to 14-hour time limits for each party's presentation of evidence and arguments. The Court finds the parties' proposed time limits reasonable.

It is therefore **ORDERED** that each party will be limited at trial to **14 hours** for the presentation of evidence and arguments. The time limits imposed will encompass opening arguments, examination, cross-examination, and closing arguments. Further, if a party initiates a bench conference, the time used will be counted against that party even if the jury is ordered to exit the courtroom. The time limits will not encompass either voir dire or the jury charge conference.

**So ORDERED and SIGNED this 3rd day of June, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE