UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-179-SDJ |
| | § | |
| LEIGHTON PAIGE PATTERSON, | § | |
| ET AL. | § | |

## **ORDER**

Before the Court is the parties' Agreed Motion to Continue Pre-Trial Deadline. (Dkt. #538). Having considered the motion and found good cause, the Court **GRANTS** the motion.

It is therefore **ORDERED** that the parties' deadline to file amended motions in limine and the amended joint final pretrial order is extended to **June 29, 2026**.

**So ORDERED and SIGNED this 22nd day of June, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE