## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| JANE ROE;<br><br>Plaintiff,<br><br>v.<br><br>LEIGHTON PAIGE PATTERSON<br>in his Individual capacity; and<br>SOUTHWESTERN BAPTIST<br>THEOLOGICAL SEMINARY,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 4:19-cv-00179-SDJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff Jane Roe, Defendant Leighton Paige Patterson and Defendant Southwestern Baptist Theological Seminary, being all the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every claim asserted therein, be dismissed with prejudice, with each party to bear their own costs, expenses and fees.

Date: July 16, 2026

Respectfully submitted,

**ZALKIN LAW FIRM, LLP**

*/s/ Sheila P. Haddock*
Sheila P. Haddock
TX State Bar No. 00790810
sheila@zalkin.com

111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

Hunter Haddock
CA State Bar No. 355050
hunter@zalkin.com

10590 W. Ocean Air Drive, Suite 175
San Diego, CA 92130
Telephone: (858) 259-3011
Facsimile: (858) 259-3015

and

**GREGORIO, CHAFIN, LLC**

Scott J. Chafin, Jr.
TX State Bar No. 24140020
schafin@gcj-law.com

9284 Linwood Avenue
Shreveport, LA 71106
Telephone: (318) 865-8680
Facsimile:      (318) 865-8565

***Attorneys for Plaintiff Jane Roe***

**GRAU LAW GROUP, PLLC**

*/s/ James W. Grau*
James W. Grau
TX State Bar No. 08306350
jgrau@graulawgroup.com

Travis J. Jones
TX State Bar No. 24101979
tjones@graulawgroup.com

500 N. Akard Street
Suite 1925
Dallas, TX 75201
Telephone: (214) 521-4145
Facsimile: (214) 747-0942

***Attorneys for Defendant
Leighton Paige Patterson***

**KELLY HART & HALLMAN LLP**

/s/ Michael D. Anderson_____
Michael D. Anderson
TX State Bar No. 24031699
michael.anderson@kellyhart.com

201 Main Street
Suite 2500
Fort Worth, TX 76102
Telephone: (817) 878-3506
Telecopier: (817) 878-9280

***Attorneys for Defendant Southwestern Baptist Theological Seminary***